

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**
**U.S. Courthouse and Federal Building**
280 South First Street Room 3035
San Jose, California 95113-3099
(408) 535-5118

*RECEIVED*
2007 NOV 14 AM 11:56
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST OF CA

**FILED**
NOV 14 2007
CLERK RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Gloria L. Franklin
Clerk of Court

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

# C07    05758RMW

**FILED**
NOV 09 2007
CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

Re:   *Case Name:   The Billing Resource*
      *BK Case Number:   07-52890-ASW*
      *Adversary Case Number:   07-5156-ASW*
      *Bankruptcy Judge Name:   Arthur S. Weissbrodt*
      *District Court #:*

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[ ] Enclosed please find the Statement of Issues.

1  WILLIAM BLUMENTHAL
   General Counsel
2
   JOHN ANDREW SINGER
3  MICHAEL P. MORA
   JULIE A. MACK
4  Federal Trade Commission
   600 Pennsylvania Ave. NW, Room NJ-2122
5  Washington, DC 20580
   Telephone: (202) 326-3234; 3373; 2312
6  Facsimile: (202) 326-2558
   Email: jsinger@ftc.gov
7         mmora@ftc.gov
          jmack@ftc.gov
8
   ATTORNEYS FOR
9  FEDERAL TRADE COMMISSION

10                  UNITED STATES BANKRUPTCY COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
12

13  IN RE

14  THE BILLING RESOURCE, dba Integretel, a        Case No. 07-52890
    California corporation,                         Chapter 11
15
                           Debtor
16

17  THE BILLING RESOURCE, dba INTEGRETEL,  C07   05758RMW
18  a California corporation,

19                         Plaintiff,

20                            v.                    Adv. Pro. No. 07-05156

21  FEDERAL TRADE COMMISSION, and DAVID
    R. CHASE, not individually, but solely in his
22  capacity as receiver for Nationwide Connections,  FEDERAL TRADE
    Inc., Access One Communications, Inc., Network    COMMISSION'S NOTICE OF
23  One Services, Inc., 411TXT, Inc.,                 APPEAL
    CELL-INFOUSA, INC., Enhanced Billing
24  Services, Inc., Toll Free Connect, Inc., Cripple
    Creek Holdings, LLC, Built to Last, LLC, Not
25  Fade Away, LLC, He's Gone, LLC, The Other
    One, LLC, Turn on Your Love Light, LLC, China
26  Cat Sunflower, LLC, Lazy River Road Holdings,
    LLC,
27
                           Defendant.
28

             NOTICE IS HEREBY GIVEN that the FEDERAL TRADE COMMISSION appeals

1 │ under 28 U.S.C. § 158(a) from the order of the United States Bankruptcy Court for the Northern

2 │ District of California entitled, "Order Granting Motion for Preliminary Injunction," which was

3 │ entered on the docket in this adversary proceeding on November 8, 2007.

4 │     A true and correct copy of the order appealed from is attached hereto as Exhibit A. The

5 │ names of all parties to the order appealed from and the names, addresses, telephone and fax

6 │ numbers, and email addresses of their respective attorneys are as follows:

7 │
8 │ Counsel to the Federal Trade Commission
  │ John Andrew Singer
  │ Michael P. Mora
9 │ Julie A. Mack
  │ Attorneys for Federal Trade Commission
10 │ 600 Pennsylvania Avenue, N.W.
  │ Washington, D.C. 20580
11 │ (Tel) (202) 326-3234; 3373; 2312
  │ (Fax) (202) 326-2477
12 │ (Email) jsinger@ftc.gov
  │         mmora@ftc.gov
13 │         jmack@ftc.gov

14 │
  │ Counsel to Debtor
15 │ The Billing Resource, dba Integretel,
  │ a California corporation
16 │ Michael H. Ahrens, Esquire
  │ Jeffrey K. Rehfeld , Esquire
17 │ Steven B. Sacks, Esquire
  │ Sheppard, Mullin, Richter and Hampton
18 │ 4 Embarcadero Center, 17th Floor
  │ San Francisco, CA 94111
19 │ (Tel) (415) 434-9100
  │ (Fax) (415) 434-3947
20 │ (Email) mahrens@sheppardmullin.com
  │         jrehfeld@sheppardmullin.com
21 │         ssacks@sheppardmullin.com

22 │
  │ Counsel to Florida District Court Receiver, David R. Chase
23 │ Howard Kollitz, Esquire
  │ Walter K. Oetzell, Esquire
24 │ Steven J. Schwartz, Esquire
  │ Danning, Gill, Diamond & Kollitz, LLP
25 │ 2029 Century Park East, Third Floor
  │ Los Angeles, California 90067-2904
26 │ (Tel) (310) 277-0077
  │ (Fax) (310) 277-5735
27 │ (Email) sschwartz@dgdk.com

28 │

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Counsel to Florida District Court Receiver
Jeffrey C. Schneider, Esquire
Michelle C. Visiedo-Hildago, Esquire
Tew Cardenas LLP
Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue
Miami, Florida 33131
(Tel) (305) 536-1112
(Fax) (305) 536-1116
(Email) jcs@tew.law
        mtv@tew.law

Dated: November 8, 2007

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

/s/ Michael P. Mora
JOHN ANDREW SINGER
MICHAEL P. MORA
JULIE A. MACK
Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Room 2122
Washington, DC 20580
Telephone: (202) 326-3234; 3373; 2312
Facsimile: (202) 326-2558
Email: jsinger@ftc.gov
        mmora@ftc.gov
        jmack@ftc.gov

ATTORNEYS FOR
FEDERAL TRADE COMMISSION

-3-

CERTIFICATE OF SERVICE

1.    My name is Michael P. Mora.  I am an attorney with the Federal Trade Commission, an interested party in this matter.  My business address is 600 Pennsylvania Avenue, N.W., Room 2122, Washington, DC 20580.

