IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: THE BILLING RESOURCE	No. C07-05758 RMW
NOTICE OF FILING OF
BANKRUPTCY APPEAL AND
ORDER SETTING STATUS
CONFERENCE

RE: Bankruptcy Case No.: 07-52890 ASW
    Adversary No.: 07-5156 ASW
    Bap No.:
    Appellant Federal Trade Commission

The appeal has been assigned the following case number C07-05758 RMW before the Honorable Ronald M. Whyte.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 03/14/2008 at 10:30 AM in Courtroom 6, Fourth Floor, San Jose.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: November 14, 2007

								For the Court
								Richard W. Wieking, Clerk


								/s/ Diane Miyashiro
								By: Deputy Clerk

cc: USBC
    Counsel of Record