

**integretel**
BILLING SOLUTIONS

March 6, 2006

Mr. Roberto C. Menjivar  
Federal Trade Commission  
600 Pennsylvania Avenue NW. Room 238  
Washington, DC 20580

Via FAX (202) 326-3395  
and express courier

RE: <u>FTC v. Nationwide Connections, Inc. et al</u>  
<u>TRO and Order to Show Cause dated February 27, 2006 ("Order")</u>

Dear Mr. Menjivar:

Please be advised of the following with respect to the above captioned Order:

1) To the best of our knowledge, we have not conducted any business with defendant Nationwide Connections, Inc.

2) We have a service contract with a Florida corporation called Access One Communications ("AOC"). Pursuant to this contract, AOC would be entitled to certain proceeds from billing transactions. However, AOC is in default of this contract and, therefore, no amounts are currently due and owing. We have not processed any billing for AOC since May of 2005. To the extent proceeds become due to AOC in the future, we will establish a separate bank account into which such funds will be deposited and notify your office accordingly.

3) We have a service contract with a Florida corporation called Network One Services, Inc. ("NOSI"). Pursuant to this contract, NOSI would be entitled to certain proceeds from billing transactions. However, NOSI is in default of this contract and, therefore, no amounts are currently due and owing. We have not processed any billing for NOSI since June of 2003. To the extent proceeds become due to NOSI in the future, we will establish a separate bank account into which such funds will be deposited and notify your office accordingly.

Except as noted above, we are in possession of no assets relating to any defendant in this matter. If you wish additional information or need to discuss any of the foregoing, please call me directly at 408-362-4177.

Sincerely,

Ken Dawson,  
President

**EXHIBIT 1**

INTEGRETEL, INC. • 6903 BLUE FERRARI • SAN JOSE • CA • 95138 • 408.362.4000 TEL.