UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80180-Civ-RYSKAMP/VITUNAC

FEDERAL TRADE COMMISSION,

        Plaintiff,

vs.

NATIONWIDE CONNECTIONS, INC.,
et. al.,

        Defendants.
_____/

**Notice of Appeal**

Defendant The Billing Resource d/b/a Integretel ("Integretel") hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the following orders:

1. The "Omnibus Order" dated September 13, 2007 and entered on September 14, 2007 (Docket Entry 610) and

2. The "Order Granting Motion for Clarification as to Scope of Stay" dated and entered on September 21, 2007 (Docket Entry 619).

Please take further notice that there is a related appeal currently pending in the United States Court of Appeals for the Eleventh Circuit, *Federal Trade Commission v. Nationwide Connections, Inc.*, Eleventh Circuit Court Case No. 06-16635-E.

Dated: September 24, 2007.

Respectfully submitted,

/s/ Neal Goldfarb  
Richard H. Gordin, Pro hac vice  
Neal Goldfarb, Pro hac vice  
TIGHE PATTON ARMSTRONG TEASDALE PLLC  
1747 Pennsylvania Ave., N.W., Suite 300  
Washington, D.C. 20006  
rgordin@tighepatton.com  
ngoldfarb@tighepatton.com  
Tel.: (202) 454-2800  
Fax: (202) 454-2805  

/s/ Scott B. Newman  
Scott B. Newman, Florida Bar No. 339717  
Martin J. Alexander, Florida Bar. No. 346845  
HOLLAND & KNIGHT LLP  
222 Lakeview Ave., Suite 1000  
West Palm Beach, Florida 33401  
scott.newman@hklaw.com  
marty.alexander@hklaw.com  
Tel.: (561) 833-2000  
Fax: (561) 650-8399  

*Counsel for The Billing Resource d/b/a Integretel*

TO THE CLERK:

A copy of this notice of appeal should be sent to the attorneys and unrepresented parties listed on the accompanying service list.

/s/ Scott B. Newman  
Scott B. Newman

## Certificate of Service

I HEREBY CERTIFY that on September 24, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                                         */s/ Scott B. Newman*
                                         Scott B. Newman

SERVICE LIST
Federal Trade Commission vs. Nationwide Connection, Inc., et al
Case No. 06-80180-Civ-Ryskamp/Vitunac

**CM/ECF Notice List:**

LAURA M. KIM, ESQ.
lkim@ftc.gov and ereid@ftc.gov
MICHAEL J. DAVIS, ESQ.
mdavis@ftc.gov
COLLOT GUERARD, ESQ.
cguerard@ftc.gov and cguerard@comcast.net
RICHARD McKEWEN, ESQ.
rmckewen@ftc.gov
ROBERT SCHOSHINSKI, ESQ.
rschoshinski@ftc.gov
Federal Trade Commission
600 Pennsylvania Ave., N.W., Room 286
Washington, DC 20580
202-326-3734 telephone (Kim)
202-326-3395 facsimile
*Attorneys for Plaintiff Federal Trade Commission*

MARK D. JOHNSON, ESQ.
MarkDJohnsonPA@bellsouth.net
Mark D. Johnson, P.A.
10 Central Parkway, Suite 210
Stuart, Florida 34994
772-223-7700 telephone
772-223-1177 facsimile
*Attorneys for Defendants, Yaret Garcia, Erika Riaboukha and Qaadir Kaid*

MICHAEL GARRETT AUSTIN, ESQ.
maustin@mwe.com
305-347-6517 telephone
STEVEN E. SIFF, ESQ.
ssiff@mwe.com
305-347-6511 telephone
McDermott Will & Emery LLP
201 S Biscayne Boulevard
Suite 2200
Miami, FL 33131-4336
347-6500 facsimile
*Attorneys for Defendants Billing Concepts, Inc., ACI Billing Services, Inc. d/b/a OAN, and BSG Clearing Solutions North America, LLC*

ANDREW G. BERG, ESQ.
ABerg@kslaw.com
CAROLYN TAPIE, ESQ.
ctapie@kslaw.com
KEVIN DINAN, ESQ.
KDinan@kslaw.com
JOHN-DAVID THOMAS, ESQ.
jthomas@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006-4704
202-737-0500 telephone
202-626-3737 facsimile
*Attorneys for Defendants Billing Concepts, Inc., ACI Billing Services, Inc. d/b/a OAN, and BSG Clearing Solutions North America, LLC*

