IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 17 2007
THOMAS K. KAHN
CLERK
```

No. 07-14531-E

FEDERAL TRADE COMMISSION,

　　　　　　　　　　　　　　　　　Plaintiff-Appellee,

DAVID R. CHASE,

　　　　　　　　　　　　　　　　　Receiver-Appellee,

versus

THE BILLING RESOURCE,
d.b.a. Integretel,

　　　　　　　　　　　　　　　　　Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

O R D E R:

Appellant's motion for stay or injunction pending appeal is

TEMPORARILY GRANTED pending further order of the Court.

_____
UNITED STATES CIRCUIT JUDGE