Entered on Docket
November 08, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED.
Signed November 07, 2007

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS,
Cal. Bar No. 44766
STEVEN B. SACKS,
Cal. Bar No. 98875
JEFFREY K. REHFELD,
Cal. Bar No. 188128
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for The Billing Resource, dba
Integretel

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
[SAN JOSE DIVISION]

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>        Debtor. | Case No. 07-52890<br><br>Chapter 11 |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., 411TXT, Inc., CELL-INFO-USA, INC., Enhanced Billing Services, Inc., Toll Free Connect, Inc., Cripple Creek Holdings, LLC, Built to Last, LLC, Not Fade Away, LLC, He's Gone, LLC, The Other One, LLC, Turn on Your Love Light, LLC, China Cat Sunflower, LLC, Lazy River Road Holdings, LLC,<br><br>        Defendant. | Adv. Proc. No. 07-05156<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** |

The Court having previously issued an order to show cause re preliminary injunction in connection with the motion filed by The Billing Resource, dba Integretel ("Integretel") herein, held a hearing thereon on October 17, 2007, considered the pleadings and submissions of counsel for the parties, and issued its Memorandum Decision re Order to Show Cause re Preliminary Injunction on November 2, 2007, which set forth the Court's findings of fact and conclusions of law pertaining hereto, and GOOD CAUSE APPEARING, it is hereby ordered as follows:

1. The Federal Trade Commission and its officers, agents, servants, employees and attorneys, and those in active concert or participation with them, are restrained and enjoined through and including March 14, 2008 from pursuing or prosecuting any claims against Integretel in that certain action captioned <u>Federal Trade Commission v. Nationwide Connections, Inc., et al.</u>, Case No. 06-80180-Civ-Ryskamp (the "Florida Action") pending in the United States District Court for the Southern District of Florida (the "Florida Court"). On March 7, 2008 at 1:00 p.m., the Court will hold a further hearing on whether this preliminary injunction shall remain in effect beyond March 14, 2008. Any supplemental papers in support of continuing the preliminary injunction of the Enforcement Action after March 14, 2008 shall be filed and served by February 22, 2008. Any opposition shall be filed by February 29, 2008. Either the Federal Trade Commission or Integretel may request before March 7, 2008 that the preliminary injunction be lifted for good cause based on facts that are not currently before this Court. The injunction issued herein does not affect or restrain the parties from prosecuting and responding to appeals filed by Integretel from orders issued by the Florida Court;

2. Integretel's motion in respect of David R. Chase, the Receiver appointed in the Florida Action, is denied without prejudice based upon the October 17, 2007 order of the Eleventh Circuit in *FTC, et al. v. The Billing Resource*, No. 07-14531-E (11th Cir.), that temporarily granted, pending further order of the Eleventh Circuit, Integretel's motion for a stay pending appeal. In the event that the Eleventh Circuit's temporary stay pending appeal is lifted, then any party may request further relief from this Court for good cause shown;

3. Integretel's request for authority to unblock the debtor-in-possession account into which it previously deposited $1,762,762.56 (the "Blocked Account") and use the monies therein

-1-

-2-

1  is denied without prejudice through December 14, 2007.  On December 7, 2007 at 10:00 a.m., the
2  Court will hold a further hearing on whether to unblock the Blocked Account as of December 14,
3  2007.  Any supplemental papers in support of unblocking the Blocked Account at that time shall
4  be filed and served by November 27, 2007.  Any opposition shall be filed by December 3, 2007.
5  Any party may request that the Blocked Account be unblocked prior to that time for good cause
6  shown based on facts that are not currently before this Court; and

7       4.      The Federal Trade Commission's motion for a stay of this preliminary injunction
8  pending its intended appeal of this order, made orally at the hearing hereon on November 2, 2007,
9  is denied.

** END OF ORDER **

Approved as to form:

WILLIAM BLUMENTHAL
General Counsel


By:__/s/ Michael Mora_____
        Michael Mora
        John Andrew Singer
Attorneys for the Federal Trade Commission

DANNING, GILL, DIAMOND & KOLLITZ, LLP


By:__/s/ Walter K. Oetzell_____
        Walter K. Oetzell
Attorneys for David R. Chase,
As Receiver

## COURT SERVICE LIST

Office of the U.S. Trustee
Office of the U.S. Trustee
Attn: John Wesolowski, Esq.
280 South First Street, Room 268
San Jose, CA  95113

The Billing Resource dba Integretel
The Billing Resource dba Integretel
Attn:  Ken Dawson
5883 Rue Ferrari
San Jose, CA  95138

Counsel for The Billing Resource dba Integretel
Sheppard, Mullin, Richter & Hampton LLP
Attn:  Michael H. Ahrens, Esq.
4 Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106

David R. Chase, Receiver
David R. Chase, Receiver for Access One Communications,
          Inc. and Network One Services, Inc.
David R. Chase, P.A.
Wachovia Center-Penthouse
1909 Tyler Street
Hollywood, FL  33020

Counsel for the Receiver David R. Chase
Jeffrey C. Schneider, Esq.
Michelle T. Visiedo, Esq.
Tew Cardenas LLP
Four Seasons Tower – 15th Floor
1441 Brickell Avenue
Miami, FL  33131

Counsel for the Receiver David R. Chase
Walter Oetzell, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA  90067-2904

Counsel for the Federal Trade Commission
Laura M. Kim, Esq.
Michael J. Davis, Esq.
Collot Guerard, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 286
Washington, DC  20580

Federal Trade Commission
Associate Director, Division of Marketing Practices
Federal Trade Commission, H-238
600 Pennsylvania Avenue, N.W.

-3-

W02-WEST:5SS1\400515041.2                      ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION

-4-

1 | Washington, D.C.   20580

2 | <u>Proposed Counsel for the Official Unsecured Creditors Committee</u>
John Fiero, Esq.
3 | Maxim Litvak, Esq.
Pachulski, Stang, Ziehl & Jones
4 | 150 California Street
15th Floor
5 | San Francisco, CA 94111-4500