ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for LSI Corporation

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE *dba* INTEGRETEL *aka* INTEGRETEL BILLING SOLUTIONS<br><br>Debtor.<br><br>Tax ID No. 33-0289863 | Case No. 07-52890<br><br>RS. No.   JLF-001<br><br>Chapter   11<br><br>Date:   November 21, 2007<br>Time:   10:30 a.m.<br>Place:   280 South First Street, San Jose, CA<br>         Courtroom 3020<br>Judge:   Honorable Arthur S. Weissbrodt |

**NOTICE OF HEARING ON LSI CORPORATION'S ORDER PURSUANT TO 11 U.S.C. § 362(j) AND FOR ORDER DIRECTING DEBTOR TO SURRENDER POSSESSION OF THE PREMISES AND FOR THE <u>ISSUANCE OF A WRIT OF POSSESSION</u>**

TO:   DEBTOR THE BILLING RESOURCE *dba* INTEGRETEL *aka* INTEGRETEL BILLING SOLUTIONS, DEBTOR'S COUNSEL, OFFICIAL COMMITTEE OF UNSECURED CREDITORS, THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that on November 21, 2007, at 10:30 a.m., before the Honorable Arthur S. Weissbrodt, Bankruptcy Judge, at the United States Bankruptcy Court, located at 280 South First Street, San Jose, California, in courtroom 3020, LSI Corporation ("LSI"), will and hereby does move this Court to enter an order confirming that the automatic stay of 11 U.S.C. 362 has terminated with respect to and does not apply to any and all acts and/or actions by LSI to retake

JLF/cc
K:\LSI-Billing Resource\Pld\relief ntc.doc

1   NOTICE OF HEARING ON LSI CORPORATION'S ORDER
    PURSUANT TO SECTION 362(J) AND FOR ORDER DIRECTING
    DEBTOR TO SURRENDER POSSESSION....

possession of the non-residential real property located at 5883 Rue Ferrari, San Jose, California (the "Premises") and for order directing debtor to surrender possession of the premises and for the issuance of a writ of possession.

PLEASE TAKE FURTHER NOTICE that the failure by the above captioned Debtor to appear either in person or through counsel at the time and place of the hearing on this matter may result in the Court granting the requested relief.

Said Motion is based upon this Notice, the Motion For Order Pursuant to 11 U.S.C. § 362(j) And For Order Directing Debtor To Surrender Possession Of The Premises And For The Issuance Of A Writ Of Possession, the Declaration of Don Higbee In Support of LSI Corporation's Motion For Order Pursuant to 11 U.S.C. § 362(j) And For Order Directing Debtor To Surrender Possession Of The Premises And For The Issuance Of A Writ Of Possession, filed and served concurrently herewith, the records, papers and documents on file in the case herein, and upon oral testimony to be presented at the hearing.

A proposed Order Pursuant to 11 U.S.C. 362(j) And For Order Directing Debtor To Surrender Possession Of The Premises And For The Issuance Of A Writ Of Possession is attached hereto as **Exhibit "A."**

Dated: November 2, 2007           **MURRAY & MURRAY**
                                  A Professional Corporation


                                  By: /s/ Jenny Lynn Fountain
                                      Jenny Lynn Fountain
                                      Attorneys for LSI Corporation

JLF/cc
K:\LSI-Billing Resource\Pld\relief ntc.doc

2   NOTICE OF HEARING ON LSI CORPORATION'S ORDER
    PURSUANT TO SECTION 362(J) AND FOR ORDER DIRECTING
    DEBTOR TO SURRENDER POSSESSION....

ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for LSI Corporation

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE *dba* INTEGRETEL *aka* INTEGRETEL BILLING SOLUTIONS<br><br>        Debtor.<br><br>Tax ID No. 33-0289863 | Case No. 07-52890<br><br>RS. No.  JLF-001<br><br>Chapter  11<br><br>Date:    November 21, 2007<br>Time:   10:30 a.m.<br>Place:   280 South First Street, San Jose, CA<br>          Courtroom 3020<br>Judge:  Honorable Arthur S. Weissbrodt |

## EXHIBIT "A"

## TO

**Notice Of Hearing On Lsi Corporation's Order Pursuant To 11 U.S.C. § 362(J) And For Order Directing Debtor To Surrender Possession Of the Premises And For The Issuance Of A Writ Of Possession**

ROBERT A. FRANKLIN (091653)
JENNY LYNN FOUNTAIN (226241)
MURRAY & MURRAY
A Professional Corporation
19400 Stevens Creek Blvd., Suite 200
Cupertino, CA 95014-2548
Telephone: (650) 852-9000; (408) 907-9200
Facsimile: (650) 852-9244
Email: rfranklin@murraylaw.com
Email: jlfountain@murraylaw.com

