IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>          Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>          Defendant-Appellant. | No. 5:07-CIV-5758-RMW |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**(PROPOSED) ORDER GRANTING DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION'S N.D. CAL. L.R. 6-1 AND FED. R. BANKR. R. 9006 MOTION SHORTEN BRIEFING TO SCHEDULE AND ACCELERATE HEARING DATE FOR ITS COMBINED MOTIONS FOR STAY APPEAL PENDING AND FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1412**

Upon consideration of the parties' papers, defendant-appellant the Federal Trade Commission ("Commission")'s motion, pursuant to N.D. Cal. L.R. 6-1 and Fed. R. Bankr. P. 9006, to shorten the briefing schedule and accelerate the hearing date for its combined motions for stay pending appeal and for change of venue pursuant to 28 U.S.C. § 1412 is hereby GRANTED and the parties shall brief this motion as follows:

1. Any oppositions to the Commission's combined motions for stay pending appeal and for change of venue pursuant to 28 U.S.C. § 1412 shall be filed and served not later than November 29, 2007;

2. The Commission shall file its reply and serve its reply, if any, by December 4, 2007;

3. Service may be made electronically.

A Hearing on this motion shall be conducted on December 7, 2007, at _____ a.m./p.m.

_____
Hon. Ronald M. Whyte
United States District Judge

Presented by:

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3234
Facsimile: (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION