WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, ) <br> ) <br> Debtor-Plaintiff-Appellee, ) <br> ) <br> v. ) <br> ) <br> FEDERAL TRADE COMMISSION et al., ) <br> ) <br> Defendant-Appellant. ) <br> ) | No. 5:07-CIV-5758-RMW <br><br> Date:  December 21, 2007 <br> Time: 9:00 a.m. <br> Place: 280 S. First Street <br>       San Jose, CA <br> Judge: Hon. Ronald M. Whyte <br> Courtroom: 6 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of November, 2007, I served a copy of:

1. Defendant-appellant Federal Trade Commission's Notice of Its Combined Motions for Stay Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412;

2. Defendant-appellant Federal Trade Commission's Memorandum in Support of Its Combined Motions for Stay Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412;

3. The Exhibits to the Defendant-appellant Federal Trade Commission's Notice of Its Combined Motions for Stay Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412;

4. Defendant-appellant Federal Trade Commission's N.D. Cal. L.R. 6-1 and Fed. R. Bankr. P. 9006 Motion to Shorten Briefing Schedule and Accelerate Hearing Date for Its Combined Motions for Stay Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412;

5. Proposed Order Granting Defendant-appellant Federal Trade Commission's N.D. Cal. L.R. 6-1 and Fed. R. Bankr. P. 9006 Motion to Shorten Briefing Schedule and Accelerate Hearing Date for Its Combined Motions for Stay Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412; and

6. A copy of the Standing Case Order Regarding Case Management in Civil Cases,

on the following by the means indicated:

Through the Court's ECF System:

> Michael H. Ahrens, Esquire
> Jeffrey K. Rehfeld, Esquire
> Steven B. Sacks, Esquire
> Sheppard, Mullin, Richter and Hampton
> 4 Embarcadero Center, 17th Floor
> San Francisco, California 94111
> COUNSEL FOR INTEGRETEL

Via Federal Express:

> Howard Kollitz, Esquire
> Walter K. Oetzell, Esquire
> Steven J. Schwartz, Esquire
> Danning, Gill, Diamond & Kollitz, LLP

2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
COUNSEL FOR RECEIVER
John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California 94111-4500
COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

Sara L. Kisler, Acting U.S. Trustee for Region 17
Office of the U.S. Trustee
U.S. Federal Bldg.
280 South 1st Street, #268
San Jose, California 95113-3004
UNITED STATES TRUSTEE

_____
John Andrew Singer