1  WILLIAM BLUMENTHAL
   General Counsel
2

3  JOHN F. DALY
   Deputy General Counsel - Litigation
4

5  JOHN ANDREW SINGER
   Attorney - Office of the General Counsel
6  Federal Trade Commission
   600 Pennsylvania Ave., NW
7  Washington, DC  20580
   Telephone:  (202) 326-3234
8  Facsimile:   (202) 326-2447
   Email: jsinger@ftc.gov
9

10

   ATTORNEYS FOR FEDERAL
11 TRADE COMMISSION

12
                 IN THE UNITED STATES DISTRICT COURT
13           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
14

15
   THE BILLING RESOURCE d/b/a INTEGRETEL,        )
16                                                )
                                                  )    No. 5:07-CIV-5758-RMW
17                 Debtor-Plaintiff-Appellee,     )
                                                  )
18                                                )    Date:  December 21, 2007
         v.                                       )    Time:  9:00 a.m.
19                                                )    Place:  280 S. First Street
   FEDERAL TRADE COMMISSION et al.,               )             San Jose, CA
20                                                )    Judge: Hon. Ronald M. Whyte
                 Defendant-Appellant.             )    Courtroom: 6 - 4th Floor
21                                                )
                                                  )
22

23     On Appeal from the United States Bankruptcy Court for the Northern District
       of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)
24

25                          **CERTIFICATE OF SERVICE**

26

27

28

1    I hereby certify that on the 19th day of November, 2007, I served a copy of Revised Exhibit 25

2

3    to the Defendant-appellant Federal Trade Commission's Notice of Its Combined Motions for Stay

4    Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412 on the following by the means

5    indicated:

6        Through the Court's ECF System:

7

8            Michael H. Ahrens, Esquire
             Jeffrey K. Rehfeld , Esquire

9            Steven B. Sacks, Esquire
             Sheppard, Mullin, Richter and Hampton

10           4 Embarcadero Center, 17th Floor
             San Francisco, California  94111

11           COUNSEL FOR INTEGRETEL

12

     Via Federal Express:

13

14           Howard Kollitz, Esquire
             Walter K. Oetzell, Esquire

15           Steven J. Schwartz, Esquire
             Danning, Gill, Diamond & Kollitz, LLP

16           2029 Century Park East, Third Floor
             Los Angeles, California  90067-2904

17           COUNSEL FOR RECEIVER

18

19           John D. Fiero, Esquire
             Pachulski, Stang, Ziehl, Young and Jones

20           150 California St. 15th Fl.
             San Francisco, California  94111-4500

21           COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

22

             Sara L. Kisler, Acting U.S. Trustee for Region 17

23           Office of the U.S. Trustee
             U.S. Federal Bldg.

24           280 South 1st Street, #268

25           San Jose, California  95113-3004
             UNITED STATES TRUSTEE

26

27                                        _____
                                          John Andrew Singer
28