**United States District Court**
For the Northern District of California

**E-FILED on** 11/26/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>    Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>    Defendant-Appellant. | No. C-07-05758 RMW<br><br>ORDER DENYING MOTION TO SHORTEN BRIEFING SCHEDULE AND ACCELERATE HEARING DATE<br>**[Re Docket No. 4]** |

    The Federal Trade Commission ("the Commission") moves pursuant to Local Rule 6-1 and Fed. R. Bankr. P. 9007 to shorten the briefing schedule and accelerate the hearing date for its combined motions for stay pending appeal and for a change of venue pursuant to 28 U.S.C. § 1412. The motions to stay and change venue are currently calendared for December 21, 2008. By its motion to shorten, the Commission seeks to modify the briefing and hearing schedule, asking the court to have the parties complete their briefing on December 4 for a hearing on December 7, rather than complete briefing on December 7 for a hearing on December 21, thereby reducing the time for this court to review the matter from the two weeks to three days.

    The Commission seeks to stay enforcement of a preliminary injunction order and a temporary restraining order issued by the Northern District of California Bankruptcy Court that

enjoins the Commission from prosecuting a civil law enforcement action and related contempt proceedings against Integretel in the Southern District of Florida until March 14, 2008. The trial, with which the Commission would like to proceed, involves fourteen defendants including Integretel and would otherwise begin on February 25, 2008. Notably, the Southern District of Florida court before which the enforcement action is proceedings previously declined to stay the matter as to Integretel, citing an exemption to the automatic bankruptcy stay.[1] The Commission also seeks to transfer this adversary proceeding to the Southern District of Florida. This is in part so that appeals of the Bankruptcy Court's decision may be heard by the Eleventh rather than the Ninth Circuit, because the Eleventh Circuit already has before it appeals involving Integretel in the underlying enforcement action. Because the trial in the enforcement action is set for February 25, 2008, the Commission seeks an expeditious ruling on the underlying motions to stay and transfer in order to give it sufficient time to prepare for trial, should it be permitted to proceed.

The Commission acknowledges in the first sentence of its underlying motion to stay and change venue that the motion could be briefed and heard in the usual course, but it is concerned that the court may delay making a decision on the matter.[2] To receive an expeditious decision by this court, the Commission would be better served by permitting the court to consider the parties' papers on the usual briefing schedule. Because the court recognizes the Commission's concerns regarding the upcoming trial in the Southern District of Florida, it will endeavor to issue a ruling within a week of the December 21 hearing, unless it decides after receiving the appropriate briefing to issue a ruling sooner on the papers. Accordingly, the court denies the Commission's motion to shorten the briefing schedule and accelerate the hearing date.

---

[1] In the underlying motion papers, the Commission strongly asserts that Integretel voluntarily declared bankruptcy in this district in September 2007 in order to forestall contempt proceedings against it in the Southern District of Florida enforcement action, which began in February 2006.

[2] The Commission's brief states "[The Commission] believes its motions for a stay pending appeal and for a change of venue can be briefed in the ordinary course. But, once briefed, the Commission requests that these motions be resolved as expeditiously as possible."

ORDER DENYING MOTION TO SHORTEN BRIEFING SCHEDULE AND ACCELERATE HEARING DATE—No. C-07-05758 RMW
MAG                                      2

To expedite the receipt of the briefs by all concerned, service of the briefs and supporting materials may be made by email. All parties should e-file their documents with the court. Per general order 45.VI.G, chambers copies of all e-filed material should be provided to the court no later than noon on the day after e-filing.

DATED:   11/26/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

| | |
|---|---|
| Michael H. Ahrens | mahrens@sheppardmullin.com |
| Ori Katz | okatz@sheppardmullin.com |
| Julie A. Mack | jmack@ftc.gov |
| Michael P Mora | mmora@ftc.gov |
| Jeffrey Keith Rehfeld | jrehfeld@sheppardmullin.com |
| Steven Benjamin Sacks | ssacks@sheppardmullin.com |
| John Andrew Singer | jsinger@ftc.gov |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   11/26/07               /s/ MAG
                                    **Chambers of Judge Whyte**