**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**
**U.S. Courthouse and Federal Building**
**280 South First Street, Room 3035**
**San Jose, California 95113-3099**
(408) 535-5118

**FILED**

NOV 2 9 2007

CLERK
United States Bankruptcy Court
San Jose, California

Gloria L. Franklin
Clerk of Court

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

C 07  05758 RMW

Re:    *Case Name:  The Billing Resource, dba Integretel, a California Corp.*
       *Case Number:  07-52890-ASW / Adversary Proceeding 07-5156*
       *Bankruptcy Judge Name:  Arthur S. Weissbrodt*

Dear Mr. Wieking:

[ ] Enclosed please find the notice of appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[X ] Enclosed please find a conformed copy of the notice of appeal, election to district court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to Angela Wong .

Gloria L. Franklin, Clerk
United States Bankruptcy Court

Dated:  November 29, 2007

By: _____

Angela Wong,  Deputy Clerk

WILLIAM BLUMENTHAL
General Counsel

JOHN ANDREW SINGER
MICHAEL P. MORA
JULIE A. MACK
Federal Trade Commission
600 Pennsylvania Ave. NW, Room NJ-2122
Washington, DC 20580
Telephone: (202) 326-3234; 3373; 2312
Facsimile: (202) 326-2558
Email: jsinger@ftc.gov
        mmora@ftc.gov
        jmack@ftc.gov

ATTORNEYS FOR
FEDERAL TRADE COMMISSION

**FILED**

**NOV 2 8 2007**

CLERK
United States Bankruptcy Court
San Jose, California

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>        Debtor<br>─────────────────────────<br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., 411TXT, Inc., CELL-INFOUSA, INC., Enhanced Billing Services, Inc., Toll Free Connect, Inc., Cripple Creek Holdings, LLC, Built to Last, LLC, Not Fade Away, LLC, He's Gone, LLC, The Other One, LLC, Turn on Your Love Light, LLC, China Cat Sunflower, LLC, Lazy River Road Holdings, LLC,<br><br>        Defendant. | Case No. 07-52890<br>Chapter 11<br><br><br><br><br>Adv. Pro. No. 07-05156<br><br><br>FEDERAL TRADE COMMISSION'S NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that the FEDERAL TRADE COMMISSION appeals under 28 U.S.C. § 158(a) from the order of the United States Bankruptcy Court for the Northern District of California entitled, "Order Granting Motion for Preliminary Injunction," which was first issued after a hearing on November 26, 2007, and then amended after a further hearing on November 27, 2007. At the November 27 hearing, the Bankruptcy Court read into the record clarified findings of fact and conclusions of law, and announced that it would issue the same injunction order with a minor amendment referring to the November 27 hearing. The Bankruptcy Court also entered a memo on the docket on November 27 indicating that the Court issued an amended injunction, but the amended order itself has not been entered on the docket as of the filing of this Notice.

This appeal is related to an appeal filed by the Federal Trade Commission of a preliminary injunction order previously entered by the Bankruptcy Court in this same Adversary Proceeding on November 8, 2007, now pending before the United States District Court for the Northern District of California. *The Billing Resource v. Federal Trade Commission,* No. C-07-05758 RMW.

A true and correct copy of the order issued by the Court on November 26 is attached hereto as Exhibit A. The names of all parties to the order appealed from and the names, addresses, telephone and fax numbers, and email addresses of their respective attorneys are as follows:

Counsel to the Federal Trade Commission
John Andrew Singer
Michael P. Mora
Julie A. Mack
Attorneys for Federal Trade Commission
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
(Tel) (202) 326-3234; 3373; 2312
(Fax) (202) 326-2477
(Email) jsinger@ftc.gov
        mmora@ftc.gov
        jmack@ftc.gov

Counsel to Debtor
The Billing Resource, dba Integretel,
<u>a California corporation</u>
Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
(Tel) (415) 434-9100
(Fax) (415) 434-3947
(Email) <u>mahrens@sheppardmullin.com</u>
        <u>jrehfeld@sheppardmullin.com</u>
        <u>ssacks@sheppardmullin.com</u>


<u>Counsel to Florida District Court Receiver, David R. Chase</u>
Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
(Tel) (310) 277-0077
(Fax) (310) 277-5735
(Email) <u>sschwartz@dgdk.com</u>

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

-3-

1

Counsel to Florida District Court Receiver
Jeffrey C. Schneider, Esquire

2

Michelle C. Visiedo-Hildago, Esquire
Tew Cardenas LLP

3

Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue

4

Miami, Florida 33131
(Tel) (305) 536-1112

5

(Fax) (305) 536-1116
(Email) jcs@tew.law

6

        mtv@tew.law

7

8

Dated: November 28, 2007                Respectfully submitted,

9

10

WILLIAM BLUMENTHAL
General Counsel

11

12

  /s/ Michael P. Mora
JOHN ANDREW SINGER

13

MICHAEL P. MORA
JULIE A. MACK

14

Federal Trade Commission
600 Pennsylvania Avenue, N.W.

15

Room 2122
Washington, DC 20580

16

Telephone: (202) 326-3234; 3373; 2312
Facsimile: (202) 326-2558

17

Email: jsinger@ftc.gov

18

       mmora@ftc.gov
       jmack@ftc.gov

19

ATTORNEYS FOR
FEDERAL TRADE COMMISSION

20

21

22

23

24

25

26

27

28

-4-

1

CERTIFICATE OF SERVICE

2      1.      My name is Michael P. Mora.  I am an attorney with the Federal Trade

3   Commission, an interested party in this matter.  My business address is 600 Pennsylvania

4   Avenue, N.W., Room 2122, Washington, DC 20580.

5      2.      A true and correct copy of the forgoing APPELLANT FEDERAL TRADE

6   COMMISSION'S NOTICE OF APPEAL will be served on November 28, 2007, by causing it to

7   be sent via U.S. mail from Washington, DC, to the attached Service List.

8      3.      The following also were served on November 28, 2007, by Electronic Noticing

9   pursuant to Section 10 of this Court's Amended Operating Order and Local Rule 9013-3(c) on

10  each Registered Participant as follows:

11

12  Michael H. Ahrens    mahrens@sheppardmullin.com
    Ori Katz    okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com
13  Jeffrey K. Rehfeld    jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com
    Steven B. Sacks    ssacks@sheppardmullin.com, ewalters@smrh.com
14  Steven J. Schwartz    sschwartz@dgdk.com

15      I declare under penalty of perjury under the laws of the United States of America that the

16  foregoing is true and correct.

