**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

November 30, 2007

TO COUNSEL OF RECORD

CIVIL NUMBER: **C07-5758 RMW**

BANKRUPTCY NUMBER: **07-52890-ASW**

ADVERSARY PROCEEDING NO. **07-5156**

CASE TITLE: **In re The Billing Resource, dba Integretel, a California corporation**

NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE

This Court has received a copy of the Notice of Appeal.

The Appeal has been filed in the following case number C07-5758 RMW before the Honorable Ronald M. Whyte at the San Jose Division.

Upon the completion by the parties of the perfection of the record pursuant to BR8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 3/28/2008 at 10:30 AM in Courtroom 6, 4th Floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

RICHARD W. WIEKING, Clerk

by: /s/ Diane Miyashiro
Case Systems Administrator

cc: USBC
    Counsel of Record