UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80180-CIV-RYSKAMP/VITUNAC.

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

NATIONWIDE CONNECTIONS, INC., ET AL.,

    Defendants.
_____/

## ORDER STAYING PROCEEDINGS AGAINST DEFENDANT THE BILLING RESOURCE, D/B/A INTEGRETEL

THIS CAUSE comes before the Court pursuant to the Notice of Bankruptcy, filed September 17, 2007 [DE 612]. Defendant The Billing Resource, d/b/a Integretel, indicates that it filed a petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court, Northern District of California, San Jose Division, Case No. 07-52890. Accordingly, the instant action against The Billing Resource, d/b/a Integretel, is subject to the automatic stay set forth in 11 U.S.C. § 362. The automatic stay granted by 11 U.S.C. § 362(a) will remain in effect until the bankruptcy case is dismissed or closed, or until such earlier times as set forth in 11 U.S.C. § 362(c), (d), (e) or (f).

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 20th day of September, 2007.

                              S/Kenneth L. Ryskamp
                              KENNETH L. RYSKAMP
                              UNITED STATES DISTRICT JUDGE