10/17/2007 13:30 FAX 404 335 8809        CI Section USCA ATLANTA                                   ☒002

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

OCT 1 7 2007

THOMAS K. KAHN
CLERK

No. 07-14531-E

FEDERAL TRADE COMMISSION,                                       Plaintiff-Appellee,

DAVID R. CHASE,                                                 Receiver-Appellee,

versus

THE BILLING RESOURCE,
d.b.a. Integretel,                                              Defendant-Appellant.

On Appeal from the United States District Court for the
Southern District of Florida

**ORDER:**

Appellant's motion for stay or injunction pending appeal is

**TEMPORARILY GRANTED** pending further order of the Court.

/s/ [signature]

UNITED STATES CIRCUIT JUDGE

**EXHIBIT 11**

0053