| | | |
|---|---|---|
| | | COURT ADDED LINKAGE AND MODIFIED DOCKET TEXT. Modified on 10/22/2007 (aw, ). (Entered: 10/19/2007) |
| 10/23/2007 | 38 | Certificate of Service (RE: related document(s)29 Opposition Brief/Memorandum, ). Filed by Defendant Federal Trade Comission (Mack, Julie) (Entered: 10/23/2007) |
| 10/24/2007 | 39 | Answer to Complaint *of Debtor for Declaratory and Injunctive Relief* Filed by Federal Trade Comission. (Attachments: # 1 Certificate of Service)(Mack, Julie) (Entered: 10/24/2007) |
| 10/28/2007 | 40 | Transcript, Date of Hearing: Oct. 17, 2007 *plaintiff's motion*. (Palmer, Susan) (Entered: 10/28/2007) |
| 11/02/2007 | 41 | Memorandum Decision RE: Order To Show Cause Regarding Preliminary Injunction (RE: related document(s)6 Motion for Order to Show CauseMotion for Preliminary InjunctionMotion for Temporary Restraining Order filed by Plaintiff The Billing Resource). (Attachments: # 1 Part II -Pages 41-64) (aw, ) (Entered: 11/02/2007) |
| 11/04/2007 | 42 | BNC Certificate of Mailing - Electronic Order (RE: related document (s)41 Memorandum Decision, ). Service Date 11/04/2007. (Admin.) (Entered: 11/04/2007) |
| 11/05/2007 | | Emergency Hearing Set On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/5/2007 at 04:30 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/06/2007) |
| 11/05/2007 | | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. The Court grants a TRO effective immediately with Plaintiff preparing an order reviewed by counsel for the FTC and The Receiver and will issue an OSC as to why a preliminary injunction should not issue; the Hearing is to be held on 11/16/2007 at 10:00 AM San Jose Courtroom 3020 - Weissbrodt for 6, plaintiff to file by 6 PM PST on 11/7/07, defendants by 6 PM PST on 11/9/07, with a reply due by 6 PM PST on 11/13/07. The Debtor and The Receiver should file a joint report with the District Court. (tb, ) (Entered: 11/06/2007) |
| 11/06/2007 | 43 | Objection *to Integretel's Form of Proposed Order Granting Temporary Restraining Order and Order To Show Cause re Preliminary Injunction*. Filed by Defendant David R Chase |