| | | |
|---|---|---|
| | | *Federal Receiver to Dismiss Complaint Pursuant to FRCP Rule 12(b)(1) Documents* (Schwartz, Steven) (Entered: 11/21/2007) |
| 11/21/2007 | | Hearing Set (per chambers request) On (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing scheduled for 11/21/2007 at 02:00 PM at San Jose Courtroom 3020 - Weissbrodt. (tb, ) (Entered: 11/21/2007) |
| 11/21/2007 | | Hearing Continued (RE: related document(s)6 Emergency Motion for Order to Show Cause RE: , Motion for Preliminary Injunction *and Declaratory Relief*, Motion for Temporary Restraining Order Filed by Plaintiff The Billing Resource. Hearing to be held on 11/26/2007 at 2:00 PM San Jose Courtroom 3020 - Weissbrodt for 6,the FTC consents to the current TRO continuing in effect through COB on Monday, Nov. 26, 2007. (tb, ) (Entered: 11/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/26/2007 07:23:10 | | | |
| PACER Login: | ft0030 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 07-05156 Fil or Ent: filed From: 9/27/2007 To: 11/26/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 6 | Cost: | 0.48 |