IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

|  |  |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>    Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>    Defendant-Appellant. | No. 5:07-CIV-5758-RMW<br><br>Date: December 21, 2007<br>Time: 9:00 a.m.<br>Place: 280 S. First Street<br>       San Jose, CA<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

### (PROPOSED) ORDER GRANTING DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION'S N.D. CAL. L.R. 6 AND FED. R. BANKR. P. 9006 MOTION TO SHORTEN BRIEFING SCHEDULE AND ACCELERATE HEARING DATE FOR ITS MOTION FOR STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S NOVEMBER 27, 2007, PRELIMINARY INJUNCTION

Upon consideration of the parties' papers, defendant-appellant the Federal Trade Commission ("Commission")'s motion, pursuant to N.D. Cal. L.R. 6 and Fed. R. Bankr. P. 9006, to shorten the briefing schedule and accelerate the hearing date for its motion for stay pending appeal of the bankruptcy court's November 27, 2007, preliminary injunction is hereby GRANTED and the parties shall brief this motion as follows:

1. Any opposition to the Commission's motion for stay pending appeal of the bankruptcy court's November 27, 2007, preliminary injunction be filed and served not later than December 10, 2007;

2.. The Commission be required to file and serve its reply, if any, by December 14, 2007;

3. Service may be made electronically; and

4. A Hearing on this motion shall be conducted on December 21, 2007, along with the hearing on the Commission's stay motion concerning the bankruptcy court's October 17, 2007, preliminary injunction and the Commission's motion for a change of venue.

_____
Hon. Ronald M. Whyte
United States District Judge

Presented by:

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:  (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION