WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>　　　　　Debtor-Plaintiff-Appellee,<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>　　　　　Defendant-Appellant. | No. 5:07-CIV-5758-RMW<br><br>Date:  January 4, 2007<br>Time: 9:00 a.m.<br>Place: 280 S. First Street<br>　　　　San Jose, CA<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2007, I served a copy of the following as by the means indicated below:

1. Notice of Defendant-Appellant Federal Trade Commission's Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction;

2. Memorandum in Support of Defendant-Appellant Federal Trade Commission's Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction;

3. Exhibits to Memorandum in Support of Federal Trade Commission's Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction;

4. Defendant-Appellant Federal Trade Commission's N.D. Cal. L.R. 6 and Fed. R. Bankr. P. 9006 Motion to Shorten Briefing Schedule and Accelerate Hearing Date for its Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction;

5. (Proposed) Order granting Defendant-Appellant Federal Trade Commission's N.D. Cal. L.R. 6 and Fed. R. Bankr. P. 9006 Motion to Shorten Briefing Schedule and Accelerate Hearing Date for its Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction; and

6. A copy of the Standing Case Order Regarding Case Management in Civil Cases.

Through the Court's ECF System and by email:

Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld, Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California 94111
COUNSEL FOR INTEGRETEL

Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
COUNSEL FOR RECEIVER

Via Federal Express:

    John D. Fiero, Esquire
    Pachulski, Stang, Ziehl, Young and Jones
    150 California St. 15th Fl.
    San Francisco, California  94111-4500
    COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

    Sara L. Kisler, Acting U.S. Trustee for Region 17
    Office of the U.S. Trustee
    U.S. Federal Bldg.
    280 South 1st Street, #268
    San Jose, California  95113-3004
    UNITED STATES TRUSTEE

    Kathryn S. Diemer, Esq.
    Diemer, Whitman and Cardosi
    75 E. Santa Clara Street
    San Jose, CA 95113
    COUNSEL FOR POL, INC.

_____
John Andrew Singer