SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
JEFFREY K. REHFELD, Cal. Bar No. 188128
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Email:           mahrens@sheppardmullin.com
                    ssacks@sheppardmullin.com

Attorneys for The Billing Resource, dba
Integretel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE, dba Integretel, a California corporation, | Case No. 07-CIV-5758-RMW |
| Debtor-Plaintiff-Appellee | DATE:  December 21, 2007<br>TIME:   9:00 a.m.<br>Place:   280 S. First Street<br>            San Jose, CA<br>Judge:  Hon. Ronald M. Whyte<br>            Courtroom 6- 4th Floor |
| v. | |
| FEDERAL TRADE COMMISSION, et al. | |
| Defendant-Appellant | |

On Appeal from the United States Bankruptcy Court for the
Northern District of California,
No. 07-52890-ASW, Adversary Proceeding No. 07-5156

**CERTIFICATE OF SERVICE**

**(PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL's MEMORANDUM IN OPPOSITION TO FTC'S MOTION FOR STAY PENDING APPEAL AND FOR CHANGE OF VENUE)**

     I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

     On **December 3, 2007**, I served the following document(s) described as **CERTIFICATE OF SERVICE** on the interested party(ies) in this action by serving true copies as follows:

**See Attached Service List**

☐    **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒    **BY ELECTRONIC MAIL.** I served said document(s) by emailing said document(s) to the email addresses set forth on the following parties: **See Attached Distribution List**.

☐    **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐    **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☐    **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐    **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒    **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     Executed on **December 3, 2007**, at San Francisco, California.

                                                   /s/ Judy Nakaso

                                                   JUDY NAKASO

## DISTRIBUTION LIST

| | |
|---|---|
| John Fiero | jfiero@pszjlaw.com |
| Howard Kolitz | hkolitz@dgdk.com |
| Collot Guerard | cguerard@ftc.gov |
| Jeffrey Schneider | jcs@tewlaw.com |
| Laura M. Kim | lkim@ftc.gov |
| Michael Mora | mmora@ftc.gov |
| Steve Warren | swarren@omm.com |
| Steve Schwartz | sschwartz@dgdk.com |
| Walter Oetzell | woetzell@dgdk.com |
| John Singer | jsinger@ftc.gov<br>regnisj@comcast.net |
| Kathryn Diemer | kdiemer@diemerwhitman.com |