Entered on Docket
November 30, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the
Order of the Court. Signed 11 28 20 07

*signature*

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

NOV 27 2007

1  SHEPPARD, MULLIN, RICHTER &
   HAMPTON LLP
2    A Limited Liability Partnership
     Including Professional Corporations
3  MICHAEL H. AHRENS,
   Cal. Bar No. 44766
4  STEVEN B. SACKS,
   Cal. Bar No. 98875
5  JEFFREY K. REHFELD,
   Cal. Bar No. 188128
6  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
7  Telephone:  415-434-9100
   Facsimile:  415-434-3947
8
   Attorneys for The Billing Resource, dba
9  Integretel

10             UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF CALIFORNIA
11                  [SAN JOSE DIVISION]

12 | In re                                    | Case No. 07-52890
13 | THE BILLING RESOURCE, dba                | Chapter 11
14 | INTEGRETEL, a California corporation,    |
15 |         Debtor.                          |
16 |                                          |
17 | THE BILLING RESOURCE, dba                | Adv. Proc. No. 07-05156
   | INTEGRETEL, a California corporation,    |
18 |                                          | **AMENDED ORDER GRANTING
   |         Plaintiff,                       | MOTION FOR PRELIMINARY
19 |                                          | INJUNCTION**
   |     v.                                   |
20 |                                          | Date:  November 26, 2007
   | FEDERAL TRADE COMMISSION, and            | Time:  2:00 p.m.
21 | DAVID R. CHASE, not individually, but    | Court: Room 3020, Hon. Arthur Weissbrodt
   | solely in his capacity as receiver for   |
22 | Nationwide Connections, Inc., Access One |
   | Communications, Inc., Network One Services, |
23 | Inc., 411TXT, Inc., CELL-INFO-USA, INC., |
   | Enhanced Billing Services, Inc., Toll Free |
24 | Connect, Inc., Cripple Creek Holdings, LLC, |
   | Built to Last, LLC, Not Fade Away, LLC, He's |
25 | Gone, LLC, The Other One, LLC, Turn on   |
   | Your Love Light, LLC, China Cat Sunflower, |
26 | LLC, Lazy River Road Holdings, LLC,      |
27 |         Defendant.                       |
28

W02-WEST:5SS1\400529214.3          AMENDED ORDER GRANTING MOTION FOR PRELIMINARY
                                   INJUNCTION RE: ENFORCING OMNIBUS ORDER

102030

1  On November 26, 2007, the Court having previously issued a temporary restraining order
2  and an order to show cause re preliminary injunction, held a hearing in connection with the motion
3  filed by The Billing Resource, dba Integretel ("Integretel"), for a preliminary injunction against
4  the Federal Trade Commission ("FTC") and David R. Chase, not individually, but solely in his
5  capacity as receiver (the "Receiver"), preventing them from enforcing as to Integretel that certain
6  Omnibus Order entered on the docket on September 14, 2007 (the "Omnibus Order") in that
7  certain action captioned <u>Federal Trade Commission v. Nationwide Connections, Inc., et al.</u>, Case
8  No. 06-80180-Civ-Ryskamp (the "Florida Action") pending in the United States District Court for
9  the Southern District of Florida (the "Florida Court") and that certain Order Granting Motion for
10 Clarification as to Scope of Stay entered on the docket by the Florida Court in the Florida Action
11 on September 21, 2007 (the "Clarification Order"), insofar as the Clarification Order relates to the
12 Omnibus Order.  Appearances were as stated on the record.  The Court incorporates herein its
13 Memorandum Decision re Order to Show Cause Regarding Preliminary Injunction filed and
14 entered on November 2, 2007 and further stated its findings of fact and conclusions of law on the
15 record at the hearings it held on November 16, 2007, November 21, 2007, November 26, 2007 and
16 November 27, 2007.
17     **GOOD CAUSE APPEARING,** it is hereby ordered as follows:
18     The FTC and the Receiver, and their officers, agents, servants, employees and attorneys
19 and upon those persons in active concert or participation with them who receive actual notice of
20 the order by personal service or otherwise, are hereby restrained and enjoined until further order of
21 this Court from seeking to implement or enforce in the Florida Court as to Integretel the Omnibus
22 Order or the Clarification Order, as it relates to the Omnibus Order, including without limitation
23 initiating, suggesting or participating in any proceedings to hold Integretel in contempt in
24 connection therewith, or otherwise seeking to compel Integretel to transfer any money or property
25 to the Receiver.  The preliminary injunction issued herein does not affect or restrain the parties
26 from prosecuting and responding to appeals filed by Integretel from orders issued by the Florida
27 Court. The Court further orders that the Receiver shall submit any status reports that pertain to
28 Integretel to the Florida Court jointly with Integretel.

1    Integretel is directed that it shall continue to maintain the sum of $1,762,762.56 in the
2 blocked interest-bearing Debtor in Possession account to which they were transferred pursuant to
3 the terms and conditions of this Court's prior order entered on October 3, 2007, without prejudice
4 to the claims, rights, or defenses of any party, until further order of this Court.

** END OF ORDER **

## COURT SERVICE LIST

Office of the U.S. Trustee
Office of the U.S. Trustee
Attn: John Wesolowski, Esq.
280 South First Street, Room 268
San Jose, CA 95113

The Billing Resource dba Integretel
The Billing Resource dba Integretel
Attn: Ken Dawson
5883 Rue Ferrari
San Jose, CA 95138

Counsel for The Billing Resource dba Integretel
Sheppard, Mullin, Richter & Hampton LLP
Attn: Michael H. Ahrens, Esq.
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

David R. Chase, Receiver
David R. Chase, Receiver for Access One Communications,
        Inc. and Network One Services, Inc.
David R. Chase, P.A.
Wachovia Center-Penthouse
1909 Tyler Street
Hollywood, FL 33020

Counsel for the Receiver David R. Chase
Jeffrey C. Schneider, Esq.
Michelle T. Visiedo, Esq.
Tew Cardenas LLP
Four Seasons Tower – 15th Floor
1441 Brickell Avenue
Miami, FL 33131

Counsel for the Receiver David R. Chase
Walter Oetzell, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, CA 90067-2904

Counsel for the Federal Trade Commission
Laura M. Kim, Esq.
Michael J. Davis, Esq.
Collot Guerard, Esq.
Federal Trade Commission
600 Pennsylvania Avenue, NW, Room 286
Washington, DC 20580

Federal Trade Commission
Associate Director, Division of Marketing Practices
Federal Trade Commission, H-238
600 Pennsylvania Avenue, N.W.

1 | Washington, D.C. 20580

2 | <u>Proposed Counsel for the Official Unsecured Creditors Committee</u>
John Fiero, Esq.
3 | Maxim Litvak, Esq.
Pachulski, Stang, Ziehl & Jones
4 | 150 California Street
15th Floor
5 | San Francisco, CA 94111-4500