SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
JEFFREY K. REHFELD, Cal. Bar No. 188128
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:   415-434-9100
Facsimile:   415-434-3947
Email:   mahrens@sheppardmullin.com
          jrehfeld@sheppardmullin.com
          okatz@sheppardmullin.com

Attorneys for The Billing Resource,
dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>                Debtor.<br><br>Tax ID: 33-0289863 | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**DECLARATION OF EVAN MEYER IN SUPPORT OF MOTION TO APPROVE USE OF CASH COLLATERAL**<br><br>Date:    November 30, 2007<br>Time:    10:15 a.m.<br>Place:   United States Bankruptcy Court<br>          280 South First Street<br>          San Jose, California<br>Judge:   Hon. Arthur S. Weissbrodt<br>Courtroom:  3020 |

I, Evan Meyer, declare as follows:

1. I am over the age of 18 years and if called upon to testify could and would testify competently to the matters set forth herein based upon my own personal knowledge. I have a Bachelor's of Science degree from California State Polytechnic University, Pomona, and a Masters of Business Administration from the University of Washington. I am also a Certified Public Accountant. I was a senior member of the Corporate Finance, Recovery and Disputes group at Price Waterhouse LLP in San Francisco, California, from 1994 to 1998 where I assisted management of financially troubled companies to achieve financial and operational stability. In 1998, I became Director of Finance of the debtor The Billing Resource dba Integretel (the "Debtor") and later became Vice President of Finance of the Debtor. At the Debtor, I was responsible for all finance, treasury, legal, human resources, and administrative functions.

2. I have been the Chief Financial Officer of PaymentOne Corporation ("P1") since the formation of P1 in 2001. I am not an officer of the Debtor, but continue to provide financial services to them through a contract arrangement. P1 is a subsidiary of the Debtor, with the Debtor owning more than ninety-seven percent (97%) of P1's voting stock. Both P1 and the Debtor are in substantially the same business, performing collection services for customers.

3. This declaration is submitted in support of the Debtor's request for further interim use of cash collateral through December 14, 2007.

4. I have prepared a weekly operating cash budget for the Debtor for the period commencing on the filing of this bankruptcy case and ending on December 28, 2007 (the "Budget") reflecting the Debtor's latest results from previous weeks and projection for the coming month. That Budget is attached hereto as Exhibit "A." This Budget assumes that the Debtor continues to hold $1.76 million in a blocked debtor in possession account throughout this period pursuant to the Court's previous order.

5. The Budget indicates that the Debtor will be able to continue to operate during this period with no new infusion of cash. The Budget indicates that there will be significant cash at all times available for the Debtor, including in excess of $3.0 million in unrestricted cash at the end of December, as shown on line 46.

-2-

1       6.      It is my professional opinion that the past results shown in the Budget are reasonably accurate, that the assumptions made in the Budget are reasonable, and that the Budget's projections of future financial results are also reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 29, 2007, at San Jose, California.

                                              /s/ Evan Meyer
                                               EVAN MEYER

The Billing Resource dba Integretel
Weekly Operating Cash Budget
For the Period Ending December 28, 2007

