UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80180-CIV-RYSKAMP/VITUNAC

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

NATIONWIDE CONNECTIONS, INC., ET AL.,

    Defendants.
_____/

## ORDER DENYING EMERGENCY MOTION OF THE BSG DEFENDANTS TO MODIFY THE SCHEDULING ORDER

THIS CAUSE comes before the Court pursuant to Emergency Motion of the BSG Defendants to Modify Scheduling Order, filed November 6, 2007 **[DE 667]**. The FTC responded on November 6, 2007 **[DE 669]**. BSG replied on November 6, 2007 **[DE 676]**. This motion is ripe for adjudication.

The BSG Defendants request that the Court amend its July 9, 2007 scheduling order as a result of the order entered by the United States Bankruptcy Court for the Northern District of California on Friday, November 2, 2007 enjoining all proceedings in this case as they relate to the Defendant Integretel until March 14, 2008.

The Court is unwilling to grant any motion that would result in a continuance of the trial date. Any number of scenarios could occur in the upcoming months that would make it unnecessary to continue the trial date. The FTC is appealing the injunction, which may result in the injunction being vacated long before the current trial date. Further, some or all of the parties may settle before the trial date. Finally, disposition of the FTC's summary judgment motion may

2

obviate the need for trial. Accordingly, the Court denies the motion to modify the scheduling order. It is hereby

ORDERED AND ADJUDGED that the Emergency Motion of the BSG Defendants to Modify Scheduling Order, filed November 6, 2007 **[DE 667]**, is DENIED.

DONE AND ORDERED at Chambers in West Palm Beach, Florida this 21st day of November, 2007.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE