WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>  Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>  Defendant-Appellant. | No. 5:07-CIV-5758-RMW<br><br>Date:  December 21, 2007<br>Time:  9:00 a.m.<br>Place:  280 S. First Street<br>    San Jose, CA<br>Judge: Hon. Ronald M. Whyte<br>Courtroom: 6 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2007, I served a copy of the following by the means indicated below:

1. Defendant-appellant Federal Trade Commission's Reply Memorandum in Support of its Combined Motions for Stay Pending Appeal and for Change of Venue Pursuant to 28 U.S.C. § 1412;

2. The Bankruptcy Court's Amended Order Granting Preliminary Injunction, entered on November 30, 2007;

3. The transcript of the Bankruptcy Court's November 21, 2007, hearing; and

4. The transcript of the Bankruptcy Court's November 27, 2007, hearing.

Through the Court's ECF System and by email:

Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld, Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California 94111
COUNSEL FOR INTEGRETEL

Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
COUNSEL FOR RECEIVER

Via e-mail:

John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California 94111-4500
COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

Kathryn S. Diemer, Esq.
Diemer, Whitman and Cardosi
75 E. Santa Clara Street

San Jose, CA 95113
COUNSEL FOR POL, INC.

Via Federal Express:

Sara Kistler, Acting U.S. Trustee
Office of the U.S. Trustee
U.S. Federal Bldg.
280 South 1st Street, #268
San Jose, California 95113-3004
UNITED STATES TRUSTEE

_____
John Andrew Singer

3