**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
———————
www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                           408.535.5364

December 6, 2007

**CASE NUMBER:  CV 07-05758 RMW**
**CASE TITLE:  THE BILLING RESOURCE-v-FEDERAL TRADE COMMISSION, ET AL.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/06/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                              Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                       Entered in Computer 12/06/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA