UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BILLING RESOURCE, <br><br>          Plaintiff, <br><br>   v. <br><br> FEDERAL TRADE COMMISSION, ET AL. et al, <br><br>          Defendant.                              / | Case Number: CV07-05758 JW <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 7, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven Joel Schwartz
Danning Gill Diamond and Kollitz LLP
2029 Century Park E
3rd Floor
Los Angeles, CA 90067-2904

Dated: December 7, 2007

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk