WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3234
Facsimile: (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE BILLING RESOURCE d/b/a INTEGRETEL, )
)
    Debtor-Plaintiff-Appellee, )    No. 07-CIV-5758-JW
)
v. )    Date: January 4, 2008
)    Time: 9:00 a.m.
FEDERAL TRADE COMMISSION et al., )    Place: 280 S. First Street
)        San Jose, CA
    Defendant-Appellant. )    Judge: Hon. James Ware
)    Courtroom: 8 - 4th Floor
)

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of December, 2007, I served a copy of the following by the means indicated below:

1. The transcript of the Bankruptcy Court's November 26, 2007, hearing.

Through the Court's ECF System and by email:

>Michael H. Ahrens, Esquire
>Jeffrey K. Rehfeld, Esquire
>Steven B. Sacks, Esquire
>Sheppard, Mullin, Richter and Hampton
>4 Embarcadero Center, 17th Floor
>San Francisco, California 94111
>COUNSEL FOR INTEGRETEL

>Howard Kollitz, Esquire
>Walter K. Oetzell, Esquire
>Steven J. Schwartz, Esquire
>Danning, Gill, Diamond & Kollitz, LLP
>2029 Century Park East, Third Floor
>Los Angeles, California 90067-2904
>COUNSEL FOR RECEIVER

Via e-mail:

>John D. Fiero, Esquire
>Pachulski, Stang, Ziehl, Young and Jones
>150 California St. 15th Fl.
>San Francisco, California 94111-4500
>COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

>Kathryn S. Diemer, Esq.
>Diemer, Whitman and Cardosi
>75 E. Santa Clara Street
>San Jose, CA 95113
>COUNSEL FOR POL, INC.

| | |
|---|---|
| 1 | |
| 2 | Via Federal Express: |
| 3 | Sara Kistler, Acting U.S. Trustee |
| 4 | Office of the U.S. Trustee<br>U.S. Federal Bldg. |
| 5 | 280 South 1st Street, #268<br>San Jose, California 95113-3004 |
| 6 | UNITED STATES TRUSTEE |

_____
John Andrew Singer