WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, <br><br> Debtor-Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL TRADE COMMISSION et al., <br><br> Defendant-Appellant. | No. 5:07-CIV-5758-JW <br><br> Date:  NO HEARING SET <br><br> Judge: Hon. James Ware |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**FEDERAL TRADE COMMISSION'S APPLICATION FOR ACCELERATED
CONSIDERATION OF ITS MOTION FOR STAY PENDING APPEAL
OF THE BANKRUPTCY COURT'S NOVEMBER 7, 2007, PRELIMINARY INJUNCTION**

Defendant-appellant the Federal Trade Commission ("Commission") hereby applies for

Accelerated Consideration of Its Motion for Stay Pending Appeal of the Bankruptcy Court's November 7, 2007, Preliminary Injunction. As explained below, debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") is a defendant in a Commission law enforcement action set to go to trial on February 25, 2008. The November 7 preliminary injunction enjoins the Commission from prosecuting its case against Integretel and, therefore, unless this Court considers and grants the stay motion sufficiently far in advance of the trial date, the trial will proceed without Integretel's participation. This motion is fully briefed and, prior to Judge Whyte's recusal, was set for a hearing on December 21, 2007. Judge Whyte also stated that he intended to resolve the Commission's stay motion by no later than December 28, 2007. In support of this application, the Commission states the following:

    1.    This matter involves appeals from an adversary proceeding brought by Integretel as part of its bankruptcy. The adversary proceeding and Integretel's bankruptcy are directly related to a civil law enforcement action, *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Enforcement Action" before the "Florida District Court"), brought by the Commission against Integretel and other defendants in which the Commission alleges that the defendants violated 15 U.S.C. § 45(a) by deceptively and unfairly "cramming" millions of dollars of charges for collect calls that were never made on to consumers' telephone bills. (D.E. 3, Att. 6). Trial in the Enforcement Action is set for February 25, 2008.

    2.    On November 7, 2007, the bankruptcy court issued a preliminary injunction pursuant to 11 U.S.C. § 105(a), enjoining the Commission from prosecuting the Enforcement Action against Integretel through March 14, 2008. (D.E. 3, Att. 26). Absent the stay sought by the Commission, this injunction removes Integretel from the February 25, 2008 trial. The Florida District Court, in a November 23, 2007, order denying a motion to extend the trial date made by some of the other 13 remaining defendants in the Enforcement Action, made clear that the trial is going forward with or

1

without Integretel's participation.  (D.E. 25, Att. 2).

3. While this matter was still pending before Judge Whyte, the Commission filed its motion for a stay pending appeal of the November 7 preliminary injunction on November 15, 2007. (D.E. 3).  The motion is fully briefed and ready for judicial resolution, as is a motion to change venue that was briefed along with the stay motion.  (D.E. 5, 18 and 25).  Recognizing the need for an expeditious decision on the Commission's stay motion given the February 25 trial date, in a November 15, 2007, order Judge Whyte calendared a hearing on the stay and venue motions for December 21, 2007, and indicated that he would endeavor to provide a decision on these motions within one week of the hearing date unless he could do so earlier based on the parties' papers.  (D.E. 10).

4. On December 6, 2007, Judge Whyte recused himself and vacated the December 21 hearing date.  (D.E. 27).  A prompt resolution of the Commission's stay motion remains necessary so that, if the motion is granted, Integretel has adequate time to prepare its defense and the Commission can prepare its case based on whether or not Integretel will be participating in the trial.

5. This Court's webpage indicates that the earliest available date for civil motions to be heard is February 11, 2008.  Given the February 25 trial date in the Enforcement Action, deferring consideration of the Commission's motion until then effectively will be a denial of the Commission's stay motion.  The Commission, therefore, respectively requests that this Court accelerate the consideration of this stay motion.  Since the motion is fully briefed, the Commission is willing to have this process accelerated by having the motion decided on the papers without a hearing.  But, if the Court determines that oral argument will be helpful in resolving this motion, the Commission requests that the hearing be set as soon as is practicable.  Counsel for the Commission is available for argument at the Court's convenience.

6. Counsel for the Commission has been in communication with counsel for Integretel

concerning this situation.  The Commission's understanding is that Integretel requests a hearing on the stay motion and that a February 11, 2008, hearing date is acceptable to Integretel.

For the reasons set out above, the Commission's Application for Accelerated Consideration of Its Motion for Stay Pending Appeal of the Bankruptcy Court's November 7, 2007, Preliminary Injunction  should be granted.

          WILLIAM BLUMENTHAL
          General Counsel

          JOHN F. DALY
          Deputy General Counsel - Litigation


          _____/S/_____
          JOHN ANDREW SINGER
          Attorney - Office of the General Counsel
          Federal Trade Commission
          600 Pennsylvania Ave., NW
          Washington, DC  20580
          Telephone:  (202) 326-3234
          Facsimile:   (202) 326-2447
          Email: jsinger@ftc.gov

          MICHAEL MORA
          JULIE MACK
          Attorneys - Division of Enforcement
          Bureau of Consumer Protection

          ATTORNEYS FOR FEDERAL
          TRADE COMMISSION