WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____
                                            )
THE BILLING RESOURCE d/b/a INTEGRETEL,      )
                                            )    No. 5: 07-CIV-5758-JW
               Debtor-Plaintiff-Appellee,   )
                                            )    Date:   NO HEARING SET
       v.                                   )
                                            )    Judge: Hon. James Ware
FEDERAL TRADE COMMISSION et al.,            )
                                            )
               Defendant-Appellant.         )
_____)

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of December, 2007, I served a copy of the following by the means indicated below:

1. The Federal Trade Commission's January 13, 2008, Application for Accelerated Consideration of Its Motion for Stay Pending Appeal of the Bankruptcy Court's November 7, 2007, Preliminary Injunction

Through the Court's ECF System and by email:

    Michael H. Ahrens, Esquire
    Jeffrey K. Rehfeld , Esquire
    Steven B. Sacks, Esquire
    Sheppard, Mullin, Richter and Hampton
    4 Embarcadero Center, 17th Floor
    San Francisco, California  94111
    COUNSEL FOR INTEGRETEL

    Howard Kollitz, Esquire
    Walter K. Oetzell, Esquire
    Steven J. Schwartz, Esquire
    Danning, Gill, Diamond & Kollitz, LLP
    2029 Century Park East, Third Floor
    Los Angeles, California  90067-2904
    COUNSEL FOR RECEIVER

Via e-mail:

    John D. Fiero, Esquire
    Pachulski, Stang, Ziehl, Young and Jones
    150 California St. 15th Fl.
    San Francisco, California  94111-4500
    COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

    Kathryn S. Diemer, Esq.
    Diemer, Whitman and Cardosi
    75 E. Santa Clara Street
    San Jose, CA 95113
    COUNSEL FOR POL, INC.

| | |
|---|---|
| 1 | |
| 2 | Via Federal Express: |
| 3 | Sara Kistler, Acting U.S. Trustee |
| 4 | Office of the U.S. Trustee |
|   | U.S. Federal Bldg. |
| 5 | 280 South 1st Street, #268 |
|   | San Jose, California 95113-3004 |
| 6 | UNITED STATES TRUSTEE |

_____/S/_____
John Andrew Singer

3