# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-80180-Civ-Ryskamp/Vitunac

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

NATIONWIDE CONNECTIONS, INC., et al.,

Defendants.

**ORDER SUSPENDING PLAINTIFF'S SUMMARY JUDGMENT MOTION DEADLINE WITH REGARD TO DEFENDANT THE BILLING RESOURCE D/B/A INTEGRETEL**

THIS CAUSE came before the Court upon the unopposed motion [D.E. 664] of Plaintiff Federal Trade Commission for an Order suspending Plaintiff's deadline for filing its motion for summary judgment against Defendant The Billing Resource d/b/a Integretel. Upon due consideration of Plaintiff's motion, it is hereby **ORDERED** that the motion should be and is hereby **GRANTED**.

Any motion for summary judgment filed by Plaintiff against Defendant Integretel after November 6, 2007, shall be considered timely, notwithstanding the deadline imposed by the Amended Scheduling Order [D.E. 565], so long as the motion is filed within ten days of the vacatur or reversal of the preliminary injunction entered against the FTC by the U.S. Bankruptcy Court for the Northern District of California. *See Billing Resource v. FTC*, No. 07-05156 (Bankr. N.D. Cal.) (Memorandum Decision D.E. 41).

SO ORDERED. 11/16/07

KENNETH L. RYSKAMP
United States District Judge