WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3234
Facsimile: (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>Defendant-Appellant. | No. 07-CIV-5758-JW<br><br>Date: NO HEARING DATE<br><br>Judge: Hon. James Ware |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of December, 2007, I served a copy of the following by the means indicated below:

Federal Trade Commission's Reply Regarding its Application for Accelerated Consideration of its Motion for Stay Pending Appeal of the Bankruptcy Court's November 7, 2007, Preliminary Injunction

Through the Court's ECF System and by email:

Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California 94111
COUNSEL FOR INTEGRETEL

Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
COUNSEL FOR RECEIVER

Via e-mail:

John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California 94111-4500
COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

Kathryn S. Diemer, Esq.
Diemer, Whitman and Cardosi
75 E. Santa Clara Street
San Jose, CA 95113
COUNSEL FOR POL, INC.

Via Federal Express:

Sara Kistler, Acting U.S. Trustee
Office of the U.S. Trustee
U.S. Federal Bldg.
280 South 1st Street, #268
San Jose, California 95113-3004
UNITED STATES TRUSTEE

/S/
John Andrew Singer