# IGTX 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80180-Civ-RYSKAMP/VITUNAC

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.

NATIONWIDE CONNECTIONS, INC.,
*et al.*,

    Defendants.
_____/

### ORDER GRANTING JOINT MOTION OF THE RECEIVER AND DEFENDANT THE BILLING RESOURCE D/B/A INTEGRETEL FOR THREE-WEEK STAY OF OMNIBUS ORDER

THIS CAUSE comes before the Court on the joint motion [DE 639] of David R. Chase, not individually, but solely in his capacity as receiver ("the Receiver"), and defendant the Billing Resource d/b/a Integretel ("Integretel") to stay the Omnibus Order entered on September 14, 2007 [DE 610] for a period of three weeks, during which time the $1,762,762.56 in disputed funds (the "Disputed Funds") will be maintained in a segregated and blocked debtor-in-possession account under the control of the bankruptcy court ("the Blocked Account") and will not be withdrawn from that account except by prior, written order of that court. The Court being fully advised, it is

ORDERED AND ADJUDGED that in light of Integretel's placement of $1,762,762.56 into a segregated, blocked account that is being supervised by the Bankruptcy Court, without waiver or prejudice to any party's claims, and in light of Integretel's agreement that it cannot and will not remove any portion of such funds absent prior, written order from the Bankruptcy Court, the Omnibus Order dated September 13, 2007 and entered September 14, 2007 [DE 610] is here-

by stayed through October 17, 2007 insofar as it relates to Integretel only, as are all proceedings to enforce the Omnibus Order vis-à-vis Integretel only (including but not limited to the issuance of a contempt order and/or the payment deadline established in the Court's "Order Conditionally Granting Integretel's Emergency Motion for Stay Pending Appeal" [DE 631]).

ORDERED AND ADJUDGED that the temporary stay of the Omnibus Order referred to above does not stay the continued litigation of the FTC's claims under the FTC Act, even as to Integretel, which is unaffected by this Order. Further, the temporary stay of the Omnibus Order referred to above has no effect on defendant BSG's obligation to comply with the Omnibus Order (including but not limited to the payment deadline).

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 16th day of October, 2007.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE