# IGTX 3

Document No. 319
Electronically Filed on 12/7/07

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
JEFFREY K. REHFELD, Cal. Bar No. 188128
ORI KATZ, Cal. Bar No. 209561
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947
Email:  mahrens@sheppardmullin.com
        ssacks@sheppardmullin.com
        jrehfeld@sheppardmullin.com
        okatz@sheppardmullin.com

Attorneys for The Billing Resource,
dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re

THE BILLING RESOURCE, dba
INTEGRETEL, a California corporation,

    Debtor.

Tax ID: 33-0289863

Case No. 07-52890 ASW

Chapter 11

**DECLARATION OF EVAN MEYER IN SUPPORT OF MOTION TO APPROVE USE OF CASH COLLATERAL ON A FURTHER INTERIM BASIS**

Date:   December 17, 2007
Time:   10:00 a.m.
Place:  United States Bankruptcy Court
        280 South First Street
        San Jose, California
Judge:  Hon. Arthur S. Weissbrodt
Courtroom: 3020

W02-WEST:FJR\400597402.2                                    DECLARATION OF EVAN MEYER

I, Evan Meyer, declare as follows:

1. I am over the age of 18 years and if called upon to testify could and would testify competently to the matters set forth herein based upon my own personal knowledge. I have a Bachelor's of Science degree from California State Polytechnic University, Pomona, and a Masters of Business Administration from the University of Washington. I am also a Certified Public Accountant. I was a senior member of the Corporate Finance, Recovery and Disputes group at Price Waterhouse LLP in San Francisco, California, from 1994 to 1998 where I assisted management of financially troubled companies to achieve financial and operational stability. In 1998, I became Director of Finance of the debtor The Billing Resource dba Integretel (the "Debtor") and later became Vice President of Finance of the Debtor. At the Debtor, I was responsible for all finance, treasury, legal, human resources, and administrative functions.

2. I have been the Chief Financial Officer of PaymentOne Corporation ("P1") since the formation of P1 in 2001. I am not an officer of the Debtor, but continue to provide financial services to them through a contract arrangement. P1 is a subsidiary of the Debtor, with the Debtor owning more than ninety-seven percent (97%) of P1's voting stock. Both P1 and the Debtor are in substantially the same business, performing collection services for customers.

3. This declaration is submitted in support of the Debtor's request for further interim use of cash collateral through and including January 4, 2008.

4. I have prepared a weekly operating cash budget for the Debtor for the period commencing on the filing of this bankruptcy case and ending on April 25, 2008 (the "Budget") reflecting the Debtor's latest results from previous weeks and projection for the next approximately four months. That Budget is attached hereto as Exhibit A. This Budget assumes that the Debtor continues to hold $1.76 million in a blocked debtor in possession account throughout this period pursuant to the Court's previous order.

5. The Budget indicates that the Debtor will be able to continue to operate during this period with no new infusion of cash. The Budget indicates that there will be significant cash at all times available for the Debtor, including in excess of $5.6 million in unrestricted cash as of April 25, 2008 as shown on line 72.

-1-

6. It is my professional opinion that the past results shown in the Budget are reasonably accurate, that the assumptions made in the Budget are reasonable, and that the Budget's projections of future financial results are also reasonable.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2007, at San Jose, California.

                                                  /s/ Evan Meyer
                                                  EVAN MEYER

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

**DEBTOR'S BUDGET**
12-06-07 Revised Version

| Week Ending | | Actual 1 9/21/07 | Actual 2 9/28/07 | Actual 3 10/5/07 | Actual 4 10/12/07 | Actual 5 10/19/07 | Actual 6 10/26/07 | Actual 7 11/2/07 | Actual 8 11/9/07 | Actual 9 11/16/07 | Actual 10 11/23/07 | Actual 11 11/30/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cash Flows from Client Settlement Activities - PRE-PETITION** | | | | | | | | | | | |
| 1 | CIC 402 cash payments from LEC for pre-petition pipeline | $ 1,424,692 | $ 1,641,451 | $ 950,770 | $ 3,236,391 | $ 1,174,215 | $ 828,796 | 403,205 | 2,270,264 | 434,913 | 74,578 | 0 |
| 2 | Less: (withheld) released LEC payments (7) | (31,562) | (531,016) | (576,712) | (1,433,703) | 745,606 | (53,976) | 665,321 | 665,321 | 0 | 0 | 0 |
| 3 | Less: Verizon reserve increase related to bankruptcy (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Net CIC 402 cash payments from LEC for pre-petition pipeline | 1,393,130 | 1,110,435 | 374,058 | 1,802,688 | 1,919,821 | 774,820 | 1,068,526 | 2,935,585 | 434,913 | 74,578 | 0 |
| 5 | PaymentOne adequate protection payments | 0 | (578,016) | (994,684) | (433,265) | (495,421) | (491,859) | (605,991) | (302,996) | (239,612) | 0 | 0 |
| 6 | Florida receiver blocked account transfer (5) | 0 | (1,762,763) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6a | Additional legal costs in Florida action (9) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | POL adequate protection payment | 0 | 0 | (132,530) | 0 | 0 | 0 | (63,722) | 0 | 0 | 0 | 0 |
| 8 | PCS blocked account transfer | 0 | (56,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | (732,480) | 0 | 0 | 0 | 0 |
| 10 | Bank fees | (240) | (231) | 51 | (99,347) | 219,114 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | Transfers (TO) FROM operating account | 0 | (119,757) | (184) | 0 | (520,480) | (40,982) | (67,624) | (83,354) | (80,008) | (53,568) | (55,637) |
| 12 | TBR service fees earned | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | Net PRE-PETITION settlement cash flow | 1,392,890 | (1,406,342) | (753,289) | 1,270,076 | 1,123,034 | 241,985 | (401,291) | 2,549,236 | 115,093 | 21,010 | (55,637) |
| 14 | Beginning PRE-PETITION settlement cash balance | 1,978,736 | 3,371,626 | 1,965,284 | 1,211,995 | 2,482,071 | 3,605,105 | 3,847,090 | 3,445,799 | 5,995,035 | 6,110,128 | 6,131,138 |
| 15 | Net PRE-PETITION settlement cash flow | 1,392,890 | (1,406,342) | (753,289) | 1,270,076 | 1,123,034 | 241,985 | (401,291) | 2,549,236 | 115,093 | 21,010 | (55,637) |
| 16 | Ending PRE-PETITION settlement cash balance | 3,371,626 | 1,965,284 | 1,211,995 | 2,482,071 | 3,605,105 | 3,847,090 | 3,445,799 | 5,995,035 | 6,110,128 | 6,131,138 | 6,075,501 |
| | **Cash Flows from Client Settlement Activities - UNKNOWN PERIOD (PRE OR POST)** | | | | | | | | | | | |
| 17 | CIC 402 cash payments from LEC for UNKNOWN PERIOD (8) | 0 | 0 | 0 | 0 | 0 | 0 | 1,696,011 | 3,069,018 | 1,659,272 | 656,812 | 1,046,157 |
| 18 | Less: (withheld) released LEC payments | 0 | 0 | 0 | 0 | 0 | 0 | (1,103,534) | 903,296 | (19,560) | (16,428) | 0 |
| 19 | Reclassifications to PRE and/or POST-PETITION | 0 | 0 | 0 | 0 | 0 | 0 | (454,733) | (3,828,162) | (1,442,378) | (457,197) | 0 |
| 20 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 204,152 | 197,334 | 183,187 | 1,046,157 |
| 21 | Beginning UNKNOWN PERIOD settlement cash balance | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 341,896 | 539,230 | 722,417 |
| 22 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 204,152 | 197,334 | 183,187 | 1,046,157 |
| 23 | Ending UNKNOWN PERIOD settlement cash balance | 0 | 0 | 0 | 0 | 0 | 0 | 137,744 | 341,896 | 539,230 | 722,417 | 1,768,574 |
| | **Cash Flows from Client Settlement Activities - POST-PETITION** | | | | | | | | | | | |
| 24 | Gross CIC 402 pipeline submitted to LECs post-petition | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 25 | Less: LEC Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Less: Verizon reserve increase related to bankruptcy (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27 | Less: LEC Holdback | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 28 | Less: LEC fees (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 29 | Less: Post-petition LEC Dilution | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 30 | Less: Pre-petition LEC dilution applied against post-petition traffic | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 31 | Add: Taxes from LECs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 32 | Less: Taxes from LECs transferred to restricted cash | 0 | 0 | 0 | 0 | 0 | 0 | 80,023 | 1,557,898 | 1,007,465 | 382,619 | 0 |
| 33 | Add: Transfers in from UNKNOWN PERIOD, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | Net CIC 402 cash received from LEC for post-petition pipeline settlements | 0 | 0 | 0 | 0 | 0 | 0 | 80,023 | 1,557,898 | 1,007,465 | 382,619 | 0 |
| 35 | TBR service fees earned | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 36 | Pre-payment of post-petition pipeline-TBR base | 0 | 0 | 0 | 0 | 0 | (633,039) | (889,588) | (385,168) | (394,893) | (294,874) | (421,398) |
| 37 | Pre-payment of post-petition pipeline-PaymentOne | 0 | 0 | 0 | 0 | (895,659) | 0 | 0 | 0 | (225,634) | 0 | 0 |
| 38 | 60-day Settlement of remaining portion of post-petition pipeline-TBR base | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 39 | 60-day Settlement of remaining portion of post-petition pipeline-PaymentOne | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 40 | 60-day Settlement of PaymentOne billings NOT prepaid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 41 | Final settlement with clients (90 days) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 42 | Net POST-PETITION settlement cash flow | 0 | 0 | 0 | 0 | (895,659) | (633,039) | (836,060) | 1,172,730 | 386,938 | 87,745 | (421,398) |
| 43 | Beginning POST-PETITION settlement cash balance | 0 | 0 | 0 | 0 | 0 | (895,659) | (1,448,675) | (2,286,735) | (1,114,005) | (727,067) | (639,322) |

**EXHIBIT A**

Page 1 of 7

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

DEBTOR'S BUDGET
12-06-07 Revised Version

| Week Ending | | Actual 1 9/21/07 | Actual 2 9/28/07 | Actual 3 10/5/07 | Actual 4 10/12/07 | Actual 5 10/19/07 | Actual 6 10/26/07 | Actual 7 11/2/07 | Actual 8 11/9/07 | Actual 9 11/16/07 | Actual 10 11/23/07 | Actual 11 11/30/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Net POST-PETITION settlement cash flow | 0 | 0 | 0 | 0 | (895,059) | (553,016) | (838,060) | 1,172,730 | 366,038 | 87,745 | (421,398) |
| 45 | Ending POST-PETITION settlement cash balance | 0 | 0 | 0 | 0 | (895,059) | (1,448,675) | (2,286,735) | (1,114,005) | (727,967) | (639,322) | (1,060,720) |
| 46 | Ending POST-PETITION + UNKNOWN + PRE-PETITION cash balance | 3,371,626 | 1,995,284 | 1,211,995 | 2,482,071 | 2,709,446 | 2,398,415 | 1,296,809 | 5,222,926 | 5,922,291 | 6,214,233 | 6,793,355 |
| 47 | Collected and unremitted funds | | | | 0 | 0 | 80,023 | 269,295 | 2,031,345 | 3,230,144 | 3,801,950 | 4,768,084 |
| 48 | Obligation to customers for collected & unremitted funds | | | | 0 | 0 | 52,815 | 177,735 | 1,340,688 | 2,135,855 | 2,509,287 | 3,146,935 |
| 49 | Funds held in excess (deficit) of customer obligations | | | | 2,482,071 | 2,709,446 | 2,345,600 | 1,119,074 | 3,892,239 | 3,786,436 | 3,704,946 | 3,636,420 |
| | **Cash Flows from Operating Activities** | | | | | | | | | | | |
| 50 | TBR service fees earned (PhoneBill + Inquiry) | 0 | 0 | 0 | 0 | 493,534 | 40,982 | 67,624 | 83,354 | 341,493 | 53,568 | 55,537 |
| 51 | Other TBR service fees earned | 0 | 0 | 0 | 0 | 26,946 | 0 | 0 | 0 | 133,408 | 0 | 0 |
| 52 | Intercompany Inflows (3) | 0 | 0 | 0 | 0 | 83,974 | 0 | 89,982 | 0 | 0 | 0 | 22 |
| 53 | Transfers FROM (TO) wire in account | 0 | 119,767 | 184 | 99,347 | (219,114) | 0 | 0 | 0 | 0 | 0 | 0 |
| 54 | Miscellaneous inflows | 11,357 | 0 | 1,248 | 2,035 | 6,471 | 0 | 416 | 2,816 | 429 | 2,962 | 19,848 |
| 55 | Total inflows | 11,357 | 119,767 | 1,432 | 101,382 | 391,811 | 40,982 | 158,022 | 86,170 | 475,330 | 56,530 | 75,507 |
| 56 | Court approved pre-petition costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57 | Payroll | 0 | (112,890) | 0 | (99,347) | 0 | (84,441) | 0 | (90,046) | 0 | (85,849) | (909) |
| 58 | Employee benefits | 0 | 0 | (12,287) | (36,247) | (7,362) | (5,197) | (19,064) | (7,078) | (750) | (5,426) | (2,389) |
| 59 | Direct costs | 0 | 0 | 0 | 0 | 0 | 0 | (23,245) | (90,909) | (1,861) | 0 | (8,422) |
| 60 | Occupancy (11) | 0 | 0 | (255) | 0 | 0 | 0 | (27,290) | 0 | (6,053) | 0 | (140,224) |
| 61 | Intercompany G&A outflows | 0 | 0 | 0 | 0 | (12,093) | 0 | 0 | 0 | 0 | 0 | 0 |
| 62 | Intercompany revenue transfer (10) | 0 | 0 | 0 | 0 | 0 | (19,914) | (637) | (27,504) | (41,745) | (22) | (74,143) |
| 63 | Other G&A outflows | (200) | (531) | (381) | (1,095) | (5,994) | (106,552) | (70,236) | (224,537) | (50,399) | (91,098) | (17,901) |
| 64 | Total outflows | (200) | (113,521) | (12,923) | (136,689) | (25,449) | | | | | | (243,989) |
| 65 | Net operating cash flow | 11,157 | 6,246 | (11,491) | (35,307) | 366,362 | (65,570) | 87,786 | (138,367) | 424,931 | (34,587) | (168,481) |
| 66 | U.S. Trustee fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | (3,500) |
| 67 | Bankruptcy costs (1) (6) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 68 | Total bankruptcy costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (250) | 0 | 0 | (3,500) |
| 69 | Beginning operating cash balance | 184,190 | 195,347 | 201,593 | 190,102 | 154,795 | 521,157 | 455,587 | 543,373 | 404,756 | 829,687 | 795,120 |
| 70 | Net operating cash flow (including bk costs) | 11,157 | 6,246 | (11,491) | (35,307) | 366,362 | (65,570) | 87,786 | (138,617) | 424,931 | (34,567) | (171,981) |
| 71 | Ending operating cash balance | 195,347 | 201,593 | 190,102 | 154,795 | 521,157 | 455,587 | 543,373 | 404,756 | 829,687 | 795,120 | 623,139 |
| 72 | Ending total cash balance (excluding restricted cash) | 3,566,973 | 2,166,877 | 1,402,097 | 2,636,866 | 3,230,603 | 2,854,002 | 1,840,182 | 5,627,682 | 6,751,978 | 7,009,353 | 7,406,494 |
| | **Restricted cash flows** | | | | | | | | | | | |
| 73 | Beginning restricted cash balance | 0 | 0 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 2,551,243 | 2,551,243 | 2,551,243 | 2,551,243 |
| 74 | Florida receiver blocked account transfer (5) | 0 | 1,762,763 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75 | PCS blocked account transfer | 0 | 56,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 76 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 732,480 | 0 | 0 | 0 | 0 |
| 77 | Taxes from LECs transferred to restricted cash (post-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 78 | Payments to taxing authorities | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 79 | Net restricted cash flow | 0 | 1,818,763 | 0 | 0 | 0 | 0 | 732,480 | 0 | 0 | 0 | 0 |
| 80 | Ending restricted cash balance | 0 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 1,818,763 | 2,551,243 | 2,551,243 | 2,551,243 | 2,551,243 | 2,551,243 |
| 81 | Ending total cash balance (including restricted cash) | 3,566,973 | 3,985,640 | 3,220,860 | 4,455,629 | 5,049,366 | 4,672,765 | 4,391,425 | 8,178,925 | 9,303,221 | 9,560,596 | 9,957,737 |

Page 2 of 7

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

| | | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | | 12/7/07 | 12/14/07 | 12/21/07 | 12/28/07 | 1/4/08 | 1/11/08 | 1/18/08 | 1/25/08 | 2/1/08 | 2/8/08 | 2/15/08 |
| | **Cash Flows from Client Settlement Activities - PRE-PETITION** | | | | | | | | | | | |
| 1 | CIC 402 cash payments from LEC for pre-petition pipeline | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | Less: (withheld) released LEC payments (7) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 3 | Less: Verizon reserve increase related to bankruptcy (4) | (241,250) | (241,250) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | Net CIC 402 cash payments from LEC for pre-petition pipeline | (241,250) | (241,250) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 5 | PaymentOne adequate protection payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6 | Florida receiver blocked account transfer (5) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 6a | Additional legal costs in Florida action (9) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | POL adequate protection payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | PCS blocked account transfer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | Bank fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | Transfers (TO) FROM operating account | 0 | 0 | (800,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 12 | TBR service fees earned | (49,947) | (51,565) | (51,565) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 13 | Net PRE-PETITION settlement cash flow | (49,947) | (292,815) | (851,565) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14 | Beginning PRE-PETITION settlement cash balance | 6,075,501 | 6,025,555 | 5,732,740 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 |
| 15 | Net PRE-PETITION settlement cash flow | (49,947) | (292,815) | (851,565) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 16 | Ending PRE-PETITION settlement cash balance | 6,025,555 | 5,732,740 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 |
| | **Cash Flows from Client Settlement Activities - UNKNOWN PERIOD (PRE OR POST)** | | | | | | | | | | | |
| 17 | CIC 402 cash payments from LEC for UNKNOWN PERIOD (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18 | Less: (withheld) released LEC payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | Reclassifications to PRE and/or POST-PETITION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 20 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | Beginning UNKNOWN PERIOD settlement cash balance | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 |
| 22 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 23 | Ending UNKNOWN PERIOD settlement cash balance | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 |
| | **Cash Flows from Client Settlement Activities - POST-PETITION** | | | | | | | | | | | |
| 24 | Gross CIC 402 pipeline submitted to LECs post-petition | 1,161,356 | 3,240,248 | 1,738,842 | 2,288,903 | 1,451,694 | 4,101,552 | 1,732,590 | 711,119 | 1,540,621 | 1,315,084 | 3,182,856 |
| 25 | Less: LEC Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Less: Verizon reserve increase related to bankruptcy (4) | 0 | (241,250) | 0 | 0 | 0 | (241,250) | 0 | 0 | 0 | 0 | 0 |
| 27 | Less: LEC Holdback | (70,262) | (196,035) | (105,200) | (137,289) | (87,828) | (248,144) | (104,822) | (43,023) | (93,208) | (79,563) | (192,563) |
| 28 | Less: LEC fees (2) | (87,554) | (272,181) | (146,063) | (190,588) | (121,942) | (344,530) | (145,538) | (59,734) | (129,412) | (110,467) | (267,360) |
| 29 | Less: Post-petition LEC Dilution | (278,099) | (775,911) | (416,384) | (543,313) | (347,623) | (982,160) | (414,869) | (170,285) | (368,918) | (314,911) | (762,168) |
| 30 | Less: Pre-petition LEC dilution applied against post-petition traffic | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (15,000) | (15,000) | (15,000) | (15,000) | (10,000) |
| 31 | Add: Taxes from LECs | 34,841 | 97,207 | 52,165 | 68,067 | 43,551 | 123,047 | 51,978 | 21,334 | 46,219 | 39,453 | 95,486 |
| 32 | Less: Taxes from LECs transferred to restricted cash | (34,841) | (97,207) | (52,165) | (68,067) | (43,551) | (123,047) | (51,978) | (21,334) | (46,219) | (39,453) | (95,486) |
| 33 | Add: Transfers in from UNKNOWN PERIOD, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 34 | Net CIC 402 cash received from LEC for post-petition pipeline settlements | 690,441 | 1,729,871 | 1,046,195 | 1,372,734 | 869,301 | 2,260,468 | 1,052,349 | 423,077 | 934,084 | 795,143 | 1,950,765 |
| 35 | TBR service fees earned | (131,491) | (275,851) | (43,830) | (43,830) | (43,830) | (43,830) | (275,851) | (43,830) | (43,830) | (43,830) | (350,851) |
| 36 | Pre-payment of post-petition pipeline-TBR base | (312,322) | (343,244) | (338,019) | (263,202) | (477,101) | (312,322) | (343,244) | (338,019) | (263,202) | (477,101) | (312,322) |
| 37 | Pre-payment of post-petition pipeline-PaymentOne | 0 | 0 | 0 | 0 | (783,982) | (180,966) | (218,045) | (102,613) | (136,979) | (144,478) | (180,966) |
| 38 | 60-day Settlement of remaining portion of post-petition pipeline-TBR base | (948,619) | (252,704) | (377,592) | (276,229) | (295,579) | (324,287) | (261,776) | (490,352) | (319,335) | (337,503) | (366,824) |
| 39 | 60-day Settlement of remaining portion of post-petition pipeline-PaymentOne | 0 | 0 | 0 | 0 | 0 | 0 | (414,889) | 0 | 0 | (314,911) | (762,168) |
| 40 | 60-day Settlement of PaymentOne billings NOT prepaid | (1,098,805) | (299,662) | (316,066) | (395,890) | (478,975) | (224,461) | (299,662) | (316,066) | (214,924) | (260,029) | (121,666) |
| 41 | Final settlement with clients (90 days) | 0 | 0 | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (25,000) | (15,000) |
| 42 | Net POST-PETITION settlement cash flow | (1,800,796) | 558,410 | (54,312) | 368,583 | (1,235,166) | 1,149,582 | (372,130) | (892,803) | (69,186) | (492,798) | 602,934 |
| 43 | Beginning POST-PETITION settlement cash balance | (1,060,720) | (2,861,516) | (2,303,107) | (2,357,419) | (1,988,836) | (3,224,001) | (2,074,419) | (2,446,549) | (3,339,352) | (3,408,540) | (3,901,337) |

Page 3 of 7

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

| Week Ending | | 12<br>12/7/07 | 13<br>12/14/07 | 14<br>12/21/07 | 15<br>12/28/07 | 16<br>1/4/08 | 17<br>1/11/08 | 18<br>1/18/08 | 19<br>1/25/08 | 20<br>2/1/08 | 21<br>2/8/08 | 22<br>2/15/08 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Net POST-PETITION settlement cash flow | (1,800,796) | 558,410 | (54,312) | 368,583 | (1,235,166) | 1,149,582 | (372,130) | (892,003) | (69,168) | (492,798) | 602,934 |
| 45 | Ending POST-PETITION settlement cash balance | (2,861,516) | (2,303,107) | (2,357,419) | (1,988,836) | (3,224,001) | (2,074,419) | (2,446,549) | (3,339,352) | (3,408,540) | (3,901,337) | (3,298,403) |
| 46 | Ending POST-PETITION + UNKNOWN + PRE-PETITION cash balance | 4,932,812 | 5,198,207 | 4,292,330 | 4,660,913 | 3,425,747 | 4,575,329 | 4,203,199 | 3,310,396 | 3,241,209 | 2,748,411 | 3,351,345 |
| 47 | Collected and unremitted funds | 5,406,997 | 5,578,970 | 5,617,700 | 6,607,815 | 7,477,116 | 9,047,143 | 8,360,621 | 7,746,503 | 7,307,853 | 7,233,695 | 6,923,992 |
| 48 | Obligation to customers for collected & unremitted funds | 3,568,618 | 3,682,120 | 3,707,682 | 4,361,158 | 4,934,896 | 5,971,114 | 5,523,950 | 5,112,692 | 4,823,183 | 4,774,239 | 4,569,835 |
| 49 | Funds held in excess (deficit) of customer obligations | 1,363,994 | 1,516,087 | 584,848 | 299,755 | (1,509,149) | (1,395,785) | (1,320,761) | (1,802,296) | (1,581,974) | (2,025,828) | (1,218,499) |
| | Cash Flows from Operating Activities | | | | | | | | | | | |
| 50 | TBR service fees earned (PhoneBill + Inquiry) | 181,438 | 289,216 | 95,395 | 43,830 | 43,830 | 43,830 | 237,651 | 43,830 | 43,830 | 43,830 | 312,651 |
| 51 | Other TBR service fees earned | 0 | 38,200 | 0 | 0 | 0 | 0 | 38,200 | 0 | 0 | 0 | 38,200 |
| 52 | Intercompany inflows (3) | 77,665 | 0 | 0 | 0 | 77,665 | 0 | 0 | 0 | 77,665 | 0 | 0 |
| 53 | Transfers FROM (TO) wire in account | 0 | 0 | 800,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 54 | Miscellaneous inflows | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 55 | Total Inflows | 259,103 | 327,416 | 895,395 | 43,830 | 121,495 | 43,830 | 275,851 | 43,830 | 121,495 | 43,830 | 350,851 |
| 56 | Court approved pre-petition costs | 0 | (27,195) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 57 | Payroll | (909) | 0 | (93,000) | 0 | (93,000) | 0 | (93,000) | 0 | (93,000) | 0 | (93,000) |
| 58 | Employee benefits | 0 | 0 | 0 | (33,400) | 0 | 0 | 0 | 0 | (33,400) | 0 | 0 |
| 59 | Direct costs | (93,400) | 0 | (8,400) | 0 | (93,400) | 0 | 0 | (8,400) | 0 | (93,400) | 0 |
| 60 | Occupancy (11) | (25,631) | 0 | 0 | (36,924) | (25,631) | 0 | 0 | 0 | (25,631) | 0 | 0 |
| 61 | Intercompany G&A outflows | 0 | 0 | 0 | 0 | 0 | (100,000) | 0 | 0 | (25,631) | 0 | 0 |
| 62 | Intercompany revenue transfer (10) | (58,000) | 0 | 0 | (50,000) | (25,000) | 0 | 0 | 0 | (50,000) | (25,000) | 0 |
| 63 | Other G&A outflows | 0 | 0 | 0 | 0 | 0 | 0 | (93,000) | 0 | 0 | (118,400) | (93,000) |
| 64 | Total outflows | (177,940) | (27,195) | (101,400) | (120,324) | (237,031) | (100,000) | (93,000) | (8,400) | (227,592) | (118,400) | (93,000) |
| 65 | Net operating cash flow | 81,162 | 300,221 | 793,995 | (76,494) | (115,536) | (56,170) | 182,851 | 35,430 | (106,097) | (74,570) | 257,851 |
| 66 | U.S. Trustee fees | (6,250) | 0 | 0 | 0 | 0 | 0 | (10,000) | 0 | 0 | 0 | 0 |
| 67 | Bankruptcy costs (1)(6) | 0 | 0 | (800,000) | 0 | 0 | 0 | (200,000) | 0 | 0 | (200,000) | (200,000) |
| 68 | Total bankruptcy costs | (6,250) | 0 | (800,000) | 0 | 0 | 0 | (210,000) | 0 | 0 | (200,000) | (200,000) |
| 69 | Beginning operating cash balance | 623,138 | 698,050 | 998,271 | 992,267 | 915,773 | 800,237 | 744,067 | 716,918 | 752,348 | 646,251 | 571,681 |
| 70 | Net operating cash flow (including bk costs) | 74,912 | 300,221 | (6,005) | (76,494) | (115,536) | (56,170) | (27,150) | 35,430 | (106,097) | (74,570) | 57,851 |
| 71 | Ending operating cash balance | 698,050 | 998,271 | 992,267 | 915,773 | 800,237 | 744,067 | 716,918 | 752,348 | 646,251 | 571,681 | 629,531 |
| 72 | Ending total cash balance (excluding restricted cash) | 5,630,663 | 6,196,478 | 5,284,597 | 5,576,686 | 4,225,984 | 5,319,396 | 4,920,117 | 4,062,744 | 3,887,459 | 3,320,092 | 3,980,877 |
| | Restricted cash flows | | | | | | | | | | | |
| 73 | Beginning restricted cash balance | 2,551,243 | 2,586,084 | 2,408,291 | 2,460,456 | 2,253,523 | 2,297,074 | 2,167,840 | 2,219,818 | 2,241,152 | 2,287,371 | 2,326,823 |
| 74 | Florida receiver blocked account transfer (5) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 75 | PCS blocked account transfer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 76 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 34,841 | 97,207 | 52,165 | 68,067 | 43,551 | 123,047 | 51,978 | 21,334 | 46,219 | 39,453 | 65,486 |
| 77 | Taxes from LECs transferred to restricted cash (post-petition submissions) | 0 | (275,000) | 0 | (275,000) | 0 | (252,280) | 0 | 0 | 0 | 0 | (239,909) |
| 78 | Payments to taxing authorities | 0 | (177,793) | 0 | (206,933) | 0 | (129,234) | 0 | 0 | 0 | 0 | (144,423) |
| 79 | Net restricted cash flow | 34,841 | (177,793) | 52,165 | (206,933) | 43,551 | (129,234) | 51,978 | 21,334 | 46,219 | 39,453 | (144,423) |
| 80 | Ending restricted cash balance | 2,586,084 | 2,408,291 | 2,460,456 | 2,253,523 | 2,297,074 | 2,167,840 | 2,219,818 | 2,241,152 | 2,287,371 | 2,326,823 | 2,182,400 |
| 81 | Ending total cash balance (including restricted cash) | 8,216,746 | 8,604,769 | 7,745,053 | 7,830,209 | 6,523,058 | 7,497,237 | 7,139,935 | 6,303,896 | 6,174,830 | 5,646,915 | 6,163,278 |

Page 4 of 7

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

| Week Ending | | 23<br>2/22/08 | 24<br>2/29/08 | 25<br>3/7/08 | 26<br>3/14/08 | 27<br>3/21/08 | 28<br>3/28/08 | 29<br>4/4/08 | 30<br>4/11/08 | 31<br>4/18/08 | 32<br>4/25/08 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Cash Flows from Client Settlement Activities - PRE-PETITION** | | | | | | | | | | | |
| 1 | CIC 402 cash payments from LEC for pre-petition pipeline | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | $12,439,275 |
| 2 | Less: (withheld) released LEC payments (7) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (550,715) |
| 3 | Less: Verizon reserve increase related to bankruptcy (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (241,250) |
| 4 | Net CIC 402 cash payments from LEC for pre-petition pipeline | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,647,310 |
| 5 | PaymentOne adequate protection payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (4,142,044) |
| 6 | Florida receiver blocked account transfer (5) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,762,763) |
| 6a | Additional legal costs in Florida action (9) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | POL adequate protection payment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (196,252) |
| 8 | PCS blocked account transfer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (56,000) |
| 9 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (732,480) |
| 10 | Bank fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (420) |
| 11 | Transfers (TO) FROM operating account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (800,184) |
| 12 | TBR service fees earned | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,054,729) |
| 13 | Net PRE-PETITION settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,902,439 |
| 14 | Beginning PRE-PETITION settlement cash balance | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 1,978,736 |
| 15 | Net PRE-PETITION settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,902,439 |
| 16 | Ending PRE-PETITION settlement cash balance | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 | 4,881,175 |
| | **Cash Flows from Client Settlement Activities - UNKNOWN PERIOD (PRE OR POST)** | | | | | | | | | | | |
| 17 | CIC 402 cash payments from LEC for UNKNOWN PERIOD (8) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,127,270 |
| 18 | Less: (withheld) released LEC payments | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (176,226) |
| 19 | Reclassifications to PRE and/or POST-PETITION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (6,182,470) |
| 20 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,768,574 |
| 21 | Beginning UNKNOWN PERIOD settlement cash balance | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 0 |
| 22 | Net UNKNOWN PERIOD settlement cash flow | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,768,574 |
| 23 | Ending UNKNOWN PERIOD settlement cash balance | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 | 1,768,574 |
| | **Cash Flows from Client Settlement Activities - POST-PETITION** | | | | | | | | | | | |
| 24 | Gross CIC 402 pipeline submitted to LECs post-petition | 1,668,289 | 1,883,740 | 1,161,356 | 3,305,838 | 1,738,842 | 2,268,903 | 1,451,694 | 4,101,552 | 2,014,809 | 1,969,529 | 44,009,433 |
| 25 | Less: LEC Reserve | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 26 | Less: Verizon reserve increase related to bankruptcy (4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (482,500) |
| 27 | Less: LEC Holdback | (100,931) | (113,967) | (70,282) | (209,003) | (105,200) | (137,289) | (87,829) | (248,144) | (121,896) | (110,157) | (2,662,571) |
| 28 | Less: LEC fees (2) | (140,136) | (158,235) | (97,554) | (277,690) | (146,063) | (190,588) | (121,942) | (344,530) | (169,241) | (165,440) | (3,696,792) |
| 29 | Less: Post-petition LEC Dilution | (399,489) | (451,083) | (278,099) | (791,818) | (416,384) | (543,313) | (347,623) | (982,160) | (482,467) | (471,624) | (10,538,521) |
| 30 | Less: Pre-petition LEC dilution applied against post-petition traffic | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (5,000) | (5,000) | (5,000) | (5,000) | (5,000) | (295,000) |
| 31 | Add: Taxes from LECs | 50,049 | 56,512 | 34,841 | 99,175 | 52,165 | 68,067 | 43,551 | 123,047 | 60,444 | 59,086 | 1,320,283 |
| 32 | Less: Taxes from LECs transferred to restricted cash | (50,049) | (56,512) | (34,841) | (99,175) | (52,165) | (68,067) | (43,551) | (123,047) | (60,444) | (59,086) | (1,320,283) |
| 33 | Add: Transfers in from UNKNOWN PERIOD, net | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3,079,533 |
| 34 | Net CIC 402 cash received from LEC for post-petition pipeline settlements | 1,017,732 | 1,150,463 | 705,441 | 2,026,527 | 1,061,195 | 1,392,734 | 889,301 | 2,521,718 | 1,236,202 | 1,208,308 | 29,413,582 |
| 35 | TBR service fees earned | (43,830) | (43,830) | (43,830) | (275,851) | (43,830) | (43,830) | (43,830) | (43,830) | (275,851) | (43,830) | (2,638,090) |
| 36 | Pre-payment of post-petition pipeline-TBR base | (343,244) | (338,019) | (263,202) | (477,101) | (312,322) | (343,244) | (338,019) | (263,202) | (477,101) | (312,322) | (10,993,232) |
| 37 | Pre-payment of post-petition pipeline-PaymentOne | (218,945) | (102,613) | (136,979) | (144,478) | (180,966) | (218,945) | (102,613) | (136,979) | (144,478) | (180,966) | (3,316,893) |
| 38 | 60-day Settlement of remaining portion of post-petition pipeline-TBR base | (293,446) | (434,650) | (319,336) | (337,503) | (366,824) | (293,448) | (434,650) | (319,336) | (337,503) | (368,824) | (7,754,325) |
| 39 | 60-day Settlement of remaining portion of post-petition pipeline-PaymentOne | (162,683) | (171,588) | (214,924) | (260,029) | (121,868) | (162,683) | (171,588) | (214,924) | (260,029) | (121,868) | (2,459,005) |
| 40 | 60-day Settlement of PaymentOne billings NOT prepaid | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (3,429,607) |
| 41 | Final settlement with clients (90 days) | (15,000) | (15,000) | (15,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (10,000) | (330,000) |
| 42 | Net POST-PETITION settlement cash flow | (59,419) | 44,763 | (287,830) | 521,566 | 25,385 | 320,583 | (211,399) | 1,533,447 | (268,760) | 172,497 | (1,507,570) |
| 43 | Beginning POST-PETITION settlement cash balance | (3,298,403) | (3,357,822) | (3,313,059) | (3,600,890) | (3,079,324) | (3,053,939) | (2,733,356) | (2,944,755) | (1,411,308) | (1,680,068) | 0 |

Page 5 of 7

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

| | Week Ending | 23<br>2/22/08 | 24<br>2/29/08 | 25<br>3/7/08 | 26<br>3/14/08 | 27<br>3/21/08 | 28<br>3/28/08 | 29<br>4/4/08 | 30<br>4/11/08 | 31<br>4/18/08 | 32<br>4/25/08 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Net POST-PETITION settlement cash flow | (59,419) | 44,763 | (287,830) | 521,566 | 25,385 | 320,583 | (211,399) | 1,533,447 | (268,760) | 172,497 | (1,507,570) |
| 45 | Ending POST-PETITION settlement cash balance | (3,357,822) | (3,313,059) | (3,600,890) | (3,079,324) | (3,053,939) | (2,733,356) | (2,944,755) | (1,411,308) | (1,680,068) | (1,507,570) | (1,507,570) |
| 46 | Ending POST-PETITION + UNKNOWN + PRE-PETITION cash balance | 3,291,926 | 3,336,689 | 3,048,859 | 3,570,425 | 3,595,809 | 3,916,392 | 3,704,993 | 5,238,440 | 4,969,681 | 5,142,178 | 5,142,178 |
| 47 | Collected and unremitted funds | 6,889,375 | 7,616,761 | 7,388,118 | 8,619,502 | 7,729,932 | 8,104,934 | 7,843,772 | 9,650,050 | 8,869,724 | 9,016,837 | |
| 48 | Obligation to customers for collected & unremitted funds | 4,546,998 | 5,027,062 | 4,876,158 | 5,688,871 | 5,101,755 | 5,349,256 | 5,176,890 | 6,375,633 | 5,854,018 | 5,951,112 | |
| 49 | Funds held in excess (deficit) of customer obligations | (1,255,062) | (1,690,373) | (1,827,299) | (2,118,447) | (1,505,946) | (1,432,804) | (1,471,896) | (1,137,192) | (884,337) | (208,934) | |
| | Cash Flows from Operating Activities | | | | | | | | | | | |
| 50 | TBR service fees earned (PhoneBill + Inquiry) | 43,830 | 43,830 | 43,830 | 237,651 | 43,830 | 43,830 | 43,830 | 43,830 | 237,651 | 43,830 | 3,341,466 |
| 51 | Other TBR service fees earned | 0 | 0 | 0 | 38,200 | 0 | 0 | 0 | 0 | 38,200 | 0 | 351,354 |
| 52 | Intercompany inflows (3) | 0 | 0 | 77,665 | 0 | 0 | 0 | 77,665 | 0 | 0 | 0 | 562,303 |
| 53 | Transfers FROM (TO) wire in account | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 800,184 |
| 54 | Miscellaneous inflows | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47,582 |
| 55 | Total Inflows | 43,830 | 43,830 | 121,495 | 275,851 | 43,830 | 43,830 | 121,495 | 43,830 | 275,851 | 43,830 | 5,102,888 |
| 56 | Court approved pre-petition costs | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (27,195) |
| 57 | Payroll | 0 | (93,000) | 0 | (93,000) | 0 | (93,000) | 0 | (93,000) | 0 | (93,000) | (1,405,041) |
| 58 | Employee benefits | 0 | (33,400) | 0 | 0 | 0 | 0 | 77,665 | 0 | 0 | 0 | (197,101) |
| 59 | Direct costs | (8,400) | 0 | (93,400) | 0 | (8,400) | 0 | 0 | 0 | 0 | (8,400) | (523,931) |
| 60 | Occupancy (11) | 0 | (25,561) | (25,631) | 0 | 0 | 0 | (25,561) | 0 | 0 | 0 | (363,385) |
| 61 | Intercompany G&A outflows | 0 | 0 | 0 | 0 | 0 | 0 | (25,631) | 0 | 0 | 0 | (167,539) |
| 62 | Intercompany revenue transfer (10) | 0 | (75,000) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (149,143) |
| 63 | Other G&A outflows | 0 | (50,000) | (25,000) | 0 | 0 | (50,000) | (25,000) | 0 | 0 | (50,000) | (520,924) |
| 64 | Total outflows | (8,400) | (276,961) | (144,031) | (93,000) | (8,400) | (143,000) | (76,192) | (93,000) | 0 | (151,400) | (3,374,258) |
| 65 | Net operating cash flow | 35,430 | (233,131) | (22,536) | 182,851 | 35,430 | (99,170) | 45,303 | (49,170) | 275,851 | (107,570) | 1,728,630 |
| 66 | U.S. Trustee fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (10,000) | 0 | 0 | (30,000) |
| 67 | Bankruptcy costs (1)(6) | 0 | 0 | 0 | (200,000) | 0 | 0 | 0 | 0 | 0 | 0 | (1,400,000) |
| 68 | Total bankruptcy costs | 0 | 0 | 0 | (200,000) | 0 | 0 | 0 | (10,000) | 0 | 0 | (1,430,000) |
| 69 | Beginning operating cash balance | 629,531 | 664,962 | 431,831 | 409,295 | 392,145 | 427,576 | 328,406 | 373,709 | 314,539 | 590,389 | 184,190 |
| 70 | Net operating cash flow (including bk costs) | 35,430 | (233,131) | (22,536) | (17,150) | 35,430 | (99,170) | 45,303 | (59,170) | 275,851 | (107,570) | 298,630 |
| 71 | Ending operating cash balance | 664,962 | 431,831 | 409,295 | 392,145 | 427,576 | 328,406 | 373,709 | 314,539 | 590,389 | 482,820 | 482,820 |
| 72 | Ending total cash balance (excluding restricted cash) | 3,956,888 | 3,768,520 | 3,458,154 | 3,962,570 | 4,023,385 | 4,244,798 | 4,078,702 | 5,552,979 | 5,560,070 | 5,624,998 | 5,624,998 |
| | Restricted cash flows | | | | | | | | | | | |
| 73 | Beginning restricted cash balance | 2,182,400 | 2,232,448 | 2,288,961 | 2,323,802 | 2,135,259 | 2,187,424 | 2,255,491 | 2,299,042 | 2,422,089 | 2,184,734 | 0 |
| 74 | Florida receiver blocked account transfer (5) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,762,763 |
| 75 | PCS blocked account transfer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 56,000 |
| 76 | Taxes from LECs transferred to restricted cash (pre-petition submissions) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 732,480 |
| 77 | Taxes from LECs transferred to restricted cash (post-petition submissions) | 50,049 | 56,512 | 34,841 | 99,175 | 52,165 | 68,067 | 43,551 | 123,047 | 60,444 | 59,086 | 1,320,283 |
| 78 | Payments to taxing authorities | 0 | 0 | 0 | (287,718) | 0 | 0 | 0 | 0 | (297,799) | 0 | (1,627,706) |
| 79 | Net restricted cash flow | 50,049 | 56,512 | 34,841 | (188,543) | 52,165 | 68,067 | 43,551 | 123,047 | (237,355) | 59,086 | 2,243,820 |
| 80 | Ending restricted cash balance | 2,232,448 | 2,288,961 | 2,323,802 | 2,135,259 | 2,187,424 | 2,255,491 | 2,299,042 | 2,422,089 | 2,184,734 | 2,243,820 | 2,243,820 |
| 81 | Ending total cash balance (including restricted cash) | 6,189,336 | 6,057,481 | 5,781,955 | 6,097,829 | 6,210,809 | 6,500,289 | 6,377,744 | 7,975,068 | 7,744,804 | 7,868,817 | 7,868,817 |

Page 6 of 7

The Billing Resource dba Integretel
Weekly Cash Budget
For the Period Ending April 25, 2008

**NOTES:**

(1) Assumes counsel paid through retainers previously established through October 5, 2007.

(2) Assumes LEC costs netted from PAR and recovered from customer through settlement process, but inflows and outflows related to process not reflected on this schedule.

(3) Consistent w/ prior months, P1 and ICS invoiced for services performed by accounting, finance, treasury, human resources, facilities, and settlement personnel on TBR's payroll.

(4) Per the Verizon stipulation, approximately $241,250 of the withheld payments will be retained as "Additional Reserves". In addition, $723,750 will be retained as "Additional Reserves" from the September through November 2007 PARS (equates to $241,250 per PAR month). Initial $241,250 embedded in total amount of withheld payments on Line 2 pertaining to the August Verizon PARS. Updated budget assumes $1.7 MM will remain in blocked account. Prior budget assumed return of $1.7MM.

(5) Budget assumes fees for Debtor and Creditors Committee Insolvency Counsel and financial consultants to the Debtor. It also assumes the Debtor will obtain a preliminary injunction with respect to the Florida litigation.

(6) Per stipulation, Verizon released withheld payments totaling $1,330,642 in 11/2 and 11/9.

(7) LEC cash receipt includes a pre and post-petition amount. Further analysis required to determine correct classification. Once known, amounts will be transferred to appropriate bucket.

(8) Updated budget assumes no additional legal fees in the Florida action.

(9) Customer Telco Billing validation revenue stream owned by PaymentOne.
(10) 10/06 to 8/07 revenue amount was $12.5k per month (contract minimum). 9/07 amount was $20.1k and 10/07 amount was $74.1k. The $74.1k for OCT included in the $394.9k TBR service fees earned the week ended 11/16/07.

(11) The week ended 1/11/08 includes $100k for moving expenses.

Page 7 of 7

**Miscellaneous:**

07-52890 The Billing Resource

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 5 (San Jose) |
| Judge: ASW | Assets: y | Case Flag: PlnDue, DsclsDue, Exhibits |

**U.S. Bankruptcy Court**

**Northern District of California**

Notice of Electronic Filing

The following transaction was received from Rehfeld, Jeffrey K. entered on 12/7/2007 at 3:32 PM PST and filed on 12/7/2007
**Case Name:**       The Billing Resource
**Case Number:**    07-52890
**Document Number:** 319

**Docket Text:**
Declaration of Evan Meyer in support of *Motion to Approve Use of Cash Collateral on a Further Interim Basis* (RE: related document(s)[8] Motion to Use Cash Collateral). Filed by Debtor The Billing Resource (Rehfeld, Jeffrey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\few\Desktop\TBR Meyer.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=12/7/2007] [FileNumber=7105549-0
] [a62cf3022b5a8a4927db2775bf4f243c63b6b69567ea4e037127e4dfc98b7b49634
3787e0c3d59dab00933bb7bbe53a92131139983300d967eb6af8c26bef821]]

**07-52890 Notice will be electronically mailed to:**

Michael H. Ahrens      mahrens@sheppardmullin.com

Candace C. Carlyon     ccarlyon@sheacarlyon.com, ltreadway@sheacarlyon.com

Leslie A. Cohen     lcohen@linerlaw.com, jparrott@linerlaw.com;ecolson@linerlaw.com

Michaeline H. Correa     MCorrea@hewm.com

Kathryn S. Diemer     kdiemer@diemerwhitman.com

John D. Fiero     jfiero@pszyjw.com, AZaragoza@PSZYJW.com;pjeffries@pszyjw.com

Jenny L. Fountain     jfountain@murraylaw.com, jenny.fountain@hotmail.com

Ellen A. Friedman    efriedman@friedumspring.com, mmyles@friedumspring.com

Jeffrey K. Garfinkle    bkgroup@buchalter.com

David M. Goodrich    dgoodrich@goodlawcorp.com

Ori Katz    okatz@sheppardmullin.com, dwhitehead@sheppardmullin.com

Darryl S. Laddin    bkrfilings@agg.com

John A. Lapinski    jlapinski@clarktrev.com

Bobby C. Lawyer    bl2153@att.com

Barry R. Levine    barlev@levineatlaw.com

R. Federick Linfesty    Bankruptcy@ironmountain.com

Maxim B. Litvak    mlitvak@pszjlaw.com, pjeffries@pszyjw.com

Julie A. Mack    jmack@ftc.gov, dabueid@ftc.gov

Breck E. Milde    bmilde@terra-law.com

Sheryl L. Moreau    cand@dor.mo.gov

Walter K. Oetzell    woetzell@dgdk.com

Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov

Jeffrey K. Rehfeld    jrehfeld@sheppardmullin.com, ewalters@sheppardmullin.com

Karen Rinehart    krinehart@omm.com

Steven B. Sacks    ssacks@sheppardmullin.com, ewalters@smrh.com

Steven J. Schwartz    sschwartz@dgdk.com

Gilbert B. Weisman    notices@becket-lee.com

John S. Wesolowski    john.wesolowski@usdoj.gov

David M. Wiseblood    dwiseblood@seyfarth.com

**07-52890 Notice will not be electronically mailed to:**

Daniel H. Coleman
Network Telephone Services, Inc.
21135 Erwin St.
Woodland Hills, CA 91367

FTI Consulting Inc.

,

GlassRatner Advisor and Capital Group, LLC

,

Holland & Knight LLP

,

IKON Financial Services
Attn: Bankruptcy Administration
1738 Bass Rd.
P.O. Box 13708
Macon, GA 31208-3708

Thomas C. Little
Law Offices of Thomas C. Little
2123 NE Coachman Rd. #A
Clearwater, FL 33765

Jerry Merkt
15680 Loma Vista Ave.
Los Gatos, CA 95032

Shannon L. Mounger-Lum
Office of the U.S. Trustee
280 S 1st St. #268
San Jose, CA 95113-0002

Michael P. Quinlivan
Kouns, Quinlivan and Severson
111 W St. John St. #400
San Jose, CA 95113

Tighe Patton Armstrong Teasdale, PLLC

,

Julie S. Turner
The Turner Law Firm
344 Tennessee Ln.
Palo Alto, CA 94306