WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:  (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | No. 5:07-CIV-5758-JW |
| Debtor-Plaintiff-Appellee, | |
| v. | Date: March 10, 2008 <br> Time: 9:00 a.m. <br> Place: 280 S. First Street <br> San Jose, CA |
| FEDERAL TRADE COMMISSION et al., | Judge: James Ware |
| Defendant-Appellant. | Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**RE-NOTICE OF DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION'S
COMBINED MOTIONS FOR STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S
NOVEMBER 7, 2007, PRELIMINARY INJUNCTION
AND FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1412**

Please take note that unless the Court grants the defendant-appellant the Federal Trade Commission's ("Commission") pending Application for Accelerated Consideration (D.E. 30), the Commission hereby re-notices its combined motions for a stay pending appeal of the bankruptcy court's November 7, 2007, preliminary injunction and for a change of venue pursuant 28 U.S.C. § 1412. These motions shall be heard before the Hon. James Ware, on Monday, March 10, 2008, at 9:00 a.m. in Courtroom 8 (4th Floor) of the United States Court House, 280 S. First Street, San Jose, CA. Since these motions are already fully briefed by the parties, the Commission incorporates by reference the papers filed by the parties regarding these motions (D.E. 3, 8, 18 and 25).

        Respectfully submitted,

        WILLIAM BLUMENTHAL
        General Counsel

        JOHN F. DALY
        Deputy General Counsel - Litigation


        _____/S/_____
        JOHN ANDREW SINGER
        Attorney - Office of the General Counsel
        Federal Trade Commission
        600 Pennsylvania Ave., NW
        Washington, DC  20580
        Telephone:  (202) 326-3234
        Facsimile:  (202) 326-2447
        Email: jsinger@ftc.gov

        MICHAEL MORA
        JULIE MACK
        Attorneys - Division of Enforcement
        Bureau of Consumer Protection

        ATTORNEYS FOR FEDERAL
        TRADE COMMISSION