WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____

THE BILLING RESOURCE d/b/a INTEGRETEL,          )
                                                )
                                                )        No. 5:07-CIV-5758-JW
                        Debtor-Plaintiff-Appellee, )
                                                )        Date:   March 10, 2008
         v.                                     )        Time:  9:00 a.m.
                                                )        Place: 280 S. First Street
FEDERAL TRADE COMMISSION et al.,                )                 San Jose, CA
                                                )        Judge: James Ware
                        Defendant-Appellant.    )        Courtroom: 8 - 4th Floor
_____        )

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**RE-NOTICE OF
DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION'S
MOTION FOR  STAY PENDING APPEAL OF THE BANKRUPTCY
COURT'S NOVEMBER 27, 2007, PRELIMINARY INJUNCTION**

Please take note that unless the Court grants the defendant-appellant the Federal Trade Commission's ("Commission") pending Motion to Expedite consideration of this motion (D.E. 15), the Commission hereby re-notices its motion for a stay pending appeal of the bankruptcy court's November 27, 2007, preliminary injunction.  The motion shall be heard before the Hon. James Ware, on Monday, March 10, 2008, at 9:00 a.m. in Courtroom 8 (4th Floor) of the United States Court House, 280 S. First Street, San Jose, CA.  Since all of the parties's papers concerning this motion are already filed other than the Commission's reply, the Commission incorporates these papers by reference (D.E. 13, 14, 22, 23, 24, 29 and 36) and the Commission will file its reply in due course.  (If the Court grants expedited consideration of this motion, the Commission requests that it be permitted to file a reply on an expedited basis).

Respectfully submitted,

WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

_____/S/_____
JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

1

1    MICHAEL MORA
2    JULIE MACK
     Attorneys - Division of Enforcement
3    Bureau of Consumer Protection

4    ATTORNEYS FOR FEDERAL
5    TRADE COMMISSION