WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>　　　　Debtor-Plaintiff-Appellee,<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>　　　　Defendant-Appellant. | No. 07-CIV-5758-JW<br><br>Date:  March 10, 2008<br>Time:  9:00 a.m.<br>Place:  280 S. First Street<br>　　　　San Jose, CA<br>Judge: Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, 2007, I served a copy of the following by the means indicated below:

    1.    Re-Notice of defendant-appellant Federal Trade Commission's Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction; and

    2.    Re-Notice of defendant-appellant Federal Trade Commission's Combined Motions for Stay Pending Appeal of the Bankruptcy Court's November 7, 2007, Preliminary Injunction and for Change of Venue Pursuant to 28 U.S.C. § 1412

Through the Court's ECF System and by email:

Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California  94111
COUNSEL FOR INTEGRETEL

Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904
COUNSEL FOR RECEIVER

Via e-mail:

John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California  94111-4500
COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

Kathryn S. Diemer, Esq.
Diemer, Whitman and Cardosi
75 E. Santa Clara Street
San Jose, CA 95113
COUNSEL FOR POL, INC.

1
2    Via Federal Express:
3        Sara Kistler, Acting U.S. Trustee
         Office of the U.S. Trustee
4        U.S. Federal Bldg.
         280 South 1st Street, #268
5        San Jose, California  95113-3004
6        UNITED STATES TRUSTEE
7
8
9
                                                    _____/S/_____
10                                                  John Andrew Singer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28