IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Trade Commission, | NO. C 07-05758 JW |
|     Appellant.<br>v. | **ORDER GRANTING APPELLANT'S MOTION FOR ACCELERATED HEARING ON MOTIONS** |
| The Billing Resource d/b/a Integretel, | |
|     Appellee, | |
| _____/ | |

Presently before the Court is the Federal Trade Commission's ("FTC" or "Appellant") Motion for Accelerated Consideration of its Motion to Stay Pending Appeal of the Bankruptcy Court's November 27, 2007 Preliminary Injunction. (hereafter, "Motion," Docket Item No. 30.)

The FTC brought a law enforcement action against The Billing Resource d/b/a Integretel ("Integretel") and others in the Southern District of Florida (the "Florida Action"). (Motion ¶ 1.) Following a pre-trial order by the Florida court requiring Integretel to pay certain amounts to a receiver, Integretel filed for bankruptcy in the Northern District.[1] Integretel than initiated an adversary proceeding against the FTC in the Bankruptcy Court. (Id.) On November 8, 2007, the Bankruptcy Court issued a preliminary injunction preventing the FTC from prosecuting the Florida

---

[1] (Plaintiff-Appellee The Billing Resource, dba Integretel's Memorandum in Opposition to FTC's Motion for Stay Pending Appeal Re Injunction Issued November 27, 2007 at 6, hereafter, "Opposition," Docket Item No. 36.)

*United States District Court*
*For the Northern District of California*

action against Integretel. (See Docket Item No. 1.) The Bankruptcy Court denied the FTC's motion to stay the injunction pending appeal. (Id.)

On November 14, 2007, the FTC appealed the injunction to the Northern District of California. (Id.) The case was assigned to Judge Whyte. (Id.) On November 30, 2007, the FTC filed a motion to stay the preliminary injunction pending appeal. (See Docket Item No. 13.) The motion was set to be heard on January 4, 2008. On December 6, 2007, Judge Whyte recused himself from the case. (See Docket Item No. 27.) The matter was reassigned to this Court with all previous calendared events vacated. (See Docket Item No. 28.)

The FTC now moves the Court to accelerate consideration of its pending motion to stay. (Motion at 2.) For good cause, the Court grants FTC's motion. FTC's Motion to Change Venue and Motion to Stay shall be heard on **February 4, 2008 at 9 A.M.**

Dated: January 3, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeffrey Keith Rehfeld jrehfeld@sheppardmullin.com
John Andrew Singer jsinger@ftc.gov
Julie A. Mack jmack@ftc.gov
Michael H. Ahrens mahrens@sheppardmullin.com
Michael P Mora mmora@ftc.gov
Ori Katz okatz@sheppardmullin.com
Steven Benjamin Sacks ssacks@sheppardmullin.com

**Dated: January 3, 2008**                    **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
     **Elizabeth Garcia**
     **Courtroom Deputy**

United States District Court
For the Northern District of California