

**UNITED STATES BANKRUPTCY COURT** FILED
Northern District of California
U.S. Courthouse and Federal Building   2007 DEC 28  P 3: 23
280 South First Street Room 3035
San Jose, California 95113-3099   RICHARD W. WIEKING
(408) 535-5118                              CLERK
                                    U.S. DISTRICT COURT
                                    NO. DIST. OF CA. S.J

**Gloria L. Franklin**
**Clerk of Court**

Richard W. Wieking, Clerk
United States District Court
280 South First Street
San Jose, CA 95113

    Re:    *Case Name: The Billing Resource*
            *Case Number:   07-52890/ Adv 07-5156*
            *Bankruptcy Judge Name:   Arthur S. Weissbrodt*
            *District Court #: C07-05758*

Dear Mr. Wieking:

[ ] Enclosed please find the Notice of Appeal, certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, as well as a certified copy of the docket and order being appealed for assignment to a district court judge.

[ ] Enclosed please find a conformed copy of the Notice of Appeal, Election to District Court document, a certified copy of the docket, the order being appealed, as well as Motion for Leave to Appeal / *Non-Final Order/Judgment* for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[x] Enclosed please find the Appellant's Designation of Record.

[ ] Enclosed please find the Appellee's Designation of Record.

[x] Enclosed please find the Statement of Issues.

[ ] Enclosed please find the Motion for Leave to Appeal / *Non-Final Order/Judgment*.

[ ] Other.

Please acknowledge receipt of this appeal by stamping the district court case number on a copy of this letter and return it to [Deputy Clerk].

                                                     Gloria L. Franklin, Clerk
                                                     United States Bankruptcy Court

Dated: December 28, 2007                          By: _____
                                                  [Deputy Clerk], Deputy Clerk