WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____

THE BILLING RESOURCE d/b/a INTEGRETEL,

        Debtor-Plaintiff-Appellee,

       v.

FEDERAL TRADE COMMISSION et al.,

        Defendant-Appellant.
_____

No. 5:07-CIV-5758-JW

Date:  February 4, 2008
Time:  9:00 a.m.
Place:  280 S. First Street
       San Jose, CA
Judge: Hon. James Ware
Courtroom: 8 - 4th Floor

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM
BY FEDERAL TRADE COMMISSION FROM JANUARY 21 UNTIL JANUARY 23, 2008**

Defendant-appellant the Federal Trade Commission ("Commission") hereby moves, pursuant to N.D. Cal. L.R. 6-1(b), that it have until January 23, 2008, to file its reply memorandum as to its motion for a stay pending appeal of the bankruptcy court's November 27, 2007, preliminary injunction. This reply would otherwise be due on January 21, 2008. In support of this motion, the Commission states as follows:

1. On January 3, 2008, this Court granted defendant-appellant the Federal Trade Commission's Motions to Expedite Consideration of its two pending motions for stays pending appeal and a motion to change venue and scheduled these motions for a hearing on February 4, 2008. (Dkt Item 41).

2. Under the Local Rules, the Commission's reply memorandum regarding its second stay motion (as to the November 27, 2007, preliminary injunction issued by the bankruptcy court) is due on January 21, 2008, fourteen days before the February 4 hearing date.

3. Counsel for the Commission has an argument before the Eleventh Circuit on January 15, 2008, and, as a result, counsel will not have time to work on the Commission's reply memorandum until after this argument. In addition, January 21 is a federal holiday.

4. The Commission, therefore, moves that it be permitted to file its reply memorandum on January 23, 2008.

5. Counsel for the FTC sought Debtor's consent to the relief requested in this Motion. Debtor's counsel stated that Debtor has no objection to the FTC filing and serving its reply brief to "Plaintiff-Appellee The Billing Resource, dba Integretel's Memorandum In Opposition To FTC's Motion For Stay Pending Appeal Re Injunction Issued November 27, 2007" two days later than any deadline for the FTC to file and serve such reply brief, whatever that deadline may be. Debtor's counsel further stated, however, that the Debtor does not agree with the FTC's position set forth above

1  regarding: (1) the existing deadline, if any, for the FTC to file and serve such reply brief; or (2) that
2  this Court has set the FTC's motion for stay pending appeal of the bankruptcy court's November 27,
3  2007, preliminary injunction for hearing on February 4, 2008.

                                                    /S/
                                JOHN ANDREW SINGER
                                Attorney - Office of the General Counsel
                                Federal Trade Commission
                                600 Pennsylvania Ave., NW
                                Washington, DC 20580
                                Telephone: (202) 326-3234
                                Facsimile: (202) 326-2447
                                Email: jsinger@ftc.gov