WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Telephone: (202) 326-3234
Facsimile: (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | |
| Debtor-Plaintiff-Appellee, | No. 5:07-CIV-5758-JW |
| | Date: February 4, 2008 |
| v. | Time: 9:00 a.m. |
| | Place: 280 S. First Street |
| FEDERAL TRADE COMMISSION et al., | San Jose, CA |
| | Judge: Hon. James Ware |
| Defendant-Appellant. | Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**DECLARATION OF JOHN ANDREW SINGER IN SUPPORT OF MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM BY FEDERAL TRADE COMMISSION UNTIL JANUARY 23, 2008**

1. My name is John Andrew Singer, I am an attorney in the Office of the General Counsel of defendant-appellant the Federal Trade Commission ("Commission"), and I represent the Commission in this matter.

2. The Commission understands that in its January 3, 2008, Order (Dkt Item 41), this Court granted the Federal Trade Commission's Motions to Expedite Consideration of its two pending motions for stays pending appeal and a motion to change venue and scheduled these motions for a hearing on February 4, 2008.

3. Under the Local Rules, the Commission's reply memorandum regarding its second stay motion (as to the November 27, 2007, preliminary injunction issued by the bankruptcy court) is due on January 21, 2008, fourteen days before the February 4 hearing date.

4. I am representing the Commission in an oral argument before the Eleventh Circuit on January 15, 2008, in *FTC v. Peoples Credit First, LLC*, No, 06-13254-DD.  As a result of my preparation for this argument, I have had minimal time to work on the Commission's reply memorandum since the Court issued its January 3 Order.  I will not have time to begin to prepare the Commission's reply until January 16, 2008.

5. In addition, January 21 due date absent this requested extension is a federal holiday.

6. The Commission, therefore, moves that it be permitted to file its reply memorandum on January 23, 2008.

7. Pursuant to N.D. Cal. L.R. 6-3(a)(2), I communicated with Jeffrey Rehfeld, counsel for the Debtor, on January 10 and 11, 2008, seeking Debtor's consent to the relief requested by the FTC in this Motion.  Debtor's counsel stated that Debtor has no objection to the FTC filing and serving its reply brief to "Plaintiff-Appellee The Billing Resource, dba Integretel's Memorandum In Opposition To FTC's Motion For Stay Pending Appeal Re Injunction Issued November 27, 2007" two days later

than any deadline for the FTC to file and serve such reply brief, whatever that deadline may be. Debtor's counsel further stated, however, that the Debtor does not agree with the FTC's position set forth above regarding: (1) the existing deadline, if any, for the FTC to file and serve such reply brief; or (2) that this Court has set the FTC's motion for stay pending appeal of the bankruptcy court's November 27, 2007, preliminary injunction for hearing on February 4, 2008.

    I certify that the foregoing is true based upon my own personal knowledge and subject to the penalty for perjury.

Executed:     January 11, 2008
                 Lutherville, Maryland

                                            /S/
                             JOHN ANDREW SINGER
                             Attorney - Office of the General Counsel
                             Federal Trade Commission
                             600 Pennsylvania Ave., NW
                             Washington, DC  20580
                             Telephone:  (202) 326-3234
                             Facsimile:   (202) 326-2447
                             Email: jsinger@ftc.gov