WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | No. 5:07-CIV-5758-JW |
| Debtor-Plaintiff-Appellee, | Date: February 4, 2008 |
| v. | Time: 9:00 a.m. |
| | Place: 280 S. First Street |
| FEDERAL TRADE COMMISSION et al., | San Jose, CA |
| | Judge: Hon. James Ware |
| Defendant-Appellant. | Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of January, 2008, I served a copy of the Motion to Extend Time for Filing Reply Memorandum by Federal Trade Commission from January 21 until January 23, 2008, by the means indicated below:

Through the Court's ECF System and by email:

>Michael H. Ahrens, Esquire
>Jeffrey K. Rehfeld , Esquire
>Steven B. Sacks, Esquire
>Sheppard, Mullin, Richter and Hampton
>4 Embarcadero Center, 17th Floor
>San Francisco, California  94111
>COUNSEL FOR INTEGRETEL

>Howard Kollitz, Esquire
>Walter K. Oetzell, Esquire
>Steven J. Schwartz, Esquire
>Danning, Gill, Diamond & Kollitz, LLP
>2029 Century Park East, Third Floor
>Los Angeles, California  90067-2904
>COUNSEL FOR RECEIVER

>John D. Fiero, Esquire
>Pachulski, Stang, Ziehl, Young and Jones
>150 California St. 15th Fl.
>San Francisco, California  94111-4500
>COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

>Kathryn S. Diemer, Esq.
>Diemer, Whitman and Cardosi
>75 E. Santa Clara Street
>San Jose, CA 95113
>COUNSEL FOR POL, INC.

Via Federal Express:

    Sara L. Kisler, Acting U.S. Trustee for Region 17
    Office of the U.S. Trustee
    U.S. Federal Bldg.
    280 South 1st Street, #268
    San Jose, California  95113-3004
    UNITED STATES TRUSTEE

                                          /S/
                                    John Andrew Singer