```
 1  WILLIAM BLUMENTHAL
    General Counsel
 2
 3  JOHN F. DALY
    Deputy General Counsel - Litigation
 4
 5  JOHN ANDREW SINGER
    Attorney - Office of the General Counsel
 6  Federal Trade Commission
    600 Pennsylvania Ave., NW
 7  Washington, DC  20580
    Telephone:  (202) 326-3234
 8  Facsimile:   (202) 326-2447
 9  Email: jsinger@ftc.gov

10  MICHAEL MORA
11  JULIE MACK
    Attorneys - Division of Enforcement
12  Bureau of Consumer Protection

13
    ATTORNEYS FOR FEDERAL
14  TRADE COMMISSION
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | No. 5:07-CIV-5758-JW |
| Debtor-Plaintiff-Appellee, | |
| v. | Date:  February 4, 2008<br>Time:  9:00 a.m.<br>Place: 280 S. First Street<br>         San Jose, CA |
| FEDERAL TRADE COMMISSION et al., | Judge: Hon. James Ware |
| Defendant-Appellant. | Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**[PROPOSED] ORDER GRANTING
MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM
BY FEDERAL TRADE COMMISSION UNTIL JANUARY 23, 2008**

1  It is hereby ordered, this _____ th day of January 2008, that, in anticipation of this Court's
February 4, 2008, hearing, defendant-appellant has until January 23, 2008, to file its reply
memorandum as its motion for a stay pending appeal of the November 27, 2007, preliminary injunction
issued by the bankruptcy court.

_____
JAMES WARE
United States District Judge