1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  STEVEN B. SACKS, Cal. Bar No. 98875
   JEFFREY K. REHFELD, Cal. Bar No. 188128
4  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  Email:        mahrens@sheppardmullin.com
                 ssacks@sheppardmullin.com
7
   Attorneys for The Billing Resource, dba
8  Integretel

9  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
10 SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>Debtor-Plaintiff-Appellee<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.<br><br>Defendant-Appellant | Case No. 07-CIV-5758-JW<br><br><u>Applicable Hearing Date Alleged by Integretel</u><br><br>DATE:   March 10, 2008<br>TIME:   9:00 a.m.<br>Place:  280 S. First Street<br>        San Jose, CA<br>Judge:  Hon. James Ware<br>        Courtroom 8- 4th Floor<br><br><u>Applicable Hearing Date Alleged by FTC and Disputed by Integretel</u><br><br>DATE:   February 4, 2008<br>TIME:   9:00 a.m.<br>Place:  280 S. First Street<br>        San Jose, CA<br>Judge:  Hon. James Ware<br>        Courtroom 8- 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California,
No. 07-52890-ASW, Adversary Proceeding No. 07-5156

**CERTIFICATE OF SERVICE:**

PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL's
RESPONSE TO MOTION TO EXTEND TIME FOR FILING REPLY
MEMORANDUM BY FEDERAL TRADE COMMISSION FROM JANUARY 21
UNTIL JANUARY 23, 2008

---

W02-WEST:FC3\400675704.1                                             CERTIFICATE OF SERVICE
Case No. 07-CIV- 5758-JW

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **January 16, 2008**, I served the following document(s) described as

PLAINTIFF-APPELLEE THE BILLING RESOURCE, DBA INTEGRETEL'S RESPONSE TO MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM BY FEDERAL TRADE COMMISSION FROM JANUARY 21 UNTIL JANUARY 23, 2008

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Michael P. Mora | mmora@ftc.gov |
| John Andrew Singer | jsinger@ftc.gov |
| Julie A. Mack | jmack@ftc.gov |

☒ **BY ELECTRONIC MAIL**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 16, 2008**, at San Francisco, California.

*/s/ Judy Nakaso*
Judy Nakaso