WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>　　　　　　　　Debtor-Plaintiff-Appellee,<br><br>　　　v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>　　　　　　　　Defendant-Appellant. | No. 5:07-CIV-5758-JW<br><br>Date:　February 4, 2008<br>Time:　9:00 a.m.<br>Place:　280 S. First Street<br>　　　　San Jose, CA<br>Judge:　Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of January, 2008, I served a copy of the Defendant-Appellant Federal Trade Commission's Reply Memorandum in Support of its Motion for Stay Pending Appeal of the Bankruptcy Court's November 27, 2007, Preliminary Injunction, by the means indicated below:

Through the Court's ECF System and by email:

    Michael H. Ahrens, Esquire
    Jeffrey K. Rehfeld , Esquire
    Steven B. Sacks, Esquire
    Sheppard, Mullin, Richter and Hampton
    4 Embarcadero Center, 17th Floor
    San Francisco, California  94111
    COUNSEL FOR INTEGRETEL

    Howard Kollitz, Esquire
    Walter K. Oetzell, Esquire
    Steven J. Schwartz, Esquire
    Danning, Gill, Diamond & Kollitz, LLP
    2029 Century Park East, Third Floor
    Los Angeles, California  90067-2904
    COUNSEL FOR RECEIVER

    John D. Fiero, Esquire
    Pachulski, Stang, Ziehl, Young and Jones
    150 California St. 15th Fl.
    San Francisco, California  94111-4500
    COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

    Kathryn S. Diemer, Esq.
    Diemer, Whitman and Cardosi
    75 E. Santa Clara Street
    San Jose, CA 95113
    COUNSEL FOR POL, INC.

Via Federal Express:

    Sara L. Kisler, Acting U.S. Trustee for Region 17
    Office of the U.S. Trustee
    U.S. Federal Bldg.
    280 South 1st Street, #268
    San Jose, California  95113-3004
    UNITED STATES TRUSTEE

                                                             /S/
                                        John Andrew Singer