WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>        Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>        Defendant-Appellant. | No. 5:07-CIV-5758-JW<br><br>Date:  February 4, 2008<br>Time:  9:00 a.m.<br>Place: 280 S. First Street<br>       San Jose, CA<br>Judge: Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**[PROPOSED] ORDER GRANTING
MOTION TO EXTEND TIME FOR FILING REPLY MEMORANDUM
BY FEDERAL TRADE COMMISSION UNTIL JANUARY 23, 2008**

1  ****ORDER***
2  The Defendendat-Appeallant's Request for Extension of time to time a reply memorandum is found as MOOT.  The Court finds that Defendant-Appeallant filed its reply memorandum on January 18, 2008,
3  reflected as Docket Item number 48 on the Court's Electronic Case Filing System.
4
5
6
7
8
9  Date:  January 18, 2008          _____
                                    JAMES WARE
10                                  United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28