1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                                              *E-FILED - 12/6/07*

11  THE BILLING RESOURCE,                       No. C 07-05758-RMW

12              Plaintiff,                       **ORDER OF RECUSAL**

13      v.

14  FEDERAL TRADE COMMISSION, ET AL.,

15              Defendant.
                                          /

16

17          I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled

18  action, hereby recuse myself from this case and request that the case be reassigned pursuant to the

19  provisions of paragraph E.2. of the Assignment Plan.

20          All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be

21  reset by the newly assigned Judge.

22          **IT IS SO ORDERED.**

23

24  Dated: 12/6/07                          _Ronald M Whyte_____

25                                          RONALD M. WHYTE
                                            UNITED STATES DISTRICT JUDGE
26

27

28

**United States District Court**
For the Northern District of California

1

2  Copy of Order E-Filed to Counsel of Record:

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California