IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/6/07*

| | |
|---|---|
| THE BILLING RESOURCE, | No. C 07-05758-RMW |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| FEDERAL TRADE COMMISSION, ET AL., | |
| Defendant. | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: 12/6/07

*Ronald M Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

Copy of Order E-Filed to Counsel of Record: