Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: woetzell@dgdk.com
Email: sschwartz@dgdk.com

Attorneys for Defendant, David R. Chase, as Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>[<br>                            **Debtor.**<br><br>THE BILLING RESOURCE, dba INTEGRETAL, a California corporation,<br><br>                 **Plaintiff/Appellee,**<br><br>                 vs.<br><br>FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, et al;<br><br>               **Defendants/Appellant.** | USDC Case No. 5:07-cv-05758-JW<br><br>Bankruptcy Case No. 07-52890-ASW<br><br>[Chapter 11]<br><br>Adversary Proceeding No. 07-05156<br><br>**CERTIFICATE OF SERVICE RE**<br><br>**NOTICE OF PENDENCY OF OTHER RELATED ACTION OR PROCEEDING (APPEAL FROM BANKRUPTCY COURT)** |

-1-

319717.01 [XP]   24774

**CERTIFICATE OF SERVICE**

I, Cheryl Caldwell, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On January 24, 2008, I served the following document(s):

**NOTICE OF PENDENCY OF OTHER RELATED ACTION OR PROCEEDING (APPEAL FROM BANKRUPTCY COURT)**

on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

Electronic Transmission (E-Mail)

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on January 24, 2008, at Los Angeles, California.

| Cheryl Caldwell | *Cheryl Caldwell* |
|---|---|
| (Type or print name) | (Signature) |

319717.01 [XP]   24774

## SERVICE LIST

Office of the United States Trustee
John Wesolowski, Esq.
United States Department of Justice
280 S. First Street, Suite 268
San Jose, CA 95113-0002
**Via Regular Mail**

Debtor
The Billing Resource
5883 Rue Farrari
San Jose, CA 95138
**Via Regular Mail**

Counsel for Plaintiff Federal Trade Commission
c/o Laura Kim
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
**Via Regular Mail**

POL, Inc.
Law Offices of Joel Dichter, Esq.
10 Rockefeller Palce, Suite 816
New York, NY 10020
**Via Regular Mail**

Counsel for POL, Inc.
Kathryn S. Diemer
Diemer, Whitman and Cardosi
75 E. Santa Clara Street
San Jose, CA 95113
**Via Regular Mail**

Counsel for Debtor The Billing Resource
Michael H. Ahrens
Sheppard Mullin Richter and Hampton
mahrens@sheppardmullin.com

Ori Katz
Sheppard Mullin Richter and Hampton
okatz@sheppardmullin.com,
dwhitehead@sheppardmullin.com

Jeffery K. Rehfeld
Sheppard Mullin Richter and Hampton
jrehfeld@sheppardmullin.com,
ewalters@sheppardmullin.com

Steven B. Sacks
Sheppard Mullin Richter and Hampton
ssacks@sheppardmullin.com
ewalters@smrh.com

Counsel for David R. Chase,
Federal Receiver
Jeffrey Schneider, Esq.
Tew Cardenas LLP
jcs@tewlaw.com

Counsel for the Federal Trade Commission
John Andrew Singer
jsinger@ftc.gov
Michael Morra
mmora@ftc.gov
Julie Mack
jmack@ftc.gov

Counsel to the Unsecured Creditors' Committee
John D. Fierro
Pachulski, Stang, Ziehl, Young and Jones
jfiero@pszjlaw.com

319717.01 [XP]   24774