Howard Kollitz [State Bar No. 059611],
Walter K. Oetzell [State Bar No. 109769] and
Steven J. Schwartz [State Bar No. 200586] of
DANNING, GILL, DIAMOND & KOLLITZ, LLP
2029 Century Park East, Third Floor
Los Angeles, California 90067-2904
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: woetzell@dgdk.com
Email: sschwartz@dgdk.com

Attorneys for Defendant, David R. Chase, as Receiver

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>[<br>    Debtor.<br><br>THE BILLING RESOURCE, dba INTEGRETAL, a California corporation,<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, et al;<br><br>Defendants/Appellant. | USDC Case No. 5:07-cv-05758-JW<br><br>Bankruptcy Case No. 07-52890-ASW<br><br>[Chapter 11]<br><br>Adversary Proceeding No. 07-05156<br><br>CERTIFICATE OF SERVICE RE<br><br>JOINDER OF DEFENDANT DAVID R. CHASE, FEDERAL RECEIVER, IN MOTIONS OF DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION FOR STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S NOVEMBER 27, 2007 PRELIMINARY INJUNCTION AND FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1412<br><br>Date: February 4, 2008<br>Time: 9:00 a.m.<br>Place: 280 S. First Street<br>       San Jose, CA<br>Judge: Hon. James Ware<br>Ctrm: 8 – 4th Floor |

319717.01 [XP]    24774

# CERTIFICATE OF SERVICE

I, Cheryl Caldwell, declare:

I am employed by the law firm of DANNING, GILL, DIAMOND & KOLLITZ, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904.

On January 28, 2008, I served the following document(s):

**JOINDER OF DEFENDANT DAVID R. CHASE, FEDERAL RECEIVER, IN MOTIONS OF DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION FOR STAY PENDING APPEAL OF THE BANKRUPTCY COURT'S NOVEMBER 27, 2007 PRELIMINARY INJUNCTION AND FOR CHANGE OF VENUE PURSUANT TO 28 U.S.C. § 1412**

on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

Electronic Transmission (E-Mail)

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029 Century Park East, Third Floor, Los Angeles, California 90067-2904, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on January 28, 2008, at Los Angeles, California.

Cheryl Caldwell                         _Cheryl Caldwell_
(Type or print name)                    (Signature)

319717.01 [XP]    24774

## SERVICE LIST

| | |
|---|---|
| Office of the United States Trustee<br>John Wesolowski, Esq.<br>United States Department of Justice<br>280 S. First Street, Suite 268<br>San Jose, CA 95113-0002<br>**Via Regular Mail** | Steven B. Sacks<br>Sheppard Mullin Richter and Hampton<br>ssacks@sheppardmullin.com<br>ewalters@smrh.com<br><br>Counsel for David R. Chase,<br>Federal Receiver<br>Jeffrey Schneider, Esq.<br>Tew Cardenas LLP<br>jcs@tewlaw.com |
| Debtor<br>The Billing Resource<br>5883 Rue Farrari<br>San Jose, CA 95138<br>**Via Regular Mail** | |
| Counsel for Plaintiff Federal Trade Commission<br>c/o Laura Kim<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>**Via Regular Mail** | Counsel for the Federal Trade Commission<br>John Andrew Singer<br>jsinger@ftc.gov<br>Michael Morra<br>mmora@ftc.gov<br>Julie Mack<br>jmack@ftc.gov |
| POL, Inc.<br>Law Offices of Joel Dichter, Esq.<br>10 Rockefeller Palce, Suite 816<br>New York, NY 10020<br>**Via Regular Mail** | Counsel to the Unsecured Creditors' Committee<br>John D. Fierro<br>Pachulski, Stang, Ziehl, Young and Jones<br>jfiero@pszjlaw.com |
| Counsel for POL, Inc.<br>Kathryn S. Diemer<br>Diemer, Whitman and Cardosi<br>75 E. Santa Clara Street<br>San Jose, CA 95113<br>**Via Regular Mail** | |
| Counsel for Debtor The Billing Resource<br>Michael H. Ahrens<br>Sheppard Mullin Richter and Hampton<br>mahrens@sheppardmullin.com<br><br>Ori Katz<br>Sheppard Mullin Richter and Hampton<br>okatz@sheppardmullin.com,<br>dwhitehead@sheppardmullin.com<br><br>Jeffery K. Rehfeld<br>Sheppard Mullin Richter and Hampton<br>jrehfeld@sheppardmullin.com,<br>ewalters@sheppardmullin.com | |

319717.01 [XP]    24774