SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
JEFFREY K. REHFELD, Cal. Bar No. 188128
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        mahrens@sheppardmullin.com
              ssacks@sheppardmullin.com

Attorneys for The Billing Resource, dba
Integretel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>Debtor-Plaintiff-Appellee<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.<br><br>Defendant-Appellant | Case No. 07-CIV-5758-JW<br><br>DATE:  February 4, 2008<br>TIME:  9:00 a.m.<br>Place: 280 S. First Street<br>       San Jose, CA<br>Judge: Hon. James Ware<br>       Courtroom 8- 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California,
No. 07-52890-ASW, Adversary Proceeding No. 07-5156

**PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL's NOTICE OF RECENT DEVELOPMENTS PERTINENT TO FTC's MOTION FOR STAY PENDING APPEAL:
(1) INTEGRETEL's FILING OF ITS PLAN OF REORGANIZATION AND RELATED DISCLOSURE STATEMENT IN ITS BANKRUPTCY CASE
(2) THE FEBRUARY 20, 2008 HEARING REGARDING APPROVAL OF DISCLOSURE STATEMENT IN THE BANKRUPTCY CASE,
(3) ORDER OF FLORIDA DISTRICT COURT RE TRIAL OF FTC ENFORCEMENT ACTION, AND
(4) FILING OF AMENDED COMPLAINT IN ADVERSARY PROCEEDING**

1   The Billing Resource d/b/a Integretel ("Integretel") files this Notice to apprise the
2   Court regarding recent developments that are pertinent to the pending motions for stay
3   pending appeal brought by the Federal Trade Commission ("FTC"). These developments
4   include the progress of Integretel's bankruptcy reorganization and the status of the action
5   brought by the Federal Trade Commission ("FTC") against Integretel and other defendants
6   in the U.S. District Court for the Southern District of Florida (the "Florida Action"). As
7   discussed below, Integretel filed on January 14, 2008 its plan of reorganization and related
8   disclosure statement in the bankruptcy case. On February 20, 2008, the bankruptcy court
9   will hold a hearing to consider approving the disclosure statement, as well as scheduling a
10  hearing to consider confirmation of Integretel's plan of reorganization.[1]
11  Integretel also files this Notice in order to advise the Court of the present trial status
12  of the Florida Action. Based on a pending settlement reached by the FTC with the other
13  billing aggregators named as defendants, the trial date in the Florida Action case as to
14  those parties has been stayed. The FTC's motion for summary judgment against the
15  remaining individual defendants remains pending and, if granted by the Florida Court,
16  would leave no claims remaining to be tried other than those asserted against Integretel.
17  Finally, this Notice provides the Court with the amended complaint filed by
18  Integretel in the bankruptcy adversary proceeding, which now includes a claim for
19  determination of any interest that the Receiver or the FTC has in Integretel's assets.

20  **BRIEF SUMMARY OF PROCEDURAL AND FACTUAL BACKGROUND**

21  Integretel filed a voluntary petition under chapter 11 of title 11 of the United States
22  Code on September 16, 2007 (the "Petition Date") in the United States Bankruptcy Court
23  for the Northern District of California, San Jose Division (the "Bankruptcy Court")
24  commencing bankruptcy case number 07-52890 in the Bankruptcy Court (the "Bankruptcy
25  Case").

---

[1] This Notice is supported by the Declaration of Steven B. Sacks, filed herewith (the "Sacks Declaration").

-1-

On September 19, 2007, Integretel commenced adversary proceeding number 07-5156 (the "Adversary Proceeding") in the Bankruptcy Court against the Federal Trade Commission (the "FTC") and a receiver who had been appointed for two of Integretel's prior customers (the "Receiver"). The FTC filed a notice of appeal to this Court from an order the Bankruptcy Court issued in the Adversary Proceeding on or about November 7, 2007 (the "First FTC Appeal"). The First FTC Appeal commenced the above-captioned case before this Court. Subsequently, the FTC filed a notice of appeal to a separate order the Bankruptcy Court issued in the Adversary Proceeding on or about November 27, 2007 (the "Second FTC Appeal"). The Second FTC Appeal was docketed with the First FTC Appeal under the above-captioned case number for consideration by this Court.

On January 3, 2008, this Court granted the FTC's motion for expedited consideration (DE 30) of its combined motion for stay pending appeal and motion for change of venue with regard to the First FTC Appeal (DE 3) and set them for hearing on February 4, 2008. (DE 41). The FTC contends that the FTC's motion for stay pending appeal in the Second FTC Appeal (DE 13) is also being heard on February 4, 2008. Integretel disagrees.

### INTEGRETEL'S FILING OF ITS PLAN OF REORGANIZATION AND CONTINUED PURSUIT OF CONFIRMATION OF ITS PLAN

Integretel has continued to pursue a plan of reorganization which addresses and resolves all of Integretel's alleged liability arising from Integretel's actions and/or inactions prior to the Petition Date. On January 14, 2008, Integretel filed in the Bankruptcy Case its "Debtor's Chapter 11 Plan Of Reorganization, Dated January 14, 2008" (DE 395 in the Bankruptcy Case) (as such plan may be further modified, revised or amended the "Plan of Reorganization") and an accompanying disclosure statement in support of the Plan of Reorganization (DE 396 in the Bankruptcy Case). On January 18, 2008, Integretel filed in the Bankruptcy Case its "First Amended Disclosure Statement For The Debtor's Chapter 11 Plan Of Reorganization, Dated January 14, 2008" (DE 403 in the Bankruptcy Case) (as such disclosure statement may be further modified, revised or amended the "Disclosure

1  Statement"). A hearing is scheduled in the Bankruptcy Case for February 20, 2008 at 2:15
2  p.m. at which time the Bankruptcy Court will consider approving the Disclosure
3  Statement, as well as setting a hearing to consider confirmation of Integretel's Plan of
4  Reorganization. See, e.g., "Notice Of Hearing On Disclosure Statement" regarding the
5  February 20, 2008 hearing in the Bankruptcy Case (DE 402 in the Bankruptcy Case), a
6  copy of which notice is attached as Exhibit A to the accompanying Sacks Declaration.

7  The Plan of Reorganization provides a comprehensive framework for addressing
8  and resolving all of Integretel's alleged liability arising from Integretel's actions and/or
9  inactions prior to the Petition Date – whether such liability is alleged by the FTC, the
10 Receiver, or the hundreds of other customers, vendors or taxing authorities which have or
11 may allege liability against Integretel. In less than one month, on February 20, 2008, the
12 Bankruptcy Court will consider approval of the Disclosure Statement related to the Plan of
13 Reorganization. At that same February 20, 2008 hearing, the Bankruptcy Court will also
14 consider setting a confirmation hearing for Integretel's Plan of Reorganization. Integretel
15 continues its efforts in the Bankruptcy Case to reorganize its pre-petition liabilities -- as to
16 all entities alleging pre-petition liability against Integretel – and Integretel should be
17 permitted to continue its reorganization efforts in that centralized forum.

## PENDING SETTLEMENT AND VACATED TRIAL DATE AS TO INTEGRETEL'S CO-DEFENDANTS IN FLORIDA ACTION

On January 23, 2008, the other billing aggregators named as defendants in the Florida Action filed a joint motion with the FTC to stay the trial date and pretrial deadlines in that case based upon their representation to the Court that they had reached a tentative settlement that will be considered by the FTC's commissioners for approval. See Sacks Declaration, Exhibit B. On January 25, 2008, the Florida Court issued an order granting that motion. See Sacks Declaration, Exhibit C.

The joint motion advised the Florida Court that the FTC's summary judgment motion remained pending against the three individual defendants and that the FTC was not seeking a change in the trial date as to these defendants.

## AMENDED COMPLAINT FILED IN ADVERSARY PROCEEDING

On December 21, 2007, the Bankruptcy Court entered its order granting Integretel's motion for leave to file an amended complaint in which it adds a claim for relief seeking a determination that Integretel's bank accounts and other assets are free of any interest that the Receiver and the FTC assert was held by the Receiver as a consequence of the Florida Action. On December 27, 2007, Integretel filed its amended complaint. See Sacks Declaration, Exhibit D. Integretel asserts that the adversary proceeding thus provides a forum for the final determination of the Receiver's claim that he had a property interest in monies held by Integretel following the filing of Integretel's bankruptcy case.

Dated: January 28, 2008

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Steven B. Sacks_____
STEVEN B. SACKS
Attorneys for Debtor/Plaintiff/Appellee
THE BILLING RESOURCE, dba INTEGRETEL