1    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2      Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3    STEVEN B. SACKS, Cal. Bar No. 98875
   JEFFREY K. REHFELD, Cal. Bar No. 188128
4    Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4106
5    Telephone:     415-434-9100
   Facsimile:     415-434-3947
6    Email:     mahrens@sheppardmullin.com
         ssacks@sheppardmullin.com

7

   Attorneys for The Billing Resource, dba Integretel

8

                UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
                   SAN JOSE DIVISION

10

11    THE BILLING RESOURCE, dba Integretel, a    Case No. 07-CIV-5758-JW
   California corporation,
12

                      Debtor-Plaintiff-Appellee
13

       v.
14

   FEDERAL TRADE COMMISSION, et al.
15

                 Defendant-Appellant
16

| | |
|---|---|
| Date: | February 4, 2008 |
| Time: | 9:00 a.m. |
| Place: | 280 S. First Street |
| | San Jose, CA |
| Judge: | Hon. James Ware |
| | Courtroom 8- 4th Floor |

17

   On Appeal from the United States Bankruptcy Court for the Northern District of California,
           No. 07-52890-ASW, Adversary Proceeding No. 07-5156
18

19                        **CERTIFICATE OF SERVICE:**

20       **PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL's**
         **NOTICE OF RECENT DEVELOPMENTS PERTINENT TO FTC's**
21     **MOTION FOR STAY PENDING APPEAL: (1) INTEGRETEL's FILING**
      **OF ITS PLAN OF REORGANIZATION AND RELATED DISCLOSURE**
22    **STATEMENT IN ITS BANKRUPTCY CASE, (2) THE FEBRUARY 20, 2008**
      **HEARING REGARDING APPROVAL OF DISCLOSURE STATEMENT IN**
23      **THE BANKRUPTCY CASE, (3) ORDER OF FLORIDA DISTRICT COURT**
     **RE TRIAL OF FTC ENFORCEMENT ACTION, AND (4) FILING OF**
24       **AMENDED COMPLAINT IN ADVERSARY PROCEEDING;**

25    **DECLARATION OF STEVEN B. SACKS IN SUPPORT OF PLAINTIFF-APPELLEE**
      **THE BILLING RESOURCE, dba INTEGRETEL's NOTICE OF RECENT**
26   **DEVELOPMENTS PERTINENT TO FTC's MOTION FOR STAY PENDING APPEAL**

27

28

CERTIFICATE OF SERVICE

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **January 28, 2008**, I served the following document(s) described as

**PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL's NOTICE OF RECENT DEVELOPMENTS PERTINENT TO FTC's MOTION FOR STAY PENDING APPEAL: (1) INTEGRETEL's FILING OF ITS PLAN OF REORGANIZATION AND RELATED DISCLOSURE STATEMENT IN ITS BANKRUPTCY CASE, (2) THE FEBRUARY 20, 2008 HEARING REGARDING APPROVAL OF DISCLOSURE STATEMENT IN THE BANKRUPTCY CASE, (3) ORDER OF FLORIDA DISTRICT COURT RE TRIAL OF FTC ENFORCEMENT ACTION, AND (4) FILING OF AMENDED COMPLAINT IN ADVERSARY PROCEEDING;**

**DECLARATION OF STEVEN B. SACKS IN SUPPORT OF PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL's NOTICE OF RECENT DEVELOPMENTS PERTINENT TO FTC's MOTION FOR STAY PENDING APPEAL**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Michael P. Mora | mmora@ftc.gov |
| John Andrew Singer | jsinger@ftc.gov |
| Julie A. Mack | jmack@ftc.gov |

☒  **BY ELECTRONIC MAIL**

☐  **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒  **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **January 28, 2008**, at San Francisco, California.

*/s/ Judy Nakaso*
Judy Nakaso