WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____

|  |  |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, ) | |
| ) | No. 5:07-CIV-5758-JW |
| Debtor-Plaintiff-Appellee, ) | |
| ) | Date:   No Hearing Scheduled |
| v. ) | |
| ) | Judge: Hon. James Ware |
| FEDERAL TRADE COMMISSION et al., ) | |
| ) | |
| Defendant-Appellant. ) | |

_____

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**STIPULATION CONCERNING
APPEALS BY THE FEDERAL TRADE COMMISSION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant-appellant the Federal Trade Commission ("Commission") and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") hereby stipulate that the two appeals by the Commission pending before this Court (Dkt Items 1 and 11) be consolidated for all purposes and that the briefing schedule for these appeals mandated by N.D. Cal. Bankr. L. R. 8007-1(b) be vacated.  In support of this Stipulation, the Commission and Integretel state:

1.    Defendant-Appellant the Federal Trade Commission has two appeals pending before this Court from the United States Bankruptcy Court for the Northern District of California: (a) the appeal of a November 7,  2007, preliminary injunction (Dkt Item 1); and (b) the appeal of a November 27, 2007, preliminary injunction (Dkt Item 11).

2.    Both of these appeals are docketed at the same civil action number, No. 5:07-CIV-5758-JW.

3.    The Commission and Integretel stipulate that these two appeals should be consolidated for all purposes including, but not limited to, briefing.

4.    The record on appeal for the Commission's two appeals was received by the Clerk of this Court from the bankruptcy court on January14, 2008 (Dkt Items 42, 43 and 44).  As a result, the default briefing schedule pursuant to N.D. Cal. Bankr. L. R. 8007-1(b) is:  (a) the Commission's opening brief(s) shall be served  filed not later than February 13, 2008; (b) Integretel's appellee's brief(s) shall be served and filed within twenty days of the after service of the Commission's opening brief(s); and (c) the Commission's reply brief(s) shall be served and filed within ten days of the after service of Integretel's appellee's brief(s).

5.    The Receiver in the Commission's civil law enforcement action against Integretel pending in the United States District Court for the Southern District of Florida filed his own separate appeal of the bankruptcy court's November 27, 2007, preliminary injunction.  The Receiver's appeal is

1

docketed before this Court at No. 5:07-CV-6210-JF.  The Clerk of this Court received the record on

appeal from the bankruptcy court on January 23, 2008, so, pursuant to N.D. Cal. Bankr. L. R. 8007-

1(b), the Receiver's opening brief would not be due until February 22, 2008.

6.    On January 24, 2008, the Receiver filed a Notice of Pendency of Related Action or

Proceeding concerning his appeal (Dkt Item 52), seeking to consolidate his appeal with the

Commission's two appeals before the Hon. James Ware.   The Commission and Integretel both believe

that the Receiver's appeal is related to the Commission's two appeals and should be transferred to

Judge Ware and consolidated with the Commission's appeals.

7.    Due to the possible consolidation of the Commission's two appeals and the Receiver's

appeal, the Commission and Integretel request that the default briefing schedule set by N.D. Cal.

Bankr. R. 8007-1(b) should be vacated.  A new briefing schedule can be established after this Court

makes its decision concerning the proposed consolidation of these three appeals.

                                _____

                                     /s/

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

2

1

2

3          _____/s/_____[1]
          STEVEN B. SACKS
4          Sheppard, Mullin, Richter & Hampton, LLP
          Four Embarcadero Center - 17th Floor
5          San Francisco, CA 94111-4106
          Telephone:  (415) 434-9100
6          Facsimile:   (415) 434-3947
          Email: ssacks@sheppardmullin.com
7          Counsel for The Billing Resource dba Integretel

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
_____

28     [1]Pursuant to General Order No. 45, § X(B), John Andrew Singer hereby attests that
       signatories' concurrences in the filing of this document have been obtained.

                                              3