WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, <br><br> Debtor-Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL TRADE COMMISSION et al., <br><br> Defendant-Appellant. | No. 5:07-CIV-5758-JW <br><br> Date:   No Hearing Scheduled <br><br> Judge: Hon. James Ware |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**[PROPOSED] ORDER CONCERNING
APPEALS BY THE FEDERAL TRADE COMMISSION**

Pursuant to the Stipulation between defendant-appellant the Federal Trade Commission ("Commission") and debtor-plaintiff-appellee The Billing Resource dba Integretel, it is hereby ORDERED that:

1. The two appeals by the Commission pending before this Court, at No. 5:07-CV-5758-JW, from the United States Bankruptcy Court for the Northern District of California: (a) the appeal of a November 7, 2007, preliminary injunction (Dkt Item 1); and (b) the appeal of a November 27, 2007, preliminary injunction (Dkt Item 11), are hereby consolidated for all purposes including, but not limited to, briefing.

2. The default briefing schedule for the Commission's appeals set pursuant to N.D. Cal. Bankr. L. R. 8007-1(b) is hereby vacated. A new briefing schedule will be set by a further Order of this Court.

_____
HON. JAMES WARE
United States District Judge