WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | |
| | No. 5:07-CIV-5758-JW |
| Debtor-Plaintiff-Appellee, | |
| | Date:  February 4, 2008 |
| v. | Time:  9:00 a.m. |
| | Place: 280 S. First Street |
| FEDERAL TRADE COMMISSION et al., | San Jose, CA |
| | Judge: Hon. James Ware |
| Defendant-Appellant. | Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**DECLARATION OF MICHAEL MORA IN SUPPORT OF
DEFENDANT-APPELLANT FEDERAL TRADE COMMISSION'S NOTICE OF
FURTHER DEVELOPMENTS CONCERNING THE FEBRUARY 4, 2008 HEARING**

I, Michael Mora, state as follows:

1. I am an attorney for the Federal Trade Commission. The following is true based upon my personal knowledge.

2. Attached hereto are true and correct copies of the following items:

   A. The Commission's January 11, 2008, motion to withdraw the reference of the amended complaint filed by Integretel in Adversary Proceeding No. 07-5156 to the bankruptcy court. The motion was docketed in this District Court on January 18 as Case No. C-08-00341-RMW. On January 22, the Honorable Judge Whyte issued an Order of Referral to this Court, which is currently pending.

   B. Notice of Hearing on First Interim Fee Applications filed by Integretel with the bankruptcy court on January 25, 2008;

   C. The complaint commencing Adversary Proceeding No. 08-05020 filed against Integretel by a group of its telephone billing service customers on January 23, 2008; and

   D. Plaintiffs' memorandum in that adversary proceeding, in support of their application to segregate certain funds held by Integretel.

Executed on January 29, 2008, subject to the penalty of perjury in unsworn statements.

/s/ Michael P. Mora
Michael Mora