2.    A true and correct copy of the forgoing APPELLANT FEDERAL TRADE COMMISSION'S NOTICE OF APPEAL will be served on November 9, 2007, by causing it to be sent via U.S. mail from Washington, DC, to the attached Service List.

3.    The following also were served on November 8, 2007, by Electronic Noticing pursuant to Section 10 of this Court's Amended Operating Order and Local Rule 9013-3(c) on each Registered Participant as follows:

Michael H. Ahrens    mahrens@sheppardmullin.com
Ori Katz    okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com
Jeffrey K. Rehfeld    jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com
Steven B. Sacks    ssacks@sheppardmullin.com, ewalters@smrh.com
Steven J. Schwartz    sschwartz@dgdk.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 8th, 2007, at Washington, DC.


                                        /s/ Michael P. Mora

1

SERVICE LIST

2

Debtor
The Billing Resource
3      5883 Rue Ferrari
San Jose, California  95138
4

5      Counsel to Debtor
The Billing Resource, dba Integretel,
6      a California corporation
Michael H. Ahrens, Esquire
7      Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
8      Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
9      San Francisco, California  94111

10     Counsel to Florida District Court Receiver
Howard Kollitz, Esquire
11     Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
12     Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
13     Los Angeles, California  90067-2904

14
Counsel to Florida District Court Receiver
15     Jeffrey C. Schneider, Esquire
Michelle C. Visiedo-Hildago, Esquire
16     Tew Cardenas LLP
Four Seasons Tower, Fifteenth Floor
17     1441 Brickell Avenue
Miami, Florida  33131
18
Receiver in Case No. 06-80180-CIV-RYSKAMP
19     U.S. District Court for the Southern District of Florida
David R. Chase, Esquire
20     Wachovia Center - Penthouse
1909 Tyler Street
21     Hollywood, Florida 33020

22
Counsel to Unsecured Creditors' Committee
23     John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
24     150 California St. 15th Fl.
San Francisco, California  94111-4500
25

26

27

28

-2-

1   Office of the U.S. Trustee
     Sara L. Kisler, Acting U.S. Trustee
2   for Region 17
     Office of the U.S. Trustee / SJ
3   U.S. Federal Bldg.
     280 South 1st Street, #268
4   San Jose, California  95113-3004

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Entered on Docket
November 08, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
2    A Limited Liability Partnership
     Including Professional Corporations
3  MICHAEL H. AHRENS,
   Cal. Bar No. 44766
4  STEVEN B. SACKS,
   Cal. Bar No. 98875
5  JEFFREY K. REHFELD,
   Cal. Bar No. 188128
6  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
7  Telephone:   415-434-9100
   Facsimile:   415-434-3947
8
   Attorneys for The Billing Resource, dba
9  Integretel

IT IS SO ORDERED.
Signed November 07, 2007

*Arthur S. Weissbrodt*
**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

10           UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF CALIFORNIA
11                  [SAN JOSE DIVISION]

12  In re                                    Case No. 07-52890

13  THE BILLING RESOURCE, dba               Chapter 11
    INTEGRETEL, a California corporation,
14
15              Debtor.
16

17  THE BILLING RESOURCE, dba               Adv. Proc. No. 07-05156
    INTEGRETEL, a California corporation,
18                                          **ORDER GRANTING MOTION FOR**
                Plaintiff,                  **PRELIMINARY INJUNCTION**
19
            v.
20
    FEDERAL TRADE COMMISSION, and
21  DAVID R. CHASE, not individually, but
    solely in his capacity as receiver for
22  Nationwide Connections, Inc., Access One
    Communications, Inc., Network One Services,
23  Inc., 411TXT, Inc., CELL-INFO-USA, INC.,
    Enhanced Billing Services, Inc., Toll Free
24  Connect, Inc., Cripple Creek Holdings, LLC,
    Built to Last, LLC, Not Fade Away, LLC, He's
25  Gone, LLC, The Other One, LLC, Turn on
    Your Love Light, LLC, China Cat Sunflower,
26  LLC, Lazy River Road Holdings, LLC,
27              Defendant.
28

W02-WEST:5SS1\400515041.2                    ORDER GRANTING MOTION FOR PRELIMINARY
                                                                        INJUNCTION

1    The Court having previously issued an order to show cause re preliminary injunction in

2    connection with the motion filed by The Billing Resource, dba Integretel ("Integretel") herein,

3    held a hearing thereon on October 17, 2007, considered the pleadings and submissions of counsel

4    for the parties, and issued its Memorandum Decision re Order to Show Cause re Preliminary

5    Injunction on November 2, 2007, which set forth the Court's findings of fact and conclusions of

6    law pertaining hereto, and GOOD CAUSE APPEARING, it is hereby ordered as follows:

7        1.    The Federal Trade Commission and its officers, agents, servants, employees and

8    attorneys, and those in active concert or participation with them, are restrained and enjoined

9    through and including March 14, 2008 from pursuing or prosecuting any claims against Integretel

10    in that certain action captioned <u>Federal Trade Commission v. Nationwide Connections, Inc., et al.</u>,

11    Case No. 06-80180-Civ-Ryskamp (the "Florida Action") pending in the United States District

12    Court for the Southern District of Florida (the "Florida Court"). On March 7, 2008 at 1:00 p.m.,

13    the Court will hold a further hearing on whether this preliminary injunction shall remain in effect

14    beyond March 14, 2008. Any supplemental papers in support of continuing the preliminary

15    injunction of the Enforcement Action after March 14, 2008 shall be filed and served by February

16    22, 2008. Any opposition shall be filed by February 29, 2008. Either the Federal Trade

17    Commission or Integretel may request before March 7, 2008 that the preliminary injunction be

18    lifted for good cause based on facts that are not currently before this Court. The injunction issued

19    herein does not affect or restrain the parties from prosecuting and responding to appeals filed by

20    Integretel from orders issued by the Florida Court;

21        2.    Integretel's motion in respect of David R. Chase, the Receiver appointed in the

22    Florida Action, is denied without prejudice based upon the October 17, 2007 order of the Eleventh

23    Circuit in *FTC, et al. v. The Billing Resource*, No. 07-14531-E (11th Cir.), that temporarily

24    granted, pending further order of the Eleventh Circuit, Integretel's motion for a stay pending

25    appeal. In the event that the Eleventh Circuit's temporary stay pending appeal is lifted, then any

26    party may request further relief from this Court for good cause shown;

27        3.    Integretel's request for authority to unblock the debtor-in-possession account into

28    which it previously deposited $1,762,762.56 (the "Blocked Account") and use the monies therein

-1-

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION

1  is denied without prejudice through December 14, 2007. On December 7, 2007 at 10:00 a.m., the

2  Court will hold a further hearing on whether to unblock the Blocked Account as of December 14,

3  2007. Any supplemental papers in support of unblocking the Blocked Account at that time shall

4  be filed and served by November 27, 2007. Any opposition shall be filed by December 3, 2007.

5  Any party may request that the Blocked Account be unblocked prior to that time for good cause

6  shown based on facts that are not currently before this Court; and

7      4.      The Federal Trade Commission's motion for a stay of this preliminary injunction

8  pending its intended appeal of this order, made orally at the hearing hereon on November 2, 2007,

9  is denied.

10                                    ** END OF ORDER **

11  Approved as to form:

12  WILLIAM BLUMENTHAL
    General Counsel

13

14

15  By:__/s/ Michael Mora_____
            Michael Mora

16          John Andrew Singer
    Attorneys for the Federal Trade Commission

17

18  DANNING, GILL, DIAMOND & KOLLITZ, LLP

19

20  By:__/s/ Walter K. Oetzell_____
            Walter K. Oetzell

21  Attorneys for David R. Chase,
    As Receiver

22

23

24

25

26

27

28

W02-WEST:5SS1\400515041.2

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION

1

<u>COURT SERVICE LIST</u>

2  Office of the U.S. Trustee
   Office of the U.S. Trustee
3  Attn: John Wesolowski, Esq.
   280 South First Street, Room 268
4  San Jose, CA  95113

5  The Billing Resource dba Integretel
   The Billing Resource dba Integretel
6  Attn:  Ken Dawson
   5883 Rue Ferrari
7  San Jose, CA  95138

8  Counsel for The Billing Resource dba Integretel
   Sheppard, Mullin, Richter & Hampton LLP
9  Attn:  Michael H. Ahrens, Esq.
   4 Embarcadero Center, 17th Floor
10 San Francisco, CA  94111-4106

11 David R. Chase, Receiver
   David R. Chase, Receiver for Access One Communications,
12        Inc. and Network One Services, Inc.
   David R. Chase, P.A.
13 Wachovia Center-Penthouse
   1909 Tyler Street
14 Hollywood, FL  33020

15 Counsel for the Receiver David R. Chase
   Jeffrey C. Schneider, Esq.
16 Michelle T. Visiedo, Esq.
   Tew Cardenas LLP
17 Four Seasons Tower – 15th Floor
   1441 Brickell Avenue
18 Miami, FL  33131

19 Counsel for the Receiver David R. Chase
   Walter Oetzell, Esq.
20 Danning, Gill, Diamond & Kollitz,  LLP
   2029 Century Park East, Third Floor
21 Los Angeles, CA  90067-2904

22 Counsel for the Federal Trade Commission
   Laura M. Kim, Esq.
23 Michael J. Davis, Esq.
   Collot Guerard, Esq.
24 Federal Trade Commission
   600 Pennsylvania Avenue, NW, Room 286
25 Washington, DC  20580

26 Federal Trade Commission
   Associate Director, Division of Marketing Practices
27 Federal Trade Commission, H-238
   600 Pennsylvania Avenue, N.W.
28

-3-

ORDER GRANTING MOTION FOR PRELIMINARY
                                                                    INJUNCTION

1 | Washington, D.C.   20580

2 | Proposed Counsel for the Official Unsecured Creditors Committee
John Fiero, Esq.
3 | Maxim Litvak, Esq.
Pachulski, Stang, Ziehl & Jones
4 | 150 California Street
15th Floor
5 | San Francisco, CA 94111-4500

ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

Attachment "A"

**Entered on Docket**
**November 08, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP                                  **IT IS SO ORDERED.**
2    A Limited Liability Partnership            **Signed November 07, 2007**
     Including Professional Corporations
3  MICHAEL H. AHRENS,
   Cal. Bar No. 44766
4  STEVEN B. SACKS,                                      *Arthur S. Weissbrodt*
   Cal. Bar No. 98875                                    **Arthur S. Weissbrodt**
5  JEFFREY K. REHFELD,                                   **U.S. Bankruptcy Judge**
   Cal. Bar No. 188128
6  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
7  Telephone:    415-434-9100
   Facsimile:    415-434-3947
8
   Attorneys for The Billing Resource, dba
9  Integretel

10              UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                    [SAN JOSE DIVISION]

12 | In re | Case No. 07-52890 |

13 | THE BILLING RESOURCE, dba | Chapter 11 |
14 | INTEGRETEL, a California corporation, |

15                Debtor.

16

17 | THE BILLING RESOURCE, dba | Adv. Proc. No. 07-05156 |
   | INTEGRETEL, a California corporation, |
18                                              **ORDER GRANTING MOTION FOR**
                 Plaintiff,                     **PRELIMINARY INJUNCTION**
19
          v.
20
   FEDERAL TRADE COMMISSION, and
21 DAVID R. CHASE, not individually, but
   solely in his capacity as receiver for
22 Nationwide Connections, Inc., Access One
   Communications, Inc., Network One Services,
23 Inc., 411TXT, Inc., CELL-INFO-USA, INC.,
   Enhanced Billing Services, Inc., Toll Free
24 Connect, Inc., Cripple Creek Holdings, LLC,
   Built to Last, LLC, Not Fade Away, LLC, He's
25 Gone, LLC, The Other One, LLC, Turn on
   Your Love Light, LLC, China Cat Sunflower,
26 LLC, Lazy River Road Holdings, LLC,

27                Defendant.

28

1    The Court having previously issued an order to show cause re preliminary injunction in

2 connection with the motion filed by The Billing Resource, dba Integretel ("Integretel") herein,

3 held a hearing thereon on October 17, 2007, considered the pleadings and submissions of counsel

4 for the parties, and issued its Memorandum Decision re Order to Show Cause re Preliminary

5 Injunction on November 2, 2007, which set forth the Court's findings of fact and conclusions of

6 law pertaining hereto, and GOOD CAUSE APPEARING, it is hereby ordered as follows:

7    1.    The Federal Trade Commission and its officers, agents, servants, employees and

8 attorneys, and those in active concert or participation with them, are restrained and enjoined

9 through and including March 14, 2008 from pursuing or prosecuting any claims against Integretel

10 in that certain action captioned <u>Federal Trade Commission v. Nationwide Connections, Inc., et al.</u>,

11 Case No. 06-80180-Civ-Ryskamp (the "Florida Action") pending in the United States District

12 Court for the Southern District of Florida (the "Florida Court"). On March 7, 2008 at 1:00 p.m.,

13 the Court will hold a further hearing on whether this preliminary injunction shall remain in effect

14 beyond March 14, 2008. Any supplemental papers in support of continuing the preliminary

15 injunction of the Enforcement Action after March 14, 2008 shall be filed and served by February

16 22, 2008. Any opposition shall be filed by February 29, 2008. Either the Federal Trade

17 Commission or Integretel may request before March 7, 2008 that the preliminary injunction be

18 lifted for good cause based on facts that are not currently before this Court. The injunction issued

19 herein does not affect or restrain the parties from prosecuting and responding to appeals filed by

20 Integretel from orders issued by the Florida Court;

21    2.    Integretel's motion in respect of David R. Chase, the Receiver appointed in the

22 Florida Action, is denied without prejudice based upon the October 17, 2007 order of the Eleventh

23 Circuit in *FTC, et al. v. The Billing Resource*, No. 07-14531-E (11th Cir.), that temporarily

24 granted, pending further order of the Eleventh Circuit, Integretel's motion for a stay pending

25 appeal. In the event that the Eleventh Circuit's temporary stay pending appeal is lifted, then any

26 party may request further relief from this Court for good cause shown;

27    3.    Integretel's request for authority to unblock the debtor-in-possession account into

28 which it previously deposited $1,762,762.56 (the "Blocked Account") and use the monies therein

1  is denied without prejudice through December 14, 2007. On December 7, 2007 at 10:00 a.m., the

2  Court will hold a further hearing on whether to unblock the Blocked Account as of December 14,

3  2007. Any supplemental papers in support of unblocking the Blocked Account at that time shall

4  be filed and served by November 27, 2007. Any opposition shall be filed by December 3, 2007.

5  Any party may request that the Blocked Account be unblocked prior to that time for good cause

6  shown based on facts that are not currently before this Court; and

7      4.    The Federal Trade Commission's motion for a stay of this preliminary injunction

8  pending its intended appeal of this order, made orally at the hearing hereon on November 2, 2007,

9  is denied.

10                    ** END OF ORDER **

11  Approved as to form:

12  WILLIAM BLUMENTHAL
   General Counsel

13

14

15  By:   /s/ Michael Mora
         Michael Mora
16       John Andrew Singer
   Attorneys for the Federal Trade Commission
17

18  DANNING, GILL, DIAMOND & KOLLITZ, LLP

19

20  By:   /s/ Walter K. Oetzell
         Walter K. Oetzell
21  Attorneys for David R. Chase,
   As Receiver
22

23

24

25

26

27

28

-2-

W02-WEST:5SS1\400515041.2          ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

1    COURT SERVICE LIST

2    Office of the U.S. Trustee
     Office of the U.S. Trustee
3    Attn: John Wesolowski, Esq.
     280 South First Street, Room 268
4    San Jose, CA 95113

5    The Billing Resource dba Integretel
     The Billing Resource dba Integretel
6    Attn: Ken Dawson
     5883 Rue Ferrari
7    San Jose, CA 95138

8    Counsel for The Billing Resource dba Integretel
     Sheppard, Mullin, Richter & Hampton LLP
9    Attn: Michael H. Ahrens, Esq.
     4 Embarcadero Center, 17th Floor
10   San Francisco, CA 94111-4106

11   David R. Chase, Receiver
     David R. Chase, Receiver for Access One Communications,
12        Inc. and Network One Services, Inc.
     David R. Chase, P.A.
13   Wachovia Center-Penthouse
     1909 Tyler Street
14   Hollywood, FL 33020

15   Counsel for the Receiver David R. Chase
     Jeffrey C. Schneider, Esq.
16   Michelle T. Visiedo, Esq.
     Tew Cardenas LLP
17   Four Seasons Tower – 15th Floor
     1441 Brickell Avenue
18   Miami, FL 33131

19   Counsel for the Receiver David R. Chase
     Walter Oetzell, Esq.
20   Danning, Gill, Diamond & Kollitz, LLP
     2029 Century Park East, Third Floor
21   Los Angeles, CA 90067-2904

22   Counsel for the Federal Trade Commission
     Laura M. Kim, Esq.
23   Michael J. Davis, Esq.
     Collot Guerard, Esq.
24   Federal Trade Commission
     600 Pennsylvania Avenue, NW, Room 286
25   Washington, DC 20580

26   Federal Trade Commission
     Associate Director, Division of Marketing Practices
27   Federal Trade Commission, H-238
     600 Pennsylvania Avenue, N.W.
28

-3-

1 | Washington, D.C.   20580

2 | Proposed Counsel for the Official Unsecured Creditors Committee
John Fiero, Esq.
3 | Maxim Litvak, Esq.
Pachulski, Stang, Ziehl & Jones
4 | 150 California Street
15th Floor
5 | San Francisco, CA 94111-4500

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION

1   WILLIAM BLUMENTHAL
    General Counsel
2
    JOHN ANDREW SINGER
3   MICHAEL P. MORA
    JULIE A. MACK
4   Federal Trade Commission
    600 Pennsylvania Ave. NW, Room NJ-2122
5   Washington, DC 20580
    Telephone: (202) 326-3234; 3373; 2312
6   Facsimile: (202) 326-2558
    Email:  jsinger@ftc.gov
7           mmora@ftc.gov
            jmack@ftc.gov
8
    ATTORNEYS FOR
9   FEDERAL TRADE COMMISSION

10

11              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
12                     **SAN JOSE DIVISION**

13

| | |
|---|---|
| IN RE | |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | Case No. 07-52890 Chapter 11 |
| Debtor | |
| | |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 07-05156 |
| FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., 411TXT, Inc., CELL-INFOUSA, INC., Enhanced Billing Services, Inc., Toll Free Connect, Inc., Cripple Creek Holdings, LLC, Built to Last, LLC, Not Fade Away, LLC, He's Gone, LLC, The Other One, LLC, Turn on Your Love Light, LLC, China Cat Sunflower, LLC, Lazy River Road Holdings, LLC, | APPELLANT FEDERAL TRADE COMMISSION'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT |
| Defendant. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1        Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), Appellant Federal Trade

2    Commission (the "FTC") hereby elects to have its appeal from the bankruptcy court order

3    entitled "Order Granting Motion for Preliminary Injunction," heard by the United States District

4    Court for the Northern District of California.  Notice of the FTC's foregoing appeal is being filed

5    concurrently with this Statement of Election.

6    Dated: November 8, 2007                          Respectfully submitted,

7                                                                                       WILLIAM BLUMENTHAL

8                                                                                       General Counsel

9

10                                                                                     /s/  Michael P. Mora
                                                                                          JOHN ANDREW SINGER
                                                                                          MICHAEL P. MORA
11                                                                                     JULIE A. MACK
                                                                                          Federal Trade Commission
12                                                                                     600 Pennsylvania Avenue, N.W.
                                                                                          Room 2122
13                                                                                     Washington, DC 20580
                                                                                          Telephone:  (202) 326-3234; 3373; 2312
14                                                                                     Facsimile: (202) 326-2558
                                                                                          Email: jsinger@ftc.gov
15                                                                                                 mmora@ftc.gov
                                                                                                 jmack@ftc.gov
16

17                                                                                     ATTORNEYS FOR
                                                                                          FEDERAL TRADE COMMISSION
18

19

20

21

22

23

24

25

26

27

28

1      CERTIFICATE OF SERVICE

2      1.      My name is Michael P. Mora. I am an attorney with the Federal Trade

3  Commission, an interested party in this matter. My business address is 600 Pennsylvania

4  Avenue, N.W., Room 2122, Washington, DC 20580.

5      2.      A true and correct copy of the forgoing APPELLANT FEDERAL TRADE

6  COMMISSION'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT

7  COURT will be served on November 9, 2007, by causing it to be sent via U.S. mail from

8  Washington, DC, to the Attached Service List.

9      The following also were served on November 8, 2007, by Electronic Noticing pursuant to

10 Section 10 of this Court's Amended Operating Order and Local Rule 9013-3(c) on each

11 Registered Participant as follows:

12

13 Michael H. Ahrens    mahrens@sheppardmullin.com
   Ori Katz    okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com
14 Jeffrey K. Rehfeld    jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com
   Steven B. Sacks    ssacks@sheppardmullin.com, ewalters@smrh.com
15 Steven J. Schwartz    sschwartz@dgdk.com

16     I declare under penalty of perjury under the laws of the United States of America that the

17 foregoing is true and correct.

18     Executed on November 8, 2007, at Washington, DC.

19

20                          /s/  Michael P. Mora

21

22

23

24

25

26

27

28

-3-

1                                    SERVICE LIST

2    Debtor
     The Billing Resource
3    5883 Rue Ferrari
     San Jose, California  95138
4

5    Counsel to Debtor
     The Billing Resource, dba Integretel,
6    a California corporation
     Michael H. Ahrens, Esquire
7    Jeffrey K. Rehfeld , Esquire
     Steven B. Sacks, Esquire
8    Sheppard, Mullin, Richter and Hampton
     4 Embarcadero Center, 17th Floor
9    San Francisco, California  94111

10   Counsel to Florida District Court Receiver
     Howard Kollitz, Esquire
11   Walter K. Oetzell, Esquire
     Steven J. Schwartz, Esquire
12   Danning, Gill, Diamond & Kollitz, LLP
     2029 Century Park East, Third Floor
13   Los Angeles, California  90067-2904

14   Counsel to Florida District Court Receiver
15   Jeffrey C. Schneider, Esquire
     Michelle C. Visiedo-Hildago, Esquire
16   Tew Cardenas LLP
     Four Seasons Tower, Fifteenth Floor
17   1441 Brickell Avenue
     Miami, Florida  33131
18
     Receiver in Case No. 06-80180-CIV-RYSKAMP
19   U.S. District Court for the Southern District of Florida
     David R. Chase, Esquire
20   Wachovia Center - Penthouse
     1909 Tyler Street
21   Hollywood, Florida  33020

22   Counsel to Unsecured Creditors' Committee
23   John D. Fiero, Esquire
     Pachulski, Stang, Ziehl, Young and Jones
24   150 California St. 15th Fl.
     San Francisco, California  94111-4500
25

26

27

28

                                        -4-

1  Office of the U.S. Trustee
   Sara L. Kisler, Acting U.S. Trustee
2  for Region 17
   Office of the U.S. Trustee / SJ
3  U.S. Federal Bldg.
   280 South 1st Street, #268
4  San Jose, California  95113-3004

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Adversary Proceeding #: 07-05156

*Assigned to:* Judge Arthur S. Weissbrodt
*Related BK Case:* 07-52890
*Related BK Title:* The Billing Resource
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 91 Declaratory judgment
                    72 Injunctive relief - other

*Date Filed:* 09/19/07

**Plaintiff**

------------------------

**The Billing Resource**
5883 Rue Ferrari
San Jose, CA 95138
Tax id: 33-0289863

represented by **Jeffrey K. Rehfeld**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: jrehfeld@sheppardmullin.com

**Michael H. Ahrens**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: mahrens@sheppardmullin.com
*LEAD ATTORNEY*

**Ori Katz**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: okatz@sheppardmullin.com

**Steven B. Sacks**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: ssacks@sheppardmullin.com

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**
**I certify that this is a true, correct and full copy**
**of the original document on file in my custody.**
**Dated** 11-9-07
**by** [signature]
**Deputy Clerk**

V.

## Defendant

------------------------

**David R Chase,** *Defendant*
c/o Tew Cardenas LLP
Attention Jeffrey C. Schneider
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
305-539-2481

represented by **Steven J. Schwartz**
Danning, Gill, Diamond and Kollitz
2029 Century Park E 3rd Fl.
Los Angeles, CA 90067
(310) 277-0077
Email: sschwartz@dgdk.com

**Federal Trade Comission,** *Defendant*
c/o Laura Kim
600 Pennsylvania Ave., N.W.
Room H-238
Washington, DC 20580
202-326-3734

represented by **Julie A. Mack**
Federal Trade Commission
600 Pennsylvania Ave. N.W.
Washington, DC 20580
(202) 326-2312
Email: jmack@ftc.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 09/19/2007 | ❶1 | Adversary case 07-05156. 91 (Declaratory judgment), 72 (Injunctive relief - other) Complaint by The Billing Resource against David R Chase, Federal Trade Comission. Fee Amount $250. (Katz, Ori) (Entered: 09/19/2007) |
| 09/19/2007 | | Receipt of filing fee for Complaint(07-05156) [cmp,cmp] ( 250.00). Receipt number 4643836, amount $ 250.00 (U.S. Treasury) (Entered: 09/19/2007) |
| 09/19/2007 | ❶2 | Summons to be Issued on David R Chase, Federal Trade Comission (RE: related document(s)1 Complaint filed by Plaintiff The Billing Resource). (Katz, Ori) (Entered: 09/19/2007) |
| 09/19/2007 | ❶3 | Adversary Cover Sheet (RE: related document(s)1 Complaint filed by Plaintiff The Billing Resource). (Katz, Ori) (Entered: 09/19/2007) |
| 09/20/2007 | ❶4 | Summons Issued on David R Chase Answer Due 10/22/2007; Federal Trade Comission Answer Due 10/22/2007. (jd, ) (Entered: 09/20/2007) |
| 09/20/2007 | ❶5 | Order for Telephonic Status Conference with Certificate of Service. . Status Conference to be held on 12/10/2007 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt. (jd, ) (Entered: 09/20/2007) |
| 09/24/2007 | ❶6 | Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary |

|  |  | Restraining Order Filed by Plaintiff The Billing Resource. (Attachments: # 1 Exhibit A - Proposed Order# 2 Memorandum of Points and Authorities # 3 Declaration of Neal Goldfarb# 4 Declaration of Ken Dawson) (Sacks, Steven) (Entered: 09/24/2007) |
|---|---|---|
| 09/24/2007 | 7 | Declaration of Steven B. Sacks in support of (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E) (Sacks, Steven) (Entered: 09/24/2007) |
| 09/24/2007 | 8 | Notice of Hearing (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, filed by Plaintiff The Billing Resource, 7 Declaration, filed by Plaintiff The Billing Resource). Hearing scheduled for 9/26/2007 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Plaintiff The Billing Resource. (Sacks, Steven) (Entered: 09/24/2007) |
| 09/25/2007 | 9 | Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Temporary Restraining Order* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Mack, Julie) **ERROR: PDF CONTAINS MAIN BANKRUPTCY CASE NUMBER #07-52890. ADVERSARY PROCEEDING NUMBER NOT SHOWN ON PDF.** . Modified on 9/26/2007 (er, ). (Entered: 09/25/2007) |
| 09/25/2007 | 10 | Brief/Memorandum in Opposition to (Related Document(s): 6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction and Declaratory Relief, Motion for Temporary Restraining Order). . Filed by Defendant David R Chase (Schwartz, Steven) ERROR: ADVERSARY PROCEEDING NUMBER INCORRECT ON PDF. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO DOCUMENT #6 EMERGENCY MOTION FOR ORDER TO SHOW CAUSE, MOTION FOR PRELIMINARY INJUNCTION, MOTION FOR TEMPORARY RESTRAINING ORDER. Modified on 9/26/2007 (er, ). (Entered: 09/25/2007) |
| 09/25/2007 | 11 | Certificate of Service (RE: related document(s)8 Notice of Hearing,, 6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order,, 7 Declaration, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 09/25/2007) |
| 09/26/2007 | 12 | Certificate of Service *of Federal Trade Commission's Opposition to Debtor's Emergency Motion for Temporary Restraining Order and* |

|  |  | *Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief* (RE: related document(s)9 Opposition Brief/Memorandum, ). (Mack, Julie) (Entered: 09/26/2007) |
|---|---|---|
| 09/26/2007 | ❶ | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 10/2/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6,any additional pleadings by plaintiff to be filed NLT 12:00 PM on 9/28/07, any response due NLT 3:00 PM 10/1/07. (tb, ) (Entered: 09/26/2007) |
| 09/28/2007 | ❶13 | Memorandum of Points and Authorities in Support of *Supplemental Memorandum In Support Of Request For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction And Declaratory Relief* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Supplemental Declaration Of Ken Dawson# 2 Certificate of Service) (Sacks, Steven) (Entered: 09/28/2007) |
| 09/28/2007 | ❶14 | Summons Service Executed on David R Chase 9/28/2007; Federal Trade Comission 9/28/2007 ; *Tew Cardenas LLP 9/29/2007; Danning, Gill, Diamond & Kollitz LLP 9/28/2007; US Attorney for FTC-San Jose 9/28/2007; and US Attorney for FTC, San Francisco, 9/28/2007.* (Attachments: # 1 Certificate of Service) (Rehfeld, Jeffrey) (Entered: 09/28/2007) |
| 09/28/2007 | ❶15 | Supplemental Certificate of Service *of Summons and Notice of Telephonic Status Conference in Adversary Proceeding; Complaint for Declaratory Relief, Temporary Restraining Order, and Preliminary Injunction; Adversary Cover Sheet; Order Setting Telephonic CMC in San Jose; and Bankruptcy Dispute Resolution Program Information Sheet* (RE: related document(s)14 Summons Service Executed,1 Complaint, 3 Adversary Cover Sheet,5 Order for Telephonic Status Conference with Certificate of Service ). Filed by Plaintiff The Billing Resource (Rehfeld, Jeffrey) **CORRECTIVE ENTRY: COURT MODIFIED THE DOCKET TEXT AND ADDED LINKAGE TO THE DOCUMENTS LISTED AS BEING SERVED.** Modified on 10/1/2007 (cvt, ). (Entered: 09/28/2007) |
| 09/29/2007 | ❶16 | Corrected Certificate of Service *of Supplemental Memorandum in Support of Request for TRO and Supplemental Declaration of K. Dawson* (RE: related document(s)13 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 09/29/2007) |

| 09/30/2007 | ⬤18 | Order Not Signed Regarding Motion to Show Cause (Related Doc # 6), Not Signed Regarding Motion for Preliminary Injunction (Related Doc # 6), Not Signed Regarding Motion for Temporary Restraining Order (Related Doc # 6) (cvt, ) (Entered: 10/02/2007) |
|---|---|---|
| 10/01/2007 | ⬤17 | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for TRO* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # 1 Declaration of Laura Kim# 2 Declaration Exhibits A-K# 3 Declaration Exhibits L-N) (Mack, Julie) (Entered: 10/01/2007) |
| 10/02/2007 | ⬤ | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Temporary Restraining Order denied, Hearing on Preliminary Injunction to be held on 10/17/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6; plaintiff to file by noon on 10/12/07, defendant to respond by noon on 10/15/07. (tb, ) (Entered: 10/04/2007) |
| 10/03/2007 | ⬤19 | Transcript, Date of Hearing: Sep. 26, 2007 *emergency motion for TRO, etc.* (Palmer, Susan) (Entered: 10/03/2007) |
| 10/04/2007 | ⬤20 | Certificate of Service *Federal Trade Commission's Supplemental Opposition to Debtor's Emergency Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief* (RE: related document(s)17 Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/04/2007) |
| 10/04/2007 | ⬤21 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)18 Order on Motion to Show Cause, Order on Motion for Preliminary Injunction, Order on Motion for Temporary Restraining Order). Service Date 10/04/2007. (Admin.) (Entered: 10/04/2007) |
| 10/10/2007 | ⬤22 | Order Denying Motion for Temporary Restraining Order (Related Doc # 6) (aw, ) (Entered: 10/11/2007) |
| 10/12/2007 | ⬤23 | Memorandum of Points and Authorities in Support of *Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order,, 13 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Ken Dawson# 2 Exhibit 1 to Dawson Declaration# 3 Exhibit 2 to Dawson Declaration# 4 Exhibit 3 to Dawson Declaration# 5 Declaration |

|            |             |                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
|------------|-------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |             | of Paul Weber# 6 Exhibit A to Weber Declaration# 7 Exhibit B to Weber Declaration# 8 Exhibit C to Weber Declaration) (Katz, Ori) (Entered: 10/12/2007)                                                                                                                                                                                                                                                                                                     |
| 10/12/2007 | ❍24         | Transcript, Date of Hearing: Oct. 2, 2007 *emergency motion on TRO and order to show cause.* (Palmer, Susan) (Entered: 10/12/2007)                                                                                                                                                                                                                                                                                                                         |
| 10/12/2007 | ❍25         | First Request To Take Judicial Notice *of Federal Receiver in Response to Order to Show Cause Re: Preliminary Injunction.* Filed by Defendant David R Chase (Attachments: # 1 Appendix # 2 Appendix # 3 Appendix # 4 Appendix # 5 Appendix # 6 Appendix # 7 Appendix # 8 Appendix # 9 Appendix # 10 Appendix) (Schwartz, Steven) ERROR: EXHIBITS SHOULD BE AN ATTACHMENT. Modified on 10/15/2007 (aw, ). (Entered: 10/12/2007)                               |
| 10/12/2007 | ❍26         | Certificate of Service (RE: related document(s)23 Memo of Points & Authorities,, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 10/12/2007)                                                                                                                                                                                                                                                                                          |
| 10/13/2007 | ❍27         | BNC Certificate of Mailing - Electronic Order (RE: related document(s)22 Order on Motion for Temporary Restraining Order). Service Date 10/13/2007. (Admin.) (Entered: 10/13/2007)                                                                                                                                                                                                                                                                          |
| 10/15/2007 | ❍28         | Brief/Memorandum in Opposition to *Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007)                                                                                                                                                                   |
| 10/15/2007 | ❍29         | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # 1 Declaration of Collot Guerard# 2 Declaration Exhibits A-E) (Mack, Julie) ERROR: WRONG EVENT CODE SELECTED. Modified on 10/16/2007 (aw, ). (Entered: 10/15/2007) |
| 10/15/2007 | ❍30         | Certificate of Service (RE: related document(s)28 Opposition Brief/Memorandum, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007)                                                                                                                                                                                                                                                                                                |
| 10/15/2007 | ❍31         | Certificate of Service (RE: related document(s)25 Request To Take Judicial Notice, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007)                                                                                                                                                                                                                                                                                            |

| 10/15/2007 | ●32 | Certificate of Service *of Federal Receiver's Second Supplemental Opposition to Motion for Authority to Use Cash Collateral; Memorandum of Points and Authorities.* Filed by Defendant David R Chase (Schwartz, Steven) ERROR: LINKAGE. FYI: COURT UNABLE TO ADD LINKAGE DUE TO LOCATING PLEADING TITLED SECOND SUPPLEMENTAL OPPOSITION ON COURT DOCKET.Modified on 10/16/2007 (aw, ). (Entered: 10/15/2007) |
|---|---|---|
| 10/17/2007 | ● | Courtroom Hearing Held (RE: multi-part motion - related document(s) 6 ) (Under submission; the status conference to be held in the main case (07-52890) is continued from 10/26/07 at 2:00 PM to 11/2/07 at 1:00 PM.)(tb, ) (Entered: 10/18/2007) |
| 10/19/2007 | ●33 | Motion to Dismiss Adversary Proceeding *Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●34 | Memorandum of Points and Authorities in of *Federal Receiver in Support of Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●35 | Second Request To Take Judicial Notice *of Federal Receiver Pursuant to FRE Rule 201(d) in Support of Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Attachments: # 1 Appendix) (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●36 | Notice of Hearing (RE: related document(s)33 Motion to Dismiss Adversary Proceeding filed by Defendant David R Chase). Hearing scheduled for 11/27/2007 at 03:00 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●37 | Certificate of Service *of 36 Notice Of Hearing On Motion Of Federal Receiver To Dismiss Complaint Pursuant To Frcp Rule 12(B)(1); 33 Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1); 34 Memorandum Of Points And Authorities In Support Of Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1); 35 Second Request Of Federal Receiver Pursuant To FRE Rule 201(d) For Judicial Notice In Support Of Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1).* Filed by Defendant David R Chase (Schwartz, Steven) ERROR: LINAKGE. CORRECTIVE ENTRY: COURT ADDED LINKAGE AND MODIFIED DOCKET TEXT. Modified on |

| | | |
|---|---|---|
| | | 10/22/2007 (aw, ). (Entered: 10/19/2007) |
| 10/23/2007 | ❍38 | Certificate of Service (RE: related document(s)29 Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/23/2007) |
| 10/24/2007 | ❍39 | Answer to Complaint *of Debtor for Declaratory and Injunctive Relief* Filed by Federal Trade Comission. (Attachments: # 1 Certificate of Service)(Mack, Julie) (Entered: 10/24/2007) |
| 10/28/2007 | ❍40 | Transcript, Date of Hearing: Oct. 17, 2007 *plaintiff's motion*. (Palmer, Susan) (Entered: 10/28/2007) |
| 11/02/2007 | ❍41 | Memorandum Decision RE: Order To Show Cause Regarding Preliminary Injunction (RE: related document(s)6 Motion for Order to Show CauseMotion for Preliminary InjunctionMotion for Temporary Restraining Order filed by Plaintiff The Billing Resource). (Attachments: # 1 Part II -Pages 41-64) (aw, ) (Entered: 11/02/2007) |
| 11/04/2007 | ❍42 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)41 Memorandum Decision, ). Service Date 11/04/2007. (Admin.) (Entered: 11/04/2007) |
| 11/05/2007 | ❍ | Emergency Hearing Set On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/5/2007 at 04:30 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/06/2007) |
| 11/05/2007 | ❍ | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. The Court grants a TRO effective immediately with Plaintiff preparing an order reviewed by counsel for the FTC and The Receiver and will issue an OSC as to why a preliminary injunction should not issue; the Hearing is to be held on 11/16/2007 at 10:00 AM San Jose Courtroom 3020 - Weissbrodt for 6, plaintiff to file by 6 PM PST on 11/7/07, defendants by 6 PM PST on 11/9/07, with a reply due by 6 PM PST on 11/13/07. The Debtor and The Receiver should file a joint report with the District Court. (tb, ) (Entered: 11/06/2007) |
| 11/06/2007 | ❍43 | Objection *to Integretel's Form of Proposed Order Granting Temporary Restraining Order and Order To Show Cause re Preliminary Injunction*. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: |

11/06/2007)

| 11/07/2007 | ●44 | Response to *Receiver's Objection to Proposed Form of Order Granting Temporary Restraining Order* (RE: related document(s)43 Objection). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |

| 11/07/2007 | ●45 | Certificate of Service (RE: related document(s)44 Response). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |

| 11/07/2007 | ●46 | Certificate of Service (RE: related document(s)43 Objection). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/07/2007) |

| 11/07/2007 | ●47 | Memorandum of Points and Authorities in Support of (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Steven B. Sacks) (Sacks, Steven) (Entered: 11/07/2007) |

| 11/07/2007 | ●48 | Certificate of Service (RE: related document(s)47 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |

| 11/07/2007 | ●49 | Order Granting Motion for Preliminary Injunction (Related Doc # 6) (aw, ) (Entered: 11/08/2007) |

| 11/08/2007 | ●50 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)49 Order on Motion for Preliminary Injunction). Appellant Designation due by 11/19/2007. Transmission to District Court due by 12/10/2007. (Attachments: # 1 Exhibit A) Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/08/2007) |

| 11/08/2007 | ●51 | Statement of Election to District Court, (RE: related document(s)50 Notice of Appeal, filed by Defendant Federal Trade Comission). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/08/2007) |

| 11/09/2007 | ●52 | Third Request To Take Judicial Notice *in Response to Order to Show Cause Why Preliminary Injunction Should Not Be Issued.* Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/09/2007) |

| 11/09/2007 | ●53 | Courts Certificate of Mailing. Number of notices mailed: 7 (RE: related document(s)50 Notice of Appeal, ). (tm, ) (Entered: 11/09/2007) |