| | |
|---|---|
| ROSANNE BRADY, ESQ.<br>Rosanne@macalusolaw.com<br>PETER N. MACALUSO, ESQ.<br>peter@macalusolaw.com<br>The Law Office of Peter N. Macaluso<br>3302 N. Tampa Street<br>Tampa, FL 33603<br>813-251-2831 telephone<br>813-228-7004 facsimile<br>*Attorneys for Crossclaim defendant/Third-party defendant Ronny Morrillo* | JEFFREY C. SCHNEIDER, ESQ.<br>jcs@tewlaw.com<br>PATRICK J. RENGSTL<br>pjr@tewlaw.com<br>MICHELLE T. VISIEDO-HIDALGO, ESQ.<br>mtv@tewlaw.com<br>Tew Cardenas LLP<br>Four Seasons Tower—15th Floor<br>1441 Brickell Avenue<br>Miami, FL 33131<br>305-539-2481 telephone<br>305-536-1116 facsimile<br>*Attorneys for Receiver David R. Chase* |
| DERICK J. RODGERS, ESQ.<br>drodgers@lawdcm.com<br>Davis Cedillo & Mendoza Inc<br>McCombs Plaza, Suite 500<br>755 E. Mulberry Avenue<br>San Antonio, TX 78212<br>210-822-6666 telephone<br>210-822-1151 facsimile<br>*Attorneys for Defendants Billing Concepts, Inc., ACI Billing Services, Inc. d/b/a OAN, and BSG Clearing Solutions North America, LLC* | GARY M. DUNKEL, ESQ.<br>dunkelg@gtlaw.com<br>JASON H. OKLESHEN, ESQ.<br>okleshenj@gtlaw.com<br>Greenberg Traurig<br>Phillips Point – East Tower, Suite 300-E<br>777 South Flagler Drive<br>West Palm Beach, FL 33401<br>561-650-7900 telephone<br>561-655-6222 facsimile<br>*Attorneys for Interested Party BHD/Web, LLC* |
| DIANE NOLLER WELLS, ESQ.<br>dwells@devinegoodman.com<br>Devine Goodman Pallet & Wells, PA<br>777 Brickell Avenue, Suite 850<br>Miami, FL 33131<br>305-374-8200 telephone<br>305-374-8208 facsimile<br>*Attorneys for Second Churchill Way,LLC* | MICHAEL WOODBURY, ESQ.<br>michael.woodbury@woodbury-santiago.com<br>Two Datran Center—Penthouse 1A<br>9130 South Dadeland Boulevard<br>Miami, FL 33156<br>305-669-9570 telephone<br>305-669-8616 facsimile<br>*Attorneys for Grunspan Trust, et al* |
| HENRY W. JOHNSON<br>hjohnson@jzwlawfirm.com<br>Hume & Johnson<br>1401 University Drive, Suite 301<br>Coral Springs, FL 33071<br>954-755-9880 telephone<br>*Attorneys for Interested Party John J. Smith* | JOHN W. CHAPMAN, JR., ESQ.<br>jchapman@nhlslaw.com<br>Norton Hammersley Lopez & Skokos<br>1819 Main Street, Suite 610<br>Sarasota, FL 34236<br>941-954-4691 telephone<br>941-954-2128 facsimile<br>*Attorneys for ThirdParty Plaintiff Systems & Services Technologies* |

-5-

ROBERT M. WEINBERGER, ESQ.
rmw@fcohenlaw.com
Cohen Norris Scherer Weinberger & Wolmer
712 U.S. Highway 1, Suite 400
North Palm Beach, FL 33408
*Attorneys for Interested Party Denise McCann*

THOMAS G. LONG, ESQ.
tlong@barnettbolt.com
HILDEGUND P. WANDERS, ESQ.
Barnett Bolt Kirkwood & Long
601 Bayshore Boulevard, Suite 700
Tampa, FL 33606
813-253-2020 telephone
813-251-6711 facsimile
*Attorney for BMW Financial Services*

ROBERT VOSS FITZSIMMONS, ESQ.
rvf@kubickidraper.com
Kubicki Draper
City National Bank Building
25 W Flagler Street, Penthouse
Miami, FL 33130-1712
305-982-6741 telephone
305-374-7846 facsimile
*Attorneys for AmeriCredit Financial Services*

CHAD A. DEAN, ESQ.
chad@schuylaw.com
Schuyler Stewart Smith
118 West Adams Street, #800
Jacksonville, FL 32202
904-353-5884 telephone
904-353-5994 facsimile
*Attorneys for Primus Automotive Financial Services and Ford Motor Co. Credit Co.*

BRUCE ERIC BLOCH, ESQ.
sblawfirm@aol.com
Sapurstein & Bloch PA
9700 South Dixie Highway, Suite 1000
Miami, FL 33156
305-670-9500 telephone
305-670-6900 facsimile
*Attorneys for J P Morgan Chase Bank, N.A.*

THEODORE J. LEOPOLD, ESQ.
tleopold@riccilaw.com
Ricci Leopold
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
561-684-6500 telephone
561-515-2610 facsimile
*Attorneys for Interested Party Mercantile Bank*

**Manual Notice List:** (via U.S. Mail)

WILLOUGHBY FARR, Inmate No. 653974
Avon Park Correctional Institution
PO Box 1100
County Road 64 East
Avon Park, FL 33926-1100
*Defendant, Pro Se*

MARY LOU FARR
c/o James Stonehill
1006 Churchill Circle South
West Palm Beach, FL 33405
*Defendant, Pro Se*

MICHAEL DAVID McDONOUGH, ESQ.
12794 Forest Hill Blvd., Suite 19D
Wellington, FL 33414
561-791-0590 telphone
*Attorney for Crossclaim defendants/Third-party defendants German Miranda and Jesus Sandoval*

Jessy Mendoza
6117 Blue Grass Circle
Lake Worth, FL 33463

-6-