Attorneys for LSI Corporation

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No. 07-52890 |
| THE BILLING RESOURCE *dba* INTEGRETEL *aka* INTEGRETEL BILLING SOLUTIONS | RS. No. JLF-001 |
| | Chapter 11 |
| Debtor. | Date: November 21, 2007 |
| | Time: 10:30 a.m. |
| Tax ID No. 33-0289863 | Place: 280 South First Street, San Jose, CA Courtroom 3020 |
| | Judge: Honorable Arthur S. Weissbrodt |

[PROPOSED] ORDER PURSUANT TO 11 U.S.C. § 362(J) AND FOR ORDER DIRECTING DEBTOR TO SURRENDER POSSESSION OF THE PREMISES AND FOR THE ISSUANCE OF A WRIT OF POSSESSION

The Motion For Order Pursuant to 11 U.S.C. § 362; And For Order Directing Debtor To Surrender Possession Of The Premises And For The Issuance Of A Writ Of Possession ("Motion") having been submitted to this Court by LSI Corporation ("LSI"), which came on for hearing before this Court on November 21, 2007, before the Honorable Arthur S. Weissbrodt, United States Bankruptcy Judge, with appearances noted on the record; appropriate notice to all parties in interest having been given; the Court being fully advised; and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1. The Motion is granted;

2. The automatic stay is terminated and does not apply to any and all acts and/or actions by LSI to retake possession of the nonresidential real property located at 5883 Rue

JLF/cc
K:\LSI-Billing Resource\Pld\relief prop order.doc

1   [PROPOSED] ORDER PURSUANT TO SECTION 362(J) AND FOR ORDER DIRECTING DEBTOR TO SURRENDER POSSESSION OF THE PREMISES AND FOR THE ISSUANCE OF A WRIT ...

1                 Ferrari, San Jose, California (the "Premises");

2    3.       Debtor is directed to vacate the Premises and surrender the Premises to LSI; and

3    4.       A Writ of Possession shall be issued as requested by LSI in the Motion.

**\*\*END OF ORDER\*\***

JLF/cc
K:\LSI-Billing Resource\Pld\relief prop order.doc

2   [PROPOSED] ORDER PURSUANT TO SECTION 362(J) AND FOR ORDER DIRECTING DEBTOR TO SURRENDER POSSESSION OF THE PREMISES AND FOR THE ISSUANCE OF A WRIT ...

# SERVICE LIST

*Debtor*

The Billing Resource dba Integretel aka
Integretel Billing Solutions
Attn: Ken Dawson, Responsible Individual
5883 Rue Ferrari
San Jose, CA  95138

*Attorneys for Debtor*

Ori Katz
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Flr.
San Francisco, CA  94111

*United States Trustee*

Office of the U.S. Trustee
280 S. First St. #268
San Jose, CA  95113-0002

*Attorneys for Creditors' Committee*

John D. Fiero
Pachulski, Stang, Ziehl, Young and Jones
150 California St., 15th Floor
San Francisco, CA  94111

*Request for Special Notice*

Leslie A. Cohen
Enid M. Colson
Liner Yankelevitz Sunshine & Regenstreif LLP
1100 Glendon Ave., 14th Floor
Los Angeles, CA  90024

Kathryn S. Diemer
Diemer, Whitman & Cardosi, LLP
75 East Santa Clara St., Suite 290
San Jose, CA  95113

Darryl S. Laddin/Frank N. White
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA  30363-1031

Austin P. Nagel
Law Offices of Austin P. Nagel
111 Deerwood Pl., Suite 338
San Ramon, CA  94583

David M. Goodrich
Goodrich Law Corporation
7700 Irvine Center Drive, Suite 800
Irvine, CA  92618

Breck E. Milde/Martin D. Dioli
Terrra Law LLP
177 Park Ave., 3rd Floor
San Jose, CA  95113

Jeffrey K. Garfinkle
Buchalter Nemer
18400 Von Karman Ave., Suite 800
Irvine, CA  92612-0514

Ellen A. Friedman/M. Elaine Hammond
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA  94105

American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA  19355-0701

Iron Mountain Information Management, Inc.
Attn: R. Frederick Linfesty
745 Atlantic Ave.
Boston, MA  02111

David M. Wiseblood
Seyfarth Shaw LLP
560 Mission St., Suite 3100
San Francisco, CA  94105

JLF/cc
K:\LSI-Billing Resource\Pld\relief prop order.doc

3  [PROPOSED] ORDER PURSUANT TO SECTION 362(J) AND FOR
ORDER DIRECTING DEBTOR TO SURRENDER POSSESSION
OF THE PREMISES AND FOR THE ISSUANCE OF A WRIT ...

1  Stephen H. Warren/Victoria A. Newmark
   O'Melveny & Myers LLP
2  400 South Hope Street
   Los Angeles, CA  90071-2899
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JLF/cc
K:\LSI-Billing Resource\Pld\relief prop order.doc

4  [PROPOSED] ORDER PURSUANT TO SECTION 362(J) AND FOR
   ORDER DIRECTING DEBTOR TO SURRENDER POSSESSION
   OF THE PREMISES AND FOR THE ISSUANCE OF A WRIT ...