17      Executed on November 28, 2007, at Washington, DC.

18

19                                      /s/  Michael P. Mora

20

21

22

23

24

25

26

27

28

<u>SERVICE LIST</u>

<u>Debtor</u>
The Billing Resource
5883 Rue Ferrari
San Jose, California 95138

<u>Counsel to Debtor</u>
The Billing Resource, dba Integretel,
a California corporation
Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California 94111

<u>Counsel to Florida District Court Receiver</u>
Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904

<u>Counsel to Florida District Court Receiver</u>
Jeffrey C. Schneider, Esquire
Michelle C. Visiedo-Hildago, Esquire
Tew Cardenas LLP
Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue
Miami, Florida 33131

Receiver in Case No. 06-80180-CIV-RYSKAMP
<u>U.S. District Court for the Southern District of Florida</u>
David R. Chase, Esquire
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, Florida 33020

<u>Counsel to Unsecured Creditors' Committee</u>
John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California 94111-4500

<u>POL, Inc.</u>
Law Offices of Joel Dichter, Esq.
10 Rockefeller Place
Suite 816
New York, NY 10020

-2-

1

Counsel for POL
Kathryn S. Diemer

2

Diemer, Whitman and Cardosi
75 E. Santa Clara Street

3

San Jose, CA 95113

4

Office of the U.S. Trustee

5

Sara L. Kisler, Acting U.S. Trustee
for Region 17

6

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.

7

280 South 1st Street, #268
San Jose, California  95113-3004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

# EXHIBIT "A"

1  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
2    A Limited Liability Partnership
   Including Professional Corporations
3  MICHAEL H. AHRENS,
   Cal. Bar No. 44766
4  STEVEN B. SACKS,
   Cal. Bar No. 98875
5  JEFFREY K. REHFELD,
   Cal. Bar No. 188128
6  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
7  Telephone:   415-434-9100
   Facsimile:   415-434-3947
8
   Attorneys for The Billing Resource, dba
9  Integretel

**FILED**

NOV 2 6 2007

CLERK
United States Bankruptcy Court
San Jose, California
The following constitutes the
Order of the Court. Signed ___11/26___ 2007

*[signature]*

HON. **ARTHUR S. WEISSBRODT**
United States Bankruptcy Judge

10              UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                    [SAN JOSE DIVISION]

12 | In re                                          | Case No. 07-52890
13 | THE BILLING RESOURCE, dba                      | Chapter 11
14 | INTEGRETEL, a California corporation,
15 |           Debtor.
16 |
17 | THE BILLING RESOURCE, dba                      | Adv. Proc. No. 07-05156
   | INTEGRETEL, a California corporation,
18 |                                                | **ORDER GRANTING MOTION FOR**
   |           Plaintiff,                           | **PRELIMINARY INJUNCTION**
19 |
   | v.                                             | Date:  November 26, 2007
20 |                                                | Time:  10:00 a.m.
   | FEDERAL TRADE COMMISSION, and                  | Court: Room 3020, Hon. Arthur Weissbrodt
21 | DAVID R. CHASE, not individually, but
   | solely in his capacity as receiver for
22 | Nationwide Connections, Inc., Access One
   | Communications, Inc., Network One Services,
23 | Inc., 411TXT, Inc., CELL-INFO-USA, INC.,
   | Enhanced Billing Services, Inc., Toll Free
24 | Connect, Inc., Cripple Creek Holdings, LLC,
   | Built to Last, LLC, Not Fade Away, LLC, He's
25 | Gone, LLC, The Other One, LLC, Turn on
   | Your Love Light, LLC, China Cat Sunflower,
26 | LLC, Lazy River Road Holdings, LLC,
27 |           Defendant.
28 |

W02-WEST:5SS1\400529214.2

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION RE: ENFORCING OMNIBUS ORDER

1      On November 26, 2007, the Court having previously issued a temporary restraining order

2  and an order to show cause re preliminary injunction, held a hearing in connection with the motion

3  filed by The Billing Resource, dba Integretel ("Integretel"), for a preliminary injunction against

4  the Federal Trade Commission ("FTC") and David R. Chase, not individually, but solely in his

5  capacity as receiver (the "Receiver"), preventing them from enforcing as to Integretel that certain

6  Omnibus Order entered on the docket on September 14, 2007 (the "Omnibus Order") in that

7  certain action captioned Federal Trade Commission v. Nationwide Connections, Inc., et al., Case

8  No. 06-80180-Civ-Ryskamp (the "Florida Action") pending in the United States District Court for

9  the Southern District of Florida (the "Florida Court") and that certain Order Granting Motion for

10  Clarification as to Scope of Stay entered on the docket by the Florida Court in the Florida Action

11  on September 21, 2007 (the "Clarification Order"), insofar as the Clarification Order relates to the

12  Omnibus Order. Appearances were as stated on the record. The Court incorporates herein its

13  Memorandum Decision re Order to Show Cause Regarding Preliminary Injunction filed and

14  entered on November 2, 2007 and further stated its findings of fact and conclusions of law on the

15  record at the hearings it held on November 16, 2007, November 21, 2007 and November 26, 2007.

16      **GOOD CAUSE APPEARING**, it is hereby ordered as follows:

17      The FTC and the Receiver, and their officers, agents, servants, employees and attorneys

18  and upon those persons in active concert or participation with them who receive actual notice of

19  the order by personal service or otherwise, are hereby restrained and enjoined until further order of

20  this Court from seeking to implement or enforce in the Florida Court as to Integretel the Omnibus

21  Order or the Clarification Order, as it relates to the Omnibus Order, including without limitation

22  initiating, suggesting or participating in any proceedings to hold Integretel in contempt in

23  connection therewith, or otherwise seeking to compel Integretel to transfer any money or property

24  to the Receiver. The preliminary injunction issued herein does not affect or restrain the parties

25  from prosecuting and responding to appeals filed by Integretel from orders issued by the Florida

26  Court. The Court further orders that the Receiver shall submit any status reports that pertain to

27  Integretel to the Florida Court jointly with Integretel.

28  ※ See Exhibit "A"
                     -1-

1    Integretel is directed that it shall continue to maintain the sum of $1,762,762.56 in the

2    blocked interest-bearing Debtor in Possession account to which they were transferred pursuant to

3    the terms and conditions of this Court's prior order entered on October 3, 2007, without prejudice

4    to the claims, rights, or defenses of any party, until further order of this Court.

5                                        ** END OF ORDER **

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:5SS1\400529214.2                    ORDER GRANTING MOTION FOR PRELIMINARY
                                             INJUNCTION RE: ENFORCING OMNIBUS ORDER

EXHIBIT A

The Court also relies on Christopher Village, L.P. v. United States, 360 F.3d 1319 (Fed. Cir. 2004), previously referenced by this Court.  In Christopher Village, the Federal Circuit held that the Court of Federal Claims had exclusive jurisdiction to adjudicate a breach of contract claim notwithstanding the fact that a district court and the Fifth Circuit had previously asserted jurisdiction over those claims.  The Federal Circuit acknowledged the general rule that in most circumstances a judgment may not be collaterally attacked on the ground that the original tribunal lacked subject matter jurisdiction, even if the issue of subject matter jurisdiction has not been litigated in the first action.  However, the Federal Circuit held that in an exception to that general rule includes situations where "[a]llowing the judgment to stand would substantially infringe the authority of another tribunal or agency of government," quoting Restatement (Second) of Judgments § 12(2) (1982), and citing to In re Bulldog Trucking, Inc. v. Productive Transp. Servs., Inc., 147 F.3d 347, 354 (4th Cir. 1998) and Sterling v. United States, 85 F.3d 1225, 1231 (7th Cir. 1996).  Christopher Village, 360 F.3d at 1329-30.  Here, under Christopher Village, where this Court has exclusive jurisdiction over determining what constitutes property of the bankruptcy estate, allowing the Clarification Order to determine Debtor's rights in property of the estate would both substantially infringe the authority of this Court and irreparably damage the Debtor and the Debtor's estate.

1   WILLIAM BLUMENTHAL
    General Counsel
2
    JOHN ANDREW SINGER
3   MICHAEL P. MORA
    JULIE A. MACK
4   Federal Trade Commission
    600 Pennsylvania Ave. NW, Room NJ-2122
5   Washington, DC 20580
    Telephone: (202) 326-3234; 3373; 2312
6   Facsimile: (202) 326-2558
    Email:  jsinger@ftc.gov
7           mmora@ftc.gov
            jmack@ftc.gov
8
    ATTORNEYS FOR
9   FEDERAL TRADE COMMISSION

10

11                   **UNITED STATES BANKRUPTCY COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
12                          **SAN JOSE DIVISION**

13   IN RE

14   THE BILLING RESOURCE, dba Integretel, a        Case No. 07-52890
15   California corporation,                          Chapter 11

16                              Debtor

17   ────────────────────────────

18   THE BILLING RESOURCE, dba INTEGRETEL,
     a California corporation,
19
                                Plaintiff,
20
                    v.                               Adv. Pro. No. 07-05156
21
     FEDERAL TRADE COMMISSION, and DAVID
22   R. CHASE, not individually, but solely in his
     capacity as receiver for Nationwide Connections,   APPELLANT FEDERAL TRADE
23   Inc., Access One Communications, Inc., Network   COMMISSION'S STATEMENT
     One Services, Inc., 411TXT, Inc.,                 OF ELECTION TO HAVE
24   CELL-INFOUSA, INC., Enhanced Billing             APPEAL HEARD BY DISTRICT
     Services, Inc., Toll Free Connect, Inc., Cripple  COURT
25   Creek Holdings, LLC, Built to Last, LLC, Not
     Fade Away, LLC, He's Gone, LLC, The Other
26   One, LLC, Turn on Your Love Light, LLC, China
     Cat Sunflower, LLC, Lazy River Road Holdings,
27   LLC,

28                              Defendant.

FILED

NOV 2 8 2007

CLERK
United States Bankruptcy Court
San Jose, California

Pursuant to 28 U.S.C. § 158(c)(1) and Fed. R. Bankr. P. 8001(e), Appellant Federal Trade Commission (the "FTC") hereby elects to have its appeal from the Bankruptcy Court order entitled "Order Granting Motion for Preliminary Injunction," which was first issued after a hearing on November 26, 2007, and then amended after a further hearing on November 27, 2007, heard by the United States District Court for the Northern District of California. At the November 27 hearing, the Bankruptcy Court read into the record clarified findings of fact and conclusions of law, and announced that it would issue the same injunction order with a minor amendment referring to the November 27 hearing. The Bankruptcy Court also entered a memo on the docket on November 27 indicating that the Court issued an amended injunction, but the amended order itself has not been entered on the docket as of the filing of this Statement of Election.

This appeal is related to an appeal filed by the Federal Trade Commission of a preliminary injunction order previously entered by the Bankruptcy Court in this same Adversary Proceeding on November 8, 2007, now pending before the United States District Court for the Northern District of California. *The Billing Resource v. Federal Trade Commission,* No. C-07-05758 RMW.

/
/
/
/
/
/
/
/
/
/

-2-

1      Notice of the FTC's foregoing appeal is being filed concurrently with this Statement of

2   Election.

3

4   Dated:  November 28, 2007                    Respectfully submitted,

5                                                WILLIAM BLUMENTHAL
                                                 General Counsel
6

7                                                 /s/  Michael P. Mora
8                                                JOHN ANDREW SINGER
                                                 MICHAEL P. MORA
9                                                JULIE A. MACK
                                                 Federal Trade Commission
10                                               600 Pennsylvania Avenue, N.W.
                                                 Room 2122
11                                               Washington, DC 20580
                                                 Telephone:  (202) 326-3234; 3373; 2312
12                                               Facsimile: (202) 326-2558
                                                 Email: jsinger@ftc.gov
13                                                      mmora@ftc.gov
                                                        jmack@ftc.gov
14
                                                 ATTORNEYS FOR
15                                               FEDERAL TRADE COMMISSION

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         -3-

CERTIFICATE OF SERVICE

1.      My name is Michael P. Mora.  I am an attorney with the Federal Trade Commission, an interested party in this matter.  My business address is 600 Pennsylvania Avenue, N.W., Room 2122, Washington, DC 20580.

2.      A true and correct copy of the forgoing APPELLANT FEDERAL TRADE COMMISSION'S STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT will be served on November 28, 2007, by causing it to be sent via U.S. mail from Washington, DC, to the Attached Service List.

The following also were served on November 28, 2007, by Electronic Noticing pursuant to Section 10 of this Court's Amended Operating Order and Local Rule 9013-3(c) on each Registered Participant as follows:

Michael H. Ahrens    mahrens@sheppardmullin.com
Ori Katz    okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com
Jeffrey K. Rehfeld    jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com
Steven B. Sacks    ssacks@sheppardmullin.com, ewalters@smrh.com
Steven J. Schwartz    sschwartz@dgdk.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 28, 2007, at Washington, DC.


                        /s/  Michael P. Mora

-4-

SERVICE LIST

Debtor
The Billing Resource
5883 Rue Ferrari
San Jose, California  95138

Counsel to Debtor
The Billing Resource, dba Integretel,
a California corporation
Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California  94111

Counsel to Florida District Court Receiver
Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904

Counsel to Florida District Court Receiver
Jeffrey C. Schneider, Esquire
Michelle C. Visiedo-Hildago, Esquire
Tew Cardenas LLP
Four Seasons Tower, Fifteenth Floor
1441 Brickell Avenue
Miami, Florida  33131

Receiver in Case No. 06-80180-CIV-RYSKAMP
U.S. District Court for the Southern District of Florida
David R. Chase, Esquire
Wachovia Center - Penthouse
1909 Tyler Street
Hollywood, Florida  33020

Counsel to Unsecured Creditors' Committee
John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California  94111-4500

POL, Inc.
Law Offices of Joel Dichter, Esq.
10 Rockefeller Place
Suite 816
New York, NY 10020

1

Counsel for POL
Kathryn S. Diemer

2

Diemer, Whitman and Cardosi
75 E. Santa Clara Street

3

San Jose, CA 95113

4

Office of the U.S. Trustee

5

Sara L. Kisler, Acting U.S. Trustee
for Region 17

6

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.

7

280 South 1st Street, #268
San Jose, California  95113-3004

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

Entered on Docket
November 28, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1   SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
2      A Limited Liability Partnership
       Including Professional Corporations
3   MICHAEL H. AHRENS,
    Cal. Bar No. 44766
4   STEVEN B. SACKS,
    Cal. Bar No. 98875
5   JEFFREY K. REHFELD,
    Cal. Bar No. 188128
6   Four Embarcadero Center, 17th Floor
    San Francisco, California 94111-4106
7   Telephone:   415-434-9100
    Facsimile:   415-434-3947
8
    Attorneys for The Billing Resource, dba
9   Integretel

**FILED**

NOV 26 2007

CLERK
United States Bankruptcy Court
San Jose, California
The following constitutes the
Order of the Court. Signed   11/26       200 7

_Arthur S. Weissbrodt_
HON. **ARTHUR S. WEISSBRODT**
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
[SAN JOSE DIVISION]

12  In re                                            Case No. 07-52890

13  THE BILLING RESOURCE, dba
    INTEGRETEL, a California corporation,            Chapter 11
14
15      Debtor.
16
17  THE BILLING RESOURCE, dba                        Adv. Proc. No. 07-05156
    INTEGRETEL, a California corporation,
18                                                   **ORDER GRANTING MOTION FOR**
        Plaintiff,                                   **PRELIMINARY INJUNCTION**
19
20      v.                                           Date:  November 26, 2007
                                                     Time:  10:00 a.m.
21  FEDERAL TRADE COMMISSION, and                    Court: Room 3020, Hon. Arthur Weissbrodt
    DAVID R. CHASE, not individually, but
22  solely in his capacity as receiver for
    Nationwide Connections, Inc., Access One
23  Communications, Inc., Network One Services,
    Inc., 411TXT, Inc., CELL-INFO-USA, INC.,         UNITED STATES BANKRUPTCY COURT
    Enhanced Billing Services, Inc., Toll Free       Northern District of California
24  Connect, Inc., Cripple Creek Holdings, LLC,      I certify that this is a true, correct and full copy
    Built to Last, LLC, Not Fade Away, LLC, He's     of the original document on file in my custody.
25  Gone, LLC, The Other One, LLC, Turn on           Dated NOV 2 9 2007
    Your Love Light, LLC, China Cat Sunflower,       by _____
26  LLC, Lazy River Road Holdings, LLC,              Deputy Clerk
27      Defendant.
28

1   On November 26, 2007, the Court having previously issued a temporary restraining order

2 and an order to show cause re preliminary injunction, held a hearing in connection with the motion

3 filed by The Billing Resource, dba Integretel ("Integretel"), for a preliminary injunction against

4 the Federal Trade Commission ("FTC") and David R. Chase, not individually, but solely in his

5 capacity as receiver (the "Receiver"), preventing them from enforcing as to Integretel that certain

6 Omnibus Order entered on the docket on September 14, 2007 (the "Omnibus Order") in that

7 certain action captioned <u>Federal Trade Commission v. Nationwide Connections, Inc., et al.</u>, Case

8 No. 06-80180-Civ-Ryskamp (the "Florida Action") pending in the United States District Court for

9 the Southern District of Florida (the "Florida Court") and that certain Order Granting Motion for

10 Clarification as to Scope of Stay entered on the docket by the Florida Court in the Florida Action

11 on September 21, 2007 (the "Clarification Order"), insofar as the Clarification Order relates to the

12 Omnibus Order. Appearances were as stated on the record. The Court incorporates herein its

13 Memorandum Decision re Order to Show Cause Regarding Preliminary Injunction filed and

14 entered on November 2, 2007 and further stated its findings of fact and conclusions of law on the

15 record at the hearings it held on November 16, 2007, November 21, 2007 and November 26, 2007. (✱)

16   **GOOD CAUSE APPEARING**, it is hereby ordered as follows:

17   The FTC and the Receiver, and their officers, agents, servants, employees and attorneys

18 and upon those persons in active concert or participation with them who receive actual notice of

19 the order by personal service or otherwise, are hereby restrained and enjoined until further order of

20 this Court from seeking to implement or enforce in the Florida Court as to Integretel the Omnibus

21 Order or the Clarification Order, as it relates to the Omnibus Order, including without limitation

22 initiating, suggesting or participating in any proceedings to hold Integretel in contempt in

23 connection therewith, or otherwise seeking to compel Integretel to transfer any money or property

24 to the Receiver. The preliminary injunction issued herein does not affect or restrain the parties

25 from prosecuting and responding to appeals filed by Integretel from orders issued by the Florida

26 Court. The Court further orders that the Receiver shall submit any status reports that pertain to

27 Integretel to the Florida Court jointly with Integretel.

28 ✱ See Exhibit "A."

W02-WEST:5BS1\400529214.2      ORDER GRANTING MOTION FOR PRELIMINARY
                 INJUNCTION RE: ENFORCING OMNIBUS ORDER

1    Integretel is directed that it shall continue to maintain the sum of $1,762,762.56 in the

2    blocked interest-bearing Debtor in Possession account to which they were transferred pursuant to

3    the terms and conditions of this Court's prior order entered on October 3, 2007, without prejudice

4    to the claims, rights, or defenses of any party, until further order of this Court.

** END OF ORDER **

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:5SS1\400529214.2

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION RE: ENFORCING OMNIBUS ORDER

EXHIBIT A

The Court also relies on <u>Christopher Village, L.P. v. United States</u>, 360 F.3d 1319 (Fed. Cir. 2004), previously referenced by this Court.  In <u>Christopher Village</u>, the Federal Circuit held that the Court of Federal Claims had exclusive jurisdiction to adjudicate a breach of contract claim notwithstanding the fact that a district court and the Fifth Circuit had previously asserted jurisdiction over those claims.  The Federal Circuit acknowledged the general rule that in most circumstances a judgment may not be collaterally attacked on the ground that the original tribunal lacked subject matter jurisdiction, even if the issue of subject matter jurisdiction has not been litigated in the first action.  However, the Federal Circuit held that in an exception to that general rule includes situations where "[a]llowing the judgment to stand would substantially infringe the authority of another tribunal or agency of government," quoting Restatement (Second) of Judgments § 12(2) (1982), and citing to <u>In re Bulldog Trucking, Inc. v. Productive Transp. Servs., Inc.</u>, 147 F.3d 347, 354 (4th Cir. 1998) and <u>Sterling v. United States</u>, 85 F.3d 1225, 1231 (7th Cir. 1996).  <u>Christopher Village</u>, 360 F.3d at 1329-30.  Here, under <u>Christopher Village</u>, where this Court has exclusive jurisdiction over determining what constitutes property of the bankruptcy estate, allowing the Clarification Order to determine Debtor's rights in property of the estate would both substantially infringe the authority of this Court and irreparably damage the Debtor and the Debtor's estate.

**COURT SERVICE LIST**

<u>Office of the U.S. Trustee</u>
Office of the U.S. Trustee
Attn: John Wesolowski, Esq.
280 South First Street, Room 268
San Jose, CA 95113

<u>The Billing Resource dba Integretel</u>
The Billing Resource dba Integretel
Attn: Ken Dawson
5883 Rue Ferrari
San Jose, CA 95138

<u>Counsel for The Billing Resource dba Integretel</u>
Sheppard, Mullin, Richter & Hampton LLP
Attn: Michael H. Ahrens, Esq.
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

<u>David R. Chase, Receiver</u>
David R. Chase, Receiver for Access One Communications,
        Inc. and Network One Services, Inc.
David R. Chase, P.A.
Wachovia Center-Penthouse
1909 Tyler Street
Hollywood, FL 33020

<u>Counsel for the Receiver David R. Chase</u>
Jeffrey C. Schneider, Esq.
Michelle T. Visiedo, Esq.
Tew Cardenas LLP
Four Seasons Tower – 15th Floor
1441 Brickell Avenue
Miami, FL 33131

<u>Counsel for the Receiver David R. Chase</u>
Walter Oetzell, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904

<u>Counsel for the Federal Trade Commission</u>
Laura M. Kim, Esq.
Michael J. Davis, Esq.
Collot Guerard, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 286
Washington, DC 20580

<u>Federal Trade Commission</u>
Associate Director, Division of Marketing Practices
Federal Trade Commission, H-238
600 Pennsylvania Avenue, N.W.

-3-

W02-WEST:5SS1\400529214.2

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION RE: ENFORCING OMNIBUS ORDER

1   Washington, D.C.  20580

2   <u>Proposed Counsel for the Official Unsecured Creditors Committee</u>
    John Fiero, Esq.
3   Maxim Litvak, Esq.
    Pachulski, Stang, Ziehl & Jones
4   150 California Street
    15th Floor
5   San Francisco, CA 94111-4500

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

ORDER GRANTING MOTION FOR PRELIMINARY
INJUNCTION RE: ENFORCING OMNIBUS ORDER

APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Jose)
## Adversary Proceeding #: 07-05156

*Assigned to:* Judge Arthur S. Weissbrodt          *Date Filed:* 09/19/07
*Related BK Case:* 07-52890
*Related BK Title:* The Billing Resource
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 91 Declaratory judgment
               72 Injunctive relief - other

## Plaintiff
------------------------

**The Billing Resource**
5883 Rue Ferrari
San Jose, CA 95138
Tax id: 33-0289863

represented by **Jeffrey K. Rehfeld**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: jrehfeld@sheppardmullin.com

**Michael H. Ahrens**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: mahrens@sheppardmullin.com
*LEAD ATTORNEY*

**Ori Katz**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: okatz@sheppardmullin.com

**Steven B. Sacks**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: ssacks@sheppardmullin.com



UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated NOV 2 9 2007
by
Deputy Clerk

V.

**Defendant**
------------------------

**David R Chase,** *Defendant*
c/o Tew Cardenas LLP
Attention Jeffrey C. Schneider
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131-3407
305-539-2481

represented by **Steven J. Schwartz**
Danning, Gill, Diamond and Kollitz
2029 Century Park E 3rd Fl.
Los Angeles, CA 90067
(310) 277-0077
Email: sschwartz@dgdk.com

**Federal Trade Comission,** *Defendant*
c/o Laura Kim
600 Pennsylvania Ave., N.W.
Room H-238
Washington, DC 20580
202-326-3734

represented by **Julie A. Mack**
Federal Trade Commission
600 Pennsylvania Ave. N.W.
Washington, DC 20580
(202) 326-2312
Email: jmack@ftc.gov

| Filing Date | # | Docket Text |
|---|---|---|
| 09/19/2007 | ⬤1 | Adversary case 07-05156. 91 (Declaratory judgment), 72 (Injunctive relief - other) Complaint by The Billing Resource against David R Chase, Federal Trade Comission. Fee Amount $250. (Katz, Ori) (Entered: 09/19/2007) |
| 09/19/2007 | | Receipt of filing fee for Complaint(07-05156) [cmp,cmp] ( 250.00). Receipt number 4643836, amount $ 250.00 (U.S. Treasury) (Entered: 09/19/2007) |
| 09/19/2007 | ⬤2 | Summons to be Issued on David R Chase, Federal Trade Comission (RE: related document(s)1 Complaint filed by Plaintiff The Billing Resource). (Katz, Ori) (Entered: 09/19/2007) |
| 09/19/2007 | ⬤3 | Adversary Cover Sheet (RE: related document(s)1 Complaint filed by Plaintiff The Billing Resource). (Katz, Ori) (Entered: 09/19/2007) |
| 09/20/2007 | ⬤4 | Summons Issued on David R Chase Answer Due 10/22/2007; Federal Trade Comission Answer Due 10/22/2007. (jd, ) (Entered: 09/20/2007) |
| 09/20/2007 | ⬤5 | Order for Telephonic Status Conference with Certificate of Service. . Status Conference to be held on 12/10/2007 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt. (jd, ) (Entered: 09/20/2007) |
| 09/24/2007 | ⬤6 | Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. (Attachments: # 1 Exhibit A |

| | | |
|---|---|---|
| | | - Proposed Order# <u>2</u> Memorandum of Points and Authorities # <u>3</u> Declaration of Neal Goldfarb# <u>4</u> Declaration of Ken Dawson) (Sacks, Steven) (Entered: 09/24/2007) |
| 09/24/2007 | ●<u>7</u> | Declaration of Steven B. Sacks in support of (RE: related document(s)<u>6</u> Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # <u>1</u> Exhibit A# <u>2</u> Exhibit B# <u>3</u> Exhibit C# <u>4</u> Exhibit D# <u>5</u> Exhibit E) (Sacks, Steven) (Entered: 09/24/2007) |
| 09/24/2007 | ●<u>8</u> | Notice of Hearing (RE: related document(s)<u>6</u> Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, filed by Plaintiff The Billing Resource, <u>7</u> Declaration, filed by Plaintiff The Billing Resource). Hearing scheduled for 9/26/2007 at 02:15 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Plaintiff The Billing Resource. (Sacks, Steven) (Entered: 09/24/2007) |
| 09/25/2007 | ●<u>9</u> | Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Temporary Restraining Order* (RE: related document(s)<u>6</u> Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Mack, Julie) **ERROR: PDF CONTAINS MAIN BANKRUPTCY CASE NUMBER #07-52890. ADVERSARY PROCEEDING NUMBER NOT SHOWN ON PDF.** . Modified on 9/26/2007 (er, ). (Entered: 09/25/2007) |
| 09/25/2007 | ●<u>10</u> | Brief/Memorandum in Opposition to (Related Document(s): <u>6</u> Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction and Declaratory Relief, Motion for Temporary Restraining Order). . Filed by Defendant David R Chase (Schwartz, Steven) ERROR: ADVERSARY PROCEEDING NUMBER INCORRECT ON PDF. CORRECTIVE ENTRY: COURT ADDED LINKAGE TO DOCUMENT #6 EMERGENCY MOTION FOR ORDER TO SHOW CAUSE, MOTION FOR PRELIMINARY INJUNCTION, MOTION FOR TEMPORARY RESTRAINING ORDER. Modified on 9/26/2007 (er, ). (Entered: 09/25/2007) |
| 09/25/2007 | ●<u>11</u> | Certificate of Service (RE: related document(s)<u>8</u> Notice of Hearing,, <u>6</u> Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order,, <u>7</u> Declaration, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 09/25/2007) |
| 09/26/2007 | ●<u>12</u> | Certificate of Service *of Federal Trade Commission's Opposition to Debtor's Emergency Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief* (RE: related document(s)<u>9</u> Opposition Brief/Memorandum, ). (Mack, Julie) (Entered: 09/26/2007) |

| 09/26/2007 | ● | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 10/2/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6,any additional pleadings by plaintiff to be filed NLT 12:00 PM on 9/28/07, any response due NLT 3:00 PM 10/1/07. (tb, ) (Entered: 09/26/2007) |
|---|---|---|
| 09/28/2007 | ●13 | Memorandum of Points and Authorities in Support of *Supplemental Memorandum In Support Of Request For Temporary Restraining Order And Order To Show Cause Re: Preliminary Injunction And Declaratory Relief* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Supplemental Declaration Of Ken Dawson# 2 Certificate of Service) (Sacks, Steven) (Entered: 09/28/2007) |
| 09/28/2007 | ●14 | Summons Service Executed on David R Chase 9/28/2007; Federal Trade Comission 9/28/2007 ; *Tew Cardenas LLP 9/29/2007; Danning, Gill, Diamond & Kollitz LLP 9/28/2007; US Attorney for FTC-San Jose 9/28/2007; and US Attorney for FTC, San Francisco, 9/28/2007.* (Attachments: # 1 Certificate of Service) (Rehfeld, Jeffrey) (Entered: 09/28/2007) |
| 09/28/2007 | ●15 | Supplemental Certificate of Service *of Summons and Notice of Telephonic Status Conference in Adversary Proceeding; Complaint for Declaratory Relief, Temporary Restraining Order, and Preliminary Injunction; Adversary Cover Sheet; Order Setting Telephonic CMC in San Jose; and Bankruptcy Dispute Resolution Program Information Sheet* (RE: related document(s)14 Summons Service Executed,1 Complaint, 3 Adversary Cover Sheet,5 Order for Telephonic Status Conference with Certificate of Service ). Filed by Plaintiff The Billing Resource (Rehfeld, Jeffrey) **CORRECTIVE ENTRY: COURT MODIFIED THE DOCKET TEXT AND ADDED LINKAGE TO THE DOCUMENTS LISTED AS BEING SERVED.** Modified on 10/1/2007 (cvt, ). (Entered: 09/28/2007) |
| 09/29/2007 | ●16 | Corrected Certificate of Service *of Supplemental Memorandum in Support of Request for TRO and Supplemental Declaration of K. Dawson* (RE: related document(s)13 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 09/29/2007) |
| 09/30/2007 | ●18 | Order Not Signed Regarding Motion to Show Cause (Related Doc # 6), Not Signed Regarding Motion for Preliminary Injunction (Related Doc # 6), Not Signed Regarding Motion for Temporary Restraining Order (Related Doc # 6) (cvt, ) (Entered: 10/02/2007) |

| | | |
|---|---|---|
| 10/01/2007 | ●17 | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for TRO* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # 1 Declaration of Laura Kim# 2 Declaration Exhibits A-K# 3 Declaration Exhibits L-N) (Mack, Julie) (Entered: 10/01/2007) |
| 10/02/2007 | ● | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Temporary Restraining Order denied, Hearing on Preliminary Injunction to be held on 10/17/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6; plaintiff to file by noon on 10/12/07, defendant to respond by noon on 10/15/07. (tb, ) (Entered: 10/04/2007) |
| 10/03/2007 | ●19 | Transcript, Date of Hearing: Sep. 26, 2007 *emergency motion for TRO, etc.* (Palmer, Susan) (Entered: 10/03/2007) |
| 10/04/2007 | ●20 | Certificate of Service *Federal Trade Commission's Supplemental Opposition to Debtor's Emergency Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction and Declaratory Relief* (RE: related document(s)17 Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/04/2007) |
| 10/04/2007 | ●21 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)18 Order on Motion to Show Cause, Order on Motion for Preliminary Injunction, Order on Motion for Temporary Restraining Order). Service Date 10/04/2007. (Admin.) (Entered: 10/04/2007) |
| 10/10/2007 | ●22 | Order Denying Motion for Temporary Restraining Order (Related Doc # 6) (aw, ) (Entered: 10/11/2007) |
| 10/12/2007 | ●23 | Memorandum of Points and Authorities in Support of *Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order,, 13 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Ken Dawson# 2 Exhibit 1 to Dawson Declaration# 3 Exhibit 2 to Dawson Declaration# 4 Exhibit 3 to Dawson Declaration# 5 Declaration of Paul Weber# 6 Exhibit A to Weber Declaration# 7 Exhibit B to Weber Declaration# 8 Exhibit C to Weber Declaration) (Katz, Ori) (Entered: 10/12/2007) |
| 10/12/2007 | ●24 | Transcript, Date of Hearing: Oct. 2, 2007 *emergency motion on TRO and order to show cause.* (Palmer, Susan) (Entered: 10/12/2007) |

| 10/12/2007 | ●25 | First Request To Take Judicial Notice *of Federal Receiver in Response to Order to Show Cause Re: Preliminary Injunction*. Filed by Defendant David R Chase (Attachments: # <u>1</u> Appendix # <u>2</u> Appendix # <u>3</u> Appendix # <u>4</u> Appendix # <u>5</u> Appendix # <u>6</u> Appendix # <u>7</u> Appendix # <u>8</u> Appendix # <u>9</u> Appendix # <u>10</u> Appendix) (Schwartz, Steven) ERROR: EXHIBITS SHOULD BE AN ATTACHMENT. Modified on 10/15/2007 (aw, ). (Entered: 10/12/2007) |
|---|---|---|
| 10/12/2007 | ●26 | Certificate of Service (RE: related document(s)<u>23</u> Memo of Points & Authorities,, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 10/12/2007) |
| 10/13/2007 | ●27 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)<u>22</u> Order on Motion for Temporary Restraining Order). Service Date 10/13/2007. (Admin.) (Entered: 10/13/2007) |
| 10/15/2007 | ●28 | Brief/Memorandum in Opposition to *Motion for Preliminary Injunction* (RE: related document(s)<u>6</u> Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007) |
| 10/15/2007 | ●29 | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Preliminary Injunction* (RE: related document(s)<u>6</u> Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # <u>1</u> Declaration of Collot Guerard# <u>2</u> Declaration Exhibits A-E) (Mack, Julie) ERROR: WRONG EVENT CODE SELECTED. Modified on 10/16/2007 (aw, ). (Entered: 10/15/2007) |
| 10/15/2007 | ●30 | Certificate of Service (RE: related document(s)<u>28</u> Opposition Brief/Memorandum, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007) |
| 10/15/2007 | ●31 | Certificate of Service (RE: related document(s)<u>25</u> Request To Take Judicial Notice, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/15/2007) |
| 10/15/2007 | ●32 | Certificate of Service *of Federal Receiver's Second Supplemental Opposition to Motion for Authority to Use Cash Collateral; Memorandum of Points and Authorities*. Filed by Defendant David R Chase (Schwartz, Steven) ERROR: LINKAGE. FYI: COURT UNABLE TO ADD LINKAGE DUE TO LOCATING PLEADING TITLED SECOND SUPPLEMENTAL OPPOSITION ON COURT DOCKET.Modified on 10/16/2007 (aw, ). (Entered: 10/15/2007) |

| | | |
|---|---|---|
| 10/17/2007 | ● | Courtroom Hearing Held (RE: multi-part motion - related document(s) 6 ) (Under submission; the status conference to be held in the main case (07-52890) is continued from 10/26/07 at 2:00 PM to 11/2/07 at 1:00 PM.)(tb, ) (Entered: 10/18/2007) |
| 10/19/2007 | ●33 | Motion to Dismiss Adversary Proceeding *Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●34 | Memorandum of Points and Authorities in of *Federal Receiver in Support of Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●35 | Second Request To Take Judicial Notice *of Federal Receiver Pursuant to FRE Rule 201(d) in Support of Motion to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Defendant David R Chase (Attachments: # 1 Appendix) (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●36 | Notice of Hearing (RE: related document(s)33 Motion to Dismiss Adversary Proceeding filed by Defendant David R Chase). Hearing scheduled for 11/27/2007 at 03:00 PM at San Jose Courtroom 3020 - Weissbrodt. Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 10/19/2007) |
| 10/19/2007 | ●37 | Certificate of Service *of 36 Notice Of Hearing On Motion Of Federal Receiver To Dismiss Complaint Pursuant To Frcp Rule 12(B)(1); 33 Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1); 34 Memorandum Of Points And Authorities In Support Of Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1); 35 Second Request Of Federal Receiver Pursuant To FRE Rule 201(d) For Judicial Notice In Support Of Motion Of Federal Receiver To Dismiss Complaint Pursuant To FRCP Rule 12(B)(1).* Filed by Defendant David R Chase (Schwartz, Steven) ERROR: LINKAGE. CORRECTIVE ENTRY: COURT ADDED LINKAGE AND MODIFIED DOCKET TEXT. Modified on 10/22/2007 (aw, ). (Entered: 10/19/2007) |
| 10/23/2007 | ●38 | Certificate of Service (RE: related document(s)29 Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/23/2007) |
| 10/24/2007 | ●39 | Answer to Complaint *of Debtor for Declaratory and Injunctive Relief* Filed by Federal Trade Comission. (Attachments: # 1 Certificate of Service)(Mack, Julie) (Entered: 10/24/2007) |

| 10/28/2007 | ●40 | Transcript, Date of Hearing: Oct. 17, 2007 *plaintiff's motion*. (Palmer, Susan) (Entered: 10/28/2007) |
| --- | --- | --- |
| 11/02/2007 | ●41 | Memorandum Decision RE: Order To Show Cause Regarding Preliminary Injunction (RE: related document(s)6 Motion for Order to Show CauseMotion for Preliminary InjunctionMotion for Temporary Restraining Order filed by Plaintiff The Billing Resource). (Attachments: # 1 Part II -Pages 41-64) (aw, ) (Entered: 11/02/2007) |
| 11/04/2007 | ●42 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)41 Memorandum Decision, ). Service Date 11/04/2007. (Admin.) (Entered: 11/04/2007) |
| 11/05/2007 | ● | Emergency Hearing Set On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/5/2007 at 04:30 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/06/2007) |
| 11/05/2007 | ●❘ | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. The Court grants a TRO effective immediately with Plaintiff preparing an order reviewed by counsel for the FTC and The Receiver and will issue an OSC as to why a preliminary injunction should not issue; the Hearing is to be held on 11/16/2007 at 10:00 AM San Jose Courtroom 3020 - Weissbrodt for 6, plaintiff to file by 6 PM PST on 11/7/07, defendants by 6 PM PST on 11/9/07, with a reply due by 6 PM PST on 11/13/07. The Debtor and The Receiver should file a joint report with the District Court. (tb, ) (Entered: 11/06/2007) |
| 11/06/2007 | ●43 | Objection *to Integretel's Form of Proposed Order Granting Temporary Restraining Order and Order To Show Cause re Preliminary Injunction*. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/06/2007) |
| 11/07/2007 | ●44 | Response to *Receiver's Objection to Proposed Form of Order Granting Temporary Restraining Order* (RE: related document(s)43 Objection). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | ●45 | Certificate of Service (RE: related document(s)44 Response). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | ●46 | Certificate of Service (RE: related document(s)43 Objection). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/07/2007) |

| 11/07/2007 | ●47 | Memorandum of Points and Authorities in Support of (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Declaration of Steven B. Sacks) (Sacks, Steven) (Entered: 11/07/2007) |
|---|---|---|
| 11/07/2007 | ●48 | Certificate of Service (RE: related document(s)47 Memo of Points & Authorities, ). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/07/2007) |
| 11/07/2007 | ●49 | Order Granting Motion for Preliminary Injunction (Related Doc # 6) (aw, ) (Entered: 11/08/2007) |
| 11/08/2007 | ●50 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)49 Order on Motion for Preliminary Injunction). Appellant Designation due by 11/19/2007. Transmission to District Court due by 12/10/2007. (Attachments: # 1 Exhibit A) Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/08/2007) |
| 11/08/2007 | ●51 | Statement of Election to District Court, (RE: related document(s)50 Notice of Appeal, filed by Defendant Federal Trade Comission). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/08/2007) |
| 11/09/2007 | ●52 | Third Request To Take Judicial Notice *in Response to Order to Show Cause Why Preliminary Injunction Should Not Be Issued*. Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/09/2007) |
| 11/09/2007 | ●53 | Courts Certificate of Mailing. Number of notices mailed: 7 (RE: related document(s)50 Notice of Appeal, ). (tm, ) (Entered: 11/09/2007) |
| 11/09/2007 | ●54 | Transmittal of Record on Appeal to District Court (RE: related document(s)50 Notice of Appeal filed by Defendant Federal Trade Comission). (tm, ) (Entered: 11/09/2007) |
| 11/09/2007 | ●55 | Supplemental Brief/Memorandum in Opposition to *Debtor's Emergency Motion for Preliminary Injunction as to Contempt Proceeding* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/09/2007) |
| 11/09/2007 | ●56 | Response to *Federal Receiver's Response to Order to Show Cause Why Preliminary Injunction Should Not Be Issued; Memorandum of Points and Authorities in Support Thereof* (RE: related document(s)41 Memorandum Decision, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/09/2007) |

| | | |
|---|---|---|
| 11/10/2007 | ●57 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)49 Order on Motion for Preliminary Injunction). Service Date 11/10/2007. (Admin.) (Entered: 11/10/2007) |
| 11/13/2007 | ●58 | Reply to *Debtor's Reply in Support of Motion for Preliminary Injunction* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Sacks, Steven) ERROR: INCORRECT LINKAGE. CORRECTIVE ENTRY: COURT REMOVED INCORRECT LINKAGE AND MODIFIED DOCKET TEXT TO SHOW CORRECT LINKAGE. Modified on 11/14/2007 (aw, ). (Entered: 11/13/2007) |
| 11/13/2007 | ●59 | Memorandum of Points and Authorities in Opposition of *The Billing Resource, dba Integretel* (RE: related document(s)33 Motion to Dismiss Adversary Proceeding). Filed by Plaintiff The Billing Resource (Attachments: # 1 Certificate of Service) (Sacks, Steven) (Entered: 11/13/2007) |
| 11/14/2007 | ●60 | Transcript, Date of Hearing: 11-5-07*Emergency Hearing re Motion for Restraining Order to Stay Enforcement of Omnibus Order by Plaintiff, The Billing Resource dba Integretel, a California corporation.* (McCall, Jo) (Entered: 11/14/2007) |
| 11/14/2007 | ●61 | Notice Regarding *Notice of Errata Re: Federal Receiver's Response To Order To Show Cause Why Preliminary Injunction Should Not Be Issued; Memorandum Of Points And Authorities In Support Thereof* (RE: related document(s)56 Response, filed by Defendant David R Chase). Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 11/14/2007) |
| 11/14/2007 | ●62 | Certificate of Service (RE: related document(s)52 Request To Take Judicial Notice, 56 Response, ). Filed by Defendant David R Chase (Schwartz, Steven) (Entered: 11/14/2007) |
| 11/14/2007 | ●69 | Notice of Docketing Record on Appeal to District Court. Case Number: C07-05758-RMW RE: related document(s)50 Notice of Appeal filed by Defendant Federal Trade Comission). (aw, ) (Entered: 11/21/2007) |
| 11/16/2007 | ●63 | Order Granting Temporarily Restraining Order to Show Cause RE: Motion to Show Cause (Related Doc # 6) (aw, ) (Entered: 11/16/2007) |
| 11/16/2007 | ● | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 12/7/2007 at 10:00 AM San Jose Courtroom 3020 - Weissbrodt for 6, the Court issues a temporary restraining order through 12/6/07 (if the Court doesn't have |

|            |            |                                                                                                                                                                                                                                                                                                                                                                                      |
|------------|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |            | authority to issue successive 20 day TROs, parties to file a brief by 5 PM on 11/19/07). (tb, ) (Entered: 11/20/2007)                                                                                                                                                                                                                                                                  |
| 11/18/2007 | ❷64        | BNC Certificate of Mailing - Electronic Order (RE: related document(s)63 Order on Motion to Show Cause). Service Date 11/18/2007. (Admin.) (Entered: 11/18/2007)                                                                                                                                                                                                                       |
| 11/19/2007 | ❷65        | Appellant Designation of Contents For Inclusion in Record On Appeal *and*, Statement of Issues on Appeal,*and Certificate of Service* (RE: related document(s)50 Notice of Appeal, filed by Defendant Federal Trade Comission). Appellee designation due by 11/29/2007. Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/19/2007)                                   |
| 11/19/2007 | ❷66        | Objection *Post-Hearing Objection to Duration of (Or Alternatively, Motion to Modify) Temporary Restraining Order as to Contempt Proceeding* (RE: related document(s)6 Motion for Order to Show Cause,, Motion for Preliminary Injunction,, Motion for Temporary Restraining Order, ). Filed by Defendant Federal Trade Comission (Attachments: # 1 Certificate of Service) (Mack, Julie) (Entered: 11/19/2007) |
| 11/20/2007 | ❷67        | Notice of Continued Hearing (RE: related document(s)33 Motion to Dismiss Adversary Proceeding filed by Defendant David R Chase). Hearing to be held on 12/7/2007 at 10:30 AM San Jose Courtroom 3020 - Weissbrodt for 33, Filed by Defendant David R Chase. (Schwartz, Steven) (Entered: 11/20/2007)                                                                                    |
| 11/21/2007 | ❷68        | Certificate of Service *Notice of Continuance of Hearing on Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1) Documents* (Related Document(s): 33 Motion of Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1)). (Schwartz, Steven) CORRECTIVE ENTRY: COURT ADDED LINKAGE TO DOCUMENT #33 MOTION TO DISMISS COMPLAINT. Modified on 11/26/2007 (er, ). (Entered: 11/21/2007) |
| 11/21/2007 | ❷          | Hearing Set (per chambers request) On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/21/2007 at 02:00 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/21/2007)           |
| 11/21/2007 | ❷          | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 11/26/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6,the FTC consents to the current TRO continuing in effect through COB on Monday, Nov. 26, 2007. |

| | | (tb, ) (Entered: 11/21/2007) |
|---|---|---|
| 11/26/2007 | ❷ | Hearing Held (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. (tb, )The Court read its Findings of Fact and Conclusions of Law orally into the record; the debtor/plaintiff is directed not to let the funds out of California and they must be kept in a blocked, interest bearing account pending further order of the Court; the FTC and Receiver are enjoined from pursuing contempt proceedings, this order is effective immediately. The FTC and Receiver's request for a stay of the injunction is denied. The Preliminary Injunction currently set for 12/7/07 at 10:30 is off calendar. Debtor/Plaintiff to notice a motion to amend the complaint for 12/7/07 at 10:30, pleadings to go out by 11/27/07, a response due by 12/3/07 and reply due 12/4/07, parties to file a joint statement by noon on 12/5/07, Ms. Diemer for POL is to be served with all pleadings. Modified on 11/27/2007 (tb, ). (Entered: 11/27/2007) |
| 11/27/2007 | ❷ | Hearing Set (by the court to clarify findings of fact read into record on 11/26/07) On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/27/2007 at 11:00 AM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/27/2007) |
| 11/27/2007 | ❷70 | Motion to Amend *Debtor's Motion for Leave to File an Amended Complaint* Filed by Plaintiff The Billing Resource. (Attachments: # 1 Declaration Steven B. Sacks) (Sacks, Steven) (Entered: 11/27/2007) |
| 11/27/2007 | ❷71 | Notice of Hearing *re Debtor's Motion for Leave to File an Amended Complaint* (RE: related document(s)70 Motion to Amend filed by Plaintiff The Billing Resource). Hearing scheduled for 12/7/2007 at 10:30 AM at San Jose Courtroom 3020 - Weissbrodt. Filed by Plaintiff The Billing Resource. (Sacks, Steven) (Entered: 11/27/2007) |
| 11/27/2007 | ❷ | Courtroom Hearing Held (RE: Motion for Order to Show Cause - related document(s) 6 ) (The Court issues an amended injunction enjoining the Receiver from pursuing the contempt proceeding; parties to file briefs re the issue of a back-up order: Plaintiff/debtor to file by 3 PM PST 11/30/07 and defendants to respond NLT 3 PM 12/5/07.)(tb, ) (Entered: 11/27/2007) |
| 11/27/2007 | ❷72 | Certificate of Service (RE: related document(s)71 Notice of Hearing,, 70 Motion to Amend). Filed by Plaintiff The Billing Resource (Sacks, Steven) (Entered: 11/27/2007) |
| 11/28/2007 | ❷73 | Transcript, Date of Hearing: 11-16-07a) *Motion for Order to Show Cause Regarding Preliminary Injunction re Order to Stay Enforcement of* |

|            |       | *Omnibus Order; b) Supplemental Opposition by Federal Trade Commission; c) Response by David R. Chase.* (McCall, Jo) (Entered: 11/28/2007) |
|------------|-------|----|
| 11/28/2007 | ●<u>74</u> | Notice of Appeal to District Court *of Preliminary Injunction re Contempt Proceeding per 11/27/2007 Hearing*, Fee Waived. Appellant Designation due by 12/10/2007. Transmission to District Court due by 12/28/2007. (Attachments: # <u>1</u> Exhibit A) Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/28/2007) |
| 11/28/2007 | ●<u>75</u> | Statement of Election to District Court,*of Appeal of Preliminary Injunction re Contempt per 11/27/2007 Hearing and Certificate of Service* (RE: related document(s)<u>74</u> Notice of Appeal, filed by Defendant Federal Trade Comission). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 11/28/2007) |
| 11/28/2007 | ●<u>76</u> | Order Granting Motion For Preliminary Injunction (Related Doc # <u>6</u>) (aw, ) (Entered: 11/28/2007) |