**DEBTOR'S BUDGET**
11-29-07 Revised Version  84%

| Week Ending | | Actual 1 9/21/07 | Actual 2 9/28/07 | Actual 3 10/5/07 | Actual 4 10/12/07 | Actual 5 10/19/07 | Actual 6 10/26/07 | Actual 7 11/2/07 | Actual 8 11/9/07 | Actual 9 11/16/07 | Actual 10 11/23/07 | 11/30/07 11 | 12/7/07 12 | 12/14/07 13 | 12/21/07 14 | 12/28/07 15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cash Flows from Client Settlement Activities - PRE-PETITION** | | | | | | | | | | | | | | | | |
| 1 | CIC 402 cash payments from LEC for pre-petition pipeline | $ 1,424,692 | $ 1,641,451 | $ 950,770 | $ 3,236,391 | $ 1,174,215 | $ 826,796 | 463,395 | 2,270,284 | 434,913 | 74,578 | 0 | 0 | 0 | 0 | 0 | $ 12,439,275 |
| 2 | Less: (withheld) released LEC payments (7) | (31,562) | (531,016) | (576,712) | (1,432,703) | 745,696 | (53,970) | 585,321 | 665,321 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (550,715) |
| 3 | Less: Verizon reserve increases related to bankruptcy (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (241,250) | 0 | 0 | 0 | (241,250) |
| 4 | Net CIC 402 cash payments from LEC for pre-petition pipeline | 1,393,130 | 1,110,435 | 374,058 | 1,802,848 | 1,919,921 | 774,826 | 1,058,526 | 2,935,585 | 434,913 | 74,578 | 0 | (241,250) | 0 | 0 | 0 | 11,647,310 |
| 5 | PaymentOne adequate protection payments | 0 | (579,915) | (994,664) | (433,265) | (495,421) | (491,859) | (605,991) | (302,896) | (239,812) | 0 | 0 | 0 | 0 | 0 | 0 | (4,142,044) |
| 6 | Florida receiver blocked account transfer (5) | 0 | (1,762,763) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,762,763) |
| 6a | Additional legal costs in Florida action (6) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (50,000) | (50,000) |
| 7 | POL adequate protection payment | 0 | 0 | (132,530) | 0 | 0 | 0 | (63,722) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (196,252) |
| 8 | PCS blocked account transfer | 0 | (56,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (56,000) |
| 9 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | (732,480) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (732,480) |
| 10 | Bank fees | (340) | (231) | 51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (420) |
| 11 | Transfers (TO) FROM operating account | 0 | (119,787) | (164) | (99,347) | 219,114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (800,000) | 0 | (800,184) |
| 12 | TBR service fees earned | 0 | 0 | 0 | 0 | (620,460) | (43,082) | (57,624) | (83,354) | (66,038) | (53,568) | (55,637) | (49,947) | (51,665) | (51,565) | (51,565) | (1,054,729) |
| 13 | Net PRE-PETITION settlement cash flow | 1,392,890 | (1,408,342) | (753,299) | 1,270,076 | 1,123,034 | 241,885 | (401,291) | 2,549,236 | 115,690 | 21,010 | (55,637) | (291,197) | (51,665) | (851,565) | (50,000) | 2,852,439 |
| 14 | Beginning PRE-PETITION settlement cash balance | 1,978,736 | 3,371,626 | 1,965,284 | 1,211,995 | 2,482,071 | 3,605,105 | 3,847,090 | 3,445,799 | 5,995,035 | 6,110,128 | 6,131,138 | 6,075,501 | 5,784,305 | 5,732,740 | 4,881,175 | 1,978,736 |
| 15 | Net PRE-PETITION settlement cash flow | 1,392,890 | (1,406,342) | (753,289) | 1,270,076 | 1,123,034 | 241,985 | (401,291) | 2,549,236 | 115,093 | 21,010 | (55,637) | (291,197) | (51,565) | (851,565) | (50,000) | 2,852,439 |
| 16 | Ending PRE-PETITION settlement cash balance | 3,371,626 | 1,965,284 | 1,211,995 | 2,482,071 | 3,605,105 | 3,847,090 | 3,445,799 | 5,995,035 | 6,110,128 | 6,131,138 | 6,075,501 | 5,784,305 | 5,732,740 | 4,881,175 | 4,831,175 | 4,831,175 |
| | **Cash Flows from Client Settlement Activities - UNKNOWN PERIOD (PRE OR POST)** | | | | | | | | | | | | | | | | |
| 17 | CIC 402 cash payments from LEC for UNKNOWN PERIOD (8) | 0 | 0 | 0 | 0 | 0 | 0 | 1,696,911 | 3,069,918 | 1,659,272 | 696,812 | 0 | 0 | 0 | 0 | 0 | 7,081,113 |
| 18 | Less: (withheld) released LEC payments | 0 | 0 | 0 | 0 | 0 | 0 | (1,103,534) | 963,296 | (19,860) | (16,429) | 0 | 0 | 0 | 0 | 0 | (176,226) |
| 19 | Reclassifications to PRE and/or POST PETITION | 0 | 0 | 0 | 0 | 0 | 0 | (454,733) | (3,828,182) | (1,442,376) | (457,197) | 0 | 0 | 0 | 0 | 0 | (6,182,470) |
| 20 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 204,152 | 197,324 | 183,197 | 0 | 0 | 0 | 0 | 0 | 722,417 |
| 21 | Beginning UNKNOWN PERIOD settlement cash balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 341,896 | 539,230 | 722,417 | 722,417 | 722,417 | 722,417 | 722,417 | 0 |
| 22 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 204,152 | 197,334 | 183,197 | 0 | 0 | 0 | 0 | 0 | 722,417 |
| 23 | Ending UNKNOWN PERIOD settlement cash balance | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 341,896 | 539,230 | 722,417 | 722,417 | 722,417 | 722,417 | 722,417 | 722,417 | 722,417 |
| | **Cash Flows from Client Settlement Activities - POST-PETITION** | | | | | | | | | | | | | | | | |
| 24 | Gross CIC 402 pipeline submitted to LECs post-petition | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,379,227 | 976,953 | 1,379,227 | 1,069,015 | 1,748,272 | 6,572,694 |
| 25 | Less: LEC Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Less: Verizon reserve increases related to bankruptcy (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (241,250) | 0 | 0 | (241,250) |
| 27 | Less: LEC Holdback | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (83,443) | (59,106) | (83,443) | (65,885) | (105,770) | (397,648) |
| 28 | Less: LEC fees (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (115,855) | (82,064) | (115,855) | (91,477) | (146,855) | (552,106) |
| 29 | Less: Post-petition LEC Dilution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (408,886) | (289,628) | (408,886) | (322,850) | (518,294) | (1,948,544) |
| 30 | Less: Pre-petition LEC dilution applied against post-petition traffic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (125,000) |
| 31 | Add: Taxes from LECs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,377 | 29,309 | 41,377 | 32,670 | 52,448 | 197,181 |
| 32 | Less: Taxes from LECs transferred to restricted cash | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (41,377) | (29,309) | (41,377) | (32,670) | (52,448) | (197,181) |
| 33 | Add: Transfers in from UNKNOWN PERIOD, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,079,533 |
| 34 | Net CIC 402 cash received from LEC for post-petition pipeline settlements | 0 | 0 | 0 | 0 | 0 | 80,323 | 51,828 | 1,557,898 | 1,087,465 | 382,619 | 746,043 | 521,155 | 504,793 | 563,802 | 952,353 | 6,387,679 |
| 35 | TBR service fees earned | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (131,491) | (137,925) | (181,756) | (43,830) | (889,895) |
| 36 | Pre-payment of post-petition pipeline: TBR base | 0 | 0 | 0 | 0 | 0 | (633,036) | (309,583) | (305,163) | (394,893) | (294,874) | (471,398) | (312,322) | (343,244) | (338,019) | (263,202) | (5,002,146) |
| 37 | Pre-payment of remaining portion of post-petition pipeline: PaymentOne | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (225,834) | 0 | 0 | 0 | 0 | 0 | 0 | (241,250) |
| 38 | 60-day Settlement of remaining portion of post-petition pipeline: TBR base | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (59,106) | (83,443) | (238,289) | (225,384) | (1,038,303) |
| 39 | 60-day Settlement of remaining portion of post-petition pipeline: PaymentOne | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (460,099) | (84,532) | 0 | (361,933) | (1,929,452) |
| 40 | Final settlement of PaymentOne billings NOT prepaid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,004,556) | (273,959) | (288,955) | 0 | (125,000) |
| 41 | Final settlement with clients (90 days) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (25,000) | (25,000) | (50,000) |
| 42 | Net POST-PETITION settlement cash flow | 0 | 0 | 0 | 0 | 0 | (553,316) | (338,066) | 1,172,730 | (2,296,735) | (727,067) | 324,645 | (1,387,312) | (334,868) | (488,216) | (361,933) | (2,492,968) |
| 43 | Beginning POST-PETITION settlement cash balance | 0 | 0 | 0 | 0 | 0 | 0 | (395,659) | (1,448,675) | (2,266,735) | (1,114,005) | (727,067) | (639,322) | (1,701,989) | (2,036,857) | (2,525,072) | 0 |
| 44 | Net POST-PETITION settlement cash flow | 0 | 0 | 0 | 0 | 0 | (395,659) | (553,016) | 1,172,730 | (1,114,005) | 385,935 | 87,745 | 324,645 | (314,678) | (1,387,312) | (488,215) | 33,004 |
| 45 | Ending POST-PETITION settlement cash balance | 0 | 0 | 0 | 0 | 0 | (895,659) | (1,448,675) | (2,266,735) | (1,114,005) | (727,067) | (639,322) | (314,678) | (1,701,989) | (2,036,857) | (2,492,968) | (2,492,968) |

Case 5:07-cv-05758-JW    Document 25-2    Filed 12/06/2007    Page 5 of 6

The Billing Resource dba Integretel  
Weekly Operating Cash Budget  
For the Period Ending December 28, 2007

**DEBTOR'S BUDGET**  
11-29-07 Revised Version  
84%

| Week Ending | | Actual 1 9/21/07 | Actual 2 9/28/07 | Actual 3 10/5/07 | Actual 4 10/12/07 | Actual 5 10/19/07 | Actual 6 10/26/07 | Actual 7 11/2/07 | Actual 8 11/9/07 | Actual 9 11/16/07 | Actual 10 11/23/07 | 11 11/30/07 | 12 12/7/07 | 13 12/14/07 | 14 12/21/07 | 15 12/28/07 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | Ending POST-PETITION + UNKNOWN + PRE-PETITION cash balance | 3,571,676 | 1,965,264 | 1,211,995 | 2,492,871 | 2,759,446 | 2,398,415 | 1,296,800 | 5,222,926 | 5,922,292 | 6,214,733 | 6,481,241 | 4,804,732 | 4,418,300 | 3,078,519 | 3,061,523 | 3,061,523 |
| 47 | Collected and unremitted funds | | | | | | 60,023 | 269,295 | 2,601,346 | 5,236,144 | 3,601,950 | 4,467,970 | 4,937,597 | 3,884,491 | 3,460,029 | 4,030,563 | 1,746,071 |
| 48 | Obligation to customers for collected & unremitted funds | | | | | | 56,216 | 186,814 | 1,491,628 | 2,632,939 | 2,623,346 | 3,082,899 | 3,406,942 | 2,680,299 | 2,387,972 | 2,781,068 | 198,554 |
| 49 | Funds held in excess (deficit) of customer obligations | | | | 2,460,871 | 2,709,446 | 2,343,199 | 1,110,596 | 3,621,298 | 3,603,352 | 3,590,988 | 3,400,342 | 1,387,791 | 1,738,091 | 690,547 | 280,435 | 251,643 |
| | | | | | | | | | | | | | | | | | 800,184 |
| | Cash Flows from Operating Activities | | | | | | | | | | | | | | | | 30,366 |
| 50 | TBR service fees earned (PhoneBill + Inquiry) | 0 | 0 | 0 | 0 | 493,534 | 40,862 | 67,624 | 83,354 | 341,493 | 53,568 | 59,637 | 181,438 | 151,293 | 233,321 | 43,830 | 3,026,817 |
| 51 | Other TBR service fees earned | 0 | 0 | 0 | 0 | 28,946 | 0 | 0 | 0 | 133,436 | 0 | 0 | 0 | 38,200 | 0 | 0 | |
| 52 | Intercompany inflows (3) | 0 | 0 | 0 | 0 | 83,978 | 0 | 99,382 | 0 | 0 | 0 | 22 | 77,665 | 0 | 0 | 0 | |
| 53 | Transfers FROM (TO) wire in account | 11,367 | 119,767 | 184 | 99,347 | (219,114) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 800,000 | 0 | |
| 54 | Miscellaneous inflows | 0 | 0 | 1,248 | 2,135 | 8,471 | 0 | 415 | 2,816 | 409 | 5,594 | 0 | 0 | 0 | 0 | 0 | |
| 55 | Total Inflows | 11,367 | 119,767 | 1,432 | 101,382 | 301,811 | 40,862 | 166,022 | 86,170 | 475,338 | 59,162 | 55,659 | 259,103 | 189,490 | 1,033,321 | 43,830 | |
| 56 | Court approved pre-petition costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (27,195) | 0 | 0 | (27,195) |
| 57 | Payroll | 0 | (112,590) | 0 | (99,347) | 0 | (84,441) | 0 | (90,046) | (750) | (86,449) | 0 | (93,000) | 0 | (93,000) | 0 | (659,223) |
| 58 | Employee benefits | 0 | 0 | (12,267) | (36,247) | (7,362) | 15,197 | 0 | (7,078) | (1,881) | (5,426) | (33,400) | 0 | 0 | 0 | (33,400) | (161,312) |
| 59 | Direct costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (99,989) | 0 | 0 | (6,422) | (93,400) | 0 | 0 | 0 | (210,131) |
| 60 | Occupancy | 0 | (2,255) | 0 | 0 | 0 | 0 | (23,245) | 0 | (6,050) | 0 | (80,410) | 0 | 0 | (8,400) | (36,924) | (146,886) |
| 61 | Intercompany G&A outflows | 0 | 0 | 0 | 0 | (12,893) | 0 | (27,230) | 0 | 0 | 0 | 0 | (25,631) | 0 | 0 | 0 | (65,014) |
| 62 | Intercompany revenue transfer (10) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (41,743) | 0 | (74,143) | 0 | 0 | 0 | 0 | (74,143) |
| 63 | Other G&A outflows | (209) | (531) | (361) | (1,995) | (5,894) | (16,314) | (637) | (27,694) | 0 | (2) | (50,000) | (25,000) | 0 | (50,000) | (50,000) | (220,020) |
| 64 | Total outflows | (209) | (115,523) | (12,923) | (136,669) | (25,449) | (105,552) | (76,268) | (224,537) | (41,705) | (50,368) | (248,375) | (237,031) | (27,195) | (101,400) | (120,324) | (1,563,928) |
| 65 | Net operating cash flow | 11,157 | 6,245 | (11,493) | (35,307) | 366,362 | (65,578) | 87,786 | (138,367) | 424,931 | (31,355) | (190,716) | 22,071 | 162,296 | 931,921 | (76,494) | 1,462,899 |
| 66 | U.S. Trustee fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | 0 | (9,750) | 0 | 0 | 0 | (10,000) |
| 67 | Bankruptcy costs (1) (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (800,000) | 0 | (850,000) |
| 68 | Total bankruptcy costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | 0 | (9,750) | 0 | (800,000) | 0 | (810,000) |
| 69 | Beginning operating cash balance | 184,190 | 195,347 | 201,693 | 190,102 | 154,795 | 521,157 | 455,587 | 543,373 | 404,756 | 829,687 | 797,752 | 607,035 | 619,356 | 781,652 | 913,573 | 184,190 |
| 70 | Net operating cash flow (including bk costs) | 11,157 | 6,246 | (11,491) | (35,307) | 366,362 | (65,578) | 87,786 | (138,617) | 424,931 | (31,935) | (190,716) | 12,321 | 162,296 | 131,921 | (76,494) | 652,889 |
| 71 | Ending operating cash balance | 195,347 | 201,693 | 190,102 | 154,795 | 521,157 | 455,587 | 543,373 | 404,756 | 829,687 | 797,752 | 607,035 | 619,356 | 781,652 | 913,573 | 837,079 | 837,079 |
| 72 | Ending total cash balance (excluding restricted cash) | 3,566,973 | 2,166,677 | 1,402,097 | 2,636,966 | 3,230,603 | 2,854,002 | 1,840,182 | 5,627,682 | 6,751,978 | 7,011,846 | 7,090,276 | 5,424,089 | 5,199,952 | 3,992,592 | 3,898,602 | 3,898,602 |
| | Restricted cash flows | | | | | | | | | | | | | | | | |
| 73 | Beginning restricted cash balance | 0 | 0 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 2,551,243 | 2,551,243 | 2,551,243 | 2,317,620 | 2,346,928 | 2,113,305 | 2,145,976 | 0 |
| 74 | Florida receiver blocked account transfer (3) | 0 | 1,762,763 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,762,763 |
| 75 | PCS blocked account transfer | 0 | 56,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56,000 |
| 76 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 77 | Taxes from LECs transferred to restricted cash (post-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 732,480 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 732,480 |
| 78 | Payments to taxing authorities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,377 | 29,309 | 41,377 | 32,670 | 52,449 | 197,181 |
| 79 | Net restricted cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (275,000) | 0 | (275,000) | 0 | 0 | (550,000) |
| 80 | Ending restricted cash balance | 0 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 2,551,243 | 2,551,243 | 2,551,243 | 2,317,620 | 2,346,928 | 2,113,305 | 2,145,976 | 2,198,424 |
| | | | | | | | | | | | | | | | | 2,198,424 | |
| 81 | Ending total cash balance (including restricted cash) | 3,566,973 | 3,985,640 | 3,220,860 | 4,455,629 | 5,049,366 | 4,672,765 | 4,091,425 | 8,178,925 | 9,303,221 | 9,563,228 | 9,407,896 | 7,771,017 | 7,313,257 | 6,138,068 | 6,097,026 | 6,097,026 |

SEE NOTES ON SEPARATE PAGE.

The Billing Resource dba Integretel
Weekly Operating Cash Budget
For the Period Ending December 28, 2007

**DEBTOR'S BUDGET**
11-29-07 Revised Version

84%

| Week Ending | Actual 1 9/21/07 | Actual 2 9/28/07 | Actual 3 10/5/07 | Actual 4 10/12/07 | Actual 5 10/19/07 | Actual 6 10/26/07 | Actual 7 11/2/07 | Actual 8 11/9/07 | Actual 9 11/16/07 | Actual 10 11/23/07 | 11 11/30/07 | 12 12/7/07 | 13 12/14/07 | 14 12/21/07 | 15 12/28/07 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**NOTES:**

(1) Assumes counsel paid through retainers previously established through October 5, 2007.

(2) Assumes LEC costs netted from PAR and recovered from customer through settlement process, but inflows and outflows related to process not reflected on this schedule.

(3) Consistent w/ prior months, P1 and ICS invoiced for services performed by accounting, finance, treasury, human resources, facilities, and settlement personnel on TBR's payroll.

(4) Per the Verizon stipulation, approximately $241,250 of the withheld payments will be retained as "Additional Reserves". In addition, $723,750 will be retained as "Additional Reserves" from the September through November 2007 PARS (equates to $241,250 per PAR month). Initial $241,250 embedded in total amount of withheld payments on Line 2 pertaining to the August Verizon PARS.

(5) Updated budget assumes $1.7 MM will remain in blocked account. Prior budget assumed return of $1.7MM.

(6) Budget assumes fees for Debtor and Creditors Committee Insolvency Counsel and financial consultants to the Debtor. It also assumes the Debtor will obtain a preliminary injunction with respect to the Florida litigation.

(7) Per stipulation, Verizon released withheld payments totaling $1,330,642 in 11/2 and 11/9.

(8) LEC cash receipt includes a pre and post-petition amount. Further analysis required to determine correct classification. Once known, amounts will be transferred to appropriate bucket.

(9) Updated budget assumes additional legal fees in the Florida action.

(10) Customer Telco Billing validation revenue stream owned by PaymentOne. 10/06 to 8/07 revenue amount was $12.5k per month (contract minimum). 9/07 amount was $20.1k and 10/07 amount was $74.1k. The $74.1k for Oct included in the $394.9k TBR service fees earned the week ended 11/16/07.