SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN SACKS, Cal. Bar No. 98875
JEFFREY K. REHFELD, Cal. Bar No. 188128
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947

Bankruptcy Reorganization Counsel
for Debtor and Debtor-in-Possession
The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation<br><br>Debtor. | Case No. 07-52890 ASW<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM FEE APPLICATIONS AND NOTICE OF FILING OF FIRST INTERIM FEE APPLICATIONS RE THE FOLLOWING FIRMS: (1) SHEPPARD, MULLIN, RICHTER & HAMPTON LLP; (2) TIGHE PATTON ARMSTRONG TEASDALE PLLC; (3) HOLLAND & KNIGHT LLP; (4) FTI CONSULTING, INC.; AND (5) GLASSRATNER ADVISORY & CAPITAL GROUP, LLC**<br><br>Date:    March 18, 2008<br>Time:    2:15 p.m.<br>Place:   United States Bankruptcy Court<br>         280 South First Street<br>         San Jose, California<br>Judge:   Hon. Arthur S. Weissbrodt<br>Courtroom:   3020 |

W02-WEST:FJR\400689382.3    NTC. OF HEARING ON FIRST INTERIM FEE APPS. AND NTC. OF FILING OF FIRST INTERIM FEE APPS.

FTC Exh B

Case: 07-52890    Doc #: 430    Filed: 01/25/2008    Page 1 of 8

1     **PLEASE TAKE NOTICE** that a hearing to consider the approval of the first interim fee applications of certain firms whose employment has been approved by the Court in the above-captioned bankruptcy case will be held at 2:15 p.m. on March 18, 2008, in the courtroom of the Honorable Arthur S. Weissbrodt, Courtroom 3020, at the United States Bankruptcy Court, located at 280 South First Street, San Jose, California.

    **PLEASE TAKE FURTHER NOTICE** that the firms whose first interim fee applications (each firm's application an "Application" and all firms' applications collectively the "Applications") will be considered at that hearing are the following: (1) Sheppard, Mullin, Richter & Hampton LLP ("Sheppard"), bankruptcy counsel for The Billing Resource, dba Integretel, the debtor and debtor-in-possession (the "Debtor"); (2) Tighe Patton Armstrong Teasdale PLLC ("Tighe Patton"), special counsel for the Debtor; (3) Holland & Knight LLP ("Holland"), special counsel for the Debtor; (4) FTI Consulting, Inc. ("FTI"), financial advisor for the Debtor; and (5) GlassRatner Advisory & Capital Group, LLC ("GR"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"). Collectively, Sheppard, Tighe Patton, Holland, FTI and GR shall be referred to in this Notice as the "Subject Firms." Each of the Subject Firms filed with the Court its Application on January 24, 2008 or January 25, 2008. A general summary of the amounts sought by each of the Subject Firms in its Application and the applicable time period for each Application is set forth below.

    **PLEASE TAKE FURTHER NOTICE** that on December 19, 2007, this Court entered its "Order Approving Interim Compensation And Reimbursement Procedures For Professionals" (Docket No. 354) (the "Knudsen Order"). Subject to the terms and conditions set forth therein, the Knudsen Order authorizes professionals whose employment has been approved by the Court to be paid amounts representing 80% of such firm's fees and 100% of such firm's expenses on an interim basis prior to approval of a formal fee application. Each of the Subject Firms has previously been paid certain amounts pursuant to the Knudsen Order. It is also likely that subsequent to the filing of this Notice and the Applications, but prior to the hearing on the Applications, some or all of the Subject Firms will have been paid further amounts pursuant to the Knudsen Order.

-1-

W02-WEST:FJR\400689382.3     NTC. OF HEARING ON FIRST INTERIM FEE APPS. AND NTC. OF FILING OF FIRST INTERIM FEE APPS.

FTC Exh. B

Case: 07-52890    Doc #: 430    Filed: 01/25/2008    Page 2 of 8

**PLEASE TAKE FURTHER NOTICE** that the following is a general summary of the amounts sought by each of the Subject Firms in its Application and the applicable time period for each Application.

1.  <u>Sheppard, Mullin, Richter & Hampton LLP ("Sheppard")</u>. In its Application Sheppard seeks and order from the Court: (1) granting interim approval of compensation for professional legal services rendered and reimbursement of expenses incurred as counsel for the Debtor from September 14, 2007 through December 31, 2007 totaling $1,018,050, consisting of professional fees of $962,972 and expenses of $55,078.75; (2) ratifying any payments previously made to Sheppard for that time period pursuant to the Knudsen Order, which payments as of the filing of this Notice and Sheppard's Application totaled $695,312.13, consisting of $656,647.60 in fees and $38,664.53 in expenses pertaining to the period September 14, 2007 through November 30, 2007, inclusive of Sheppard's application of a pre-petition $350,000 retainer; (3) authorizing and directing the Debtor to make immediate payment to Sheppard of all allowed and outstanding amounts approved in its Application but not yet paid to Sheppard; and (4) granting such other and further relief as the Court may deem just and proper. In its Application, Sheppard is reducing its request for payment of the 20% of fees "held back" pursuant to the Knudsen Order for the period September 14, 2007 through November 30, 2007 by $36,106, to take account of certain mistakes which were included in Sheppard's first invoice which covered that time period.

Though Sheppard has been paid certain amounts pursuant to the Knudsen Order for the period September 14, 2007 through November 30, 2007, as of the filing of this Notice and Sheppard's Application Sheppard has not been paid any amounts pursuant to the Knudsen Order for the December 2007 time period, which amounts total $194,682.72, consisting of $178,268.50 in fees (which amount is after the voluntary write off by Sheppard of an additional over $35,000 of fees incurred by Sheppard during the December 2007 time period) and $16,414.22 in expenses. It is likely that Sheppard will seek to be paid amounts pursuant to the Knudsen Order (i.e., up to 80% of the fees and 100% of the expenses) for the December 2007 time period prior to the hearing on Sheppard's Application, and thus Sheppard may have been paid further amounts as of the date

of the hearing on Sheppard's Application.

2. <u>Tighe Patton Armstrong Teasdale PLLC (i.e., Tighe Patton)</u>.

In its Application Tighe Patton seeks and order from the Court: (1) granting interim approval of compensation for professional legal services rendered and reimbursement of expenses incurred as special counsel for the Debtor from September 14, 2007 through December 31, 2007 totaling $309,937.92, consisting of professional fees of $299,092 and expenses of $10,845.92; (2) ratifying any payments previously made to Tighe Patton for that time period pursuant to the Knudsen Order, which amount as of the filing of this Notice and Tighe Patton's Application totaled $229,969.75, consisting of $220,260.80 in fees and $9,708.95 in expenses pertaining to the period September 14, 2007 through November 30, 2007, inclusive of Tighe Patton's application of a pre-petition $141,489.60 retainer; (3) authorizing and directing the Debtor to make immediate payment to Tighe Patton of all allowed and outstanding amounts approved in its Application but not yet paid to Tighe Patton; and (4) granting such other and further relief as the Court may deem just and proper. Though Tighe Patton has been paid certain amounts pursuant to the Knudsen Order for the period September 14, 2007 through November 30, 2007, as of the filing of this Notice and Tighe Patton's Application Tighe Patton has not been paid any amounts pursuant to the Knudsen Order for the December 2007 time period, which amounts total $30,697.19, consisting of $29,368.00 in fees and $1,329.19 in expenses. It is likely that Tighe Patton will seek to be paid amounts pursuant to the Knudsen Order (i.e., up to 80% of the fees and 100% of the expenses) for the December 2007 time period prior to the hearing on Tighe Patton's Application, and thus Tighe Patton may have been paid further amounts as of the date of the hearing on Tighe Patton's Application.

3. <u>Holland & Knight LLP (i.e., Holland)</u>.

In its Application Holland seeks and order from the Court: (1) granting interim approval of compensation for professional legal services rendered and reimbursement of expenses incurred as special counsel for the Debtor from September 17, 2007 through December 31, 2007 totaling $47,635.05, consisting of professional fees of $44,189.50 and expenses of $3,445.55; (2) ratifying any payments previously made to Holland for that time period pursuant to the Knudsen

1  Order, which payments as of the filing of this Notice and Holland's Application totaled
2  $38,616.67, consisting of $35,175.60 in fees and $3,441.07 in expenses pertaining to the period
3  September 17, 2007 through November 30, 2007; (3) authorizing and directing the Debtor to make
4  immediate payment to Holland of all allowed and outstanding amounts approved in its Application
5  but not yet paid to Holland; and (4) granting such other and further relief as the Court may deem
6  just and proper.

7       4.    FTI Consulting, Inc. (i.e., FTI).

8       In its Application FTI seeks and order from the Court: (1) granting interim
9  approval of compensation for professional legal services rendered and reimbursement of expenses
10 incurred as financial advisor for the Debtor from October 4, 2007 through December 31, 2007
11 totaling $356,505.88, consisting of professional fees of $352,169.55 and expenses of $4,336.33;
12 (2) ratifying any payments previously made to FTI for that time period pursuant to the Knudsen
13 Order, which payments as of the filing of this Notice and FTI's Application totaled $217,650.15,
14 consisting of $213,742.80 in fees and $3,907.35 in expenses pertaining to the period October 4,
15 2007 through November 30, 2007; (3) authorizing and directing the Debtor to make immediate
16 payment to FTI of all allowed and outstanding amounts approved in its Application but not yet
17 paid to FTI; and (4) granting such other and further relief as the Court may deem just and proper.
18 Though FTI has been paid certain amounts pursuant to the Knudsen Order for the period October
19 4, 2007 through November 30, 2007, as of the filing of this Notice and FTI's Application FTI has
20 not been paid any amounts pursuant to the Knudsen Order for the December 2007 time period,
21 which amounts total $85,419.97, consisting of $84,991.05 in fees and $498.98 in expenses. It is
22 likely that FTI will seek to be paid amounts pursuant to the Knudsen Order (i.e., up to 80% of the
23 fees and 100% of the expenses) for the December 2007 time period prior to the hearing on FTI's
24 Application, and thus FTI may have been paid further amounts as of the date of the hearing on
25 FTI's Application.

26      5.    GlassRatner Advisory & Capital Group, LLC (i.e., GR).

27      In its Application GR seeks and order from the Court: (1) granting interim
28 approval of compensation for professional legal services rendered and reimbursement of expenses

1  incurred as financial advisor for the Committee from October 9, 2007 through December 31, 2007
2  totaling $151,525.40 consisting of professional fees of $142,009.50 and expenses of $9,515.90;
3  (2) ratifying any payments previously made to GR for that time period pursuant to the Knudsen
4  Order, which payments as of the filing of this Notice and GR's Application totaled $99,397.98 ,
5  consisting of $89,886.80 in fees and $9,511.18 in expenses pertaining to the period October 9,
6  2007 through November 30, 2007; (3) authorizing and directing the Debtor to make immediate
7  payment to GR of all allowed and outstanding amounts approved in its Application but not yet
8  paid to GR; and (4) granting such other and further relief as the Court may deem just and proper.
9  Though GR has been paid certain amounts pursuant to the Knudsen Order for the period October
10 9, 2007 through November 30, 2007, as of the filing of this Notice and GR's Application GR has
11 not been paid any amounts pursuant to the Knudsen Order for the December 2007 time period,
12 which amounts total $29,655.72 consisting of $29,651.00 in fees and $4.72 in expenses.  It is
13 likely that GR will seek to be paid amounts pursuant to the Knudsen Order (i.e., up to 80% of the
14 fees and 100% of the expenses) for the December 2007 time period prior to the hearing on GR's
15 Application, and thus GR may have been paid further amounts as of the date of the hearing on
16 GR's Application.

17       **PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rules
18 9014-1(b)(1) and 9014-11(c)(2) of the United States Bankruptcy Court for the Northern District of
19 California, any opposition to the relief requested in any of the Applications both shall be filed with
20 the Court and shall be served on the following parties at the addresses set forth below no less than
21 5 days before the hearing date on the Applications:  (a) the Debtor; (b) the Debtor's counsel
22 Sheppard; (c) counsel for the Committee; (d) the United States Trustee; and (e) the specific
23 Subject Firm whose Application is the subject of the opposition.

24             The Debtor:

25             The Billing Resource
               5883 Rue Ferrari
26             San Jose, CA 95138
               Attn:   Ken Dawson
27

28

-5-

W02-WEST:FJR\400689382.3   NTC. OF HEARING ON FIRST INTERIM FEE APPS. AND NTC. OF FILING OF FTC Exh B FEE APPS.

Case: 07-52890   Doc #: 430   Filed: 01/25/2008   Page 6 of 8

| | |
|---|---|
| 1 | <u>Counsel to Debtor Sheppard, Mullin, Richter & Hampton LLP</u>: |
| 2 | Sheppard, Mullin, Richter & Hampton LLP |
| 3 | Four Embarcadero Center, Suite 1700<br>San Francisco, CA 94111 |
| 4 | Attn:   Michael H. Ahrens, Esq.<br>          Steven B. Sacks, Esq. |
| 5 |        Jeffrey K. Rehfeld, Esq.<br>Email: mahrens@sheppardmullin.com |
| 6 |        ssacks@sheppardmullin.com |
| 7 | <u>Counsel to Committee</u>: |
| 8 | Pachulski Stang Ziehl & Jones LLP |
| 9 | 150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 |
| 10 | Attn:   John D. Fiero, Esq.<br>          Maxim B. Litvak, Esq. |
| 11 | Email: jfiero@pszjlaw.com |
| 12 |        mlitvak@pszjlaw.com |
| 13 | <u>Office of the United States Trustee</u>: |
| 14 | Office of the United States Trustee<br>280 S. First Street, Suite 268 |
| 15 | San Jose, CA 94113-0002<br>Attn:   John Wesolowski, Esq. |
| 16 | |
| 17 | <u>Tighe Patton Armstrong Teasdale PLLC</u>: |
| 18 | Tighe Patton Armstrong Teasdale PLLC<br>1747 Pennsylvania Avenue, Suite 300 |
| 19 | Washington, D.C. 20006<br>Attn:   Richard Gordin, Esq. |
| 20 |       Neal Goldfarb, Esq.<br>Facsimile: (202) 454-2800 |
| 21 | |
| 22 | <u>Holland & Knight LLP</u>: |
| 23 | Holland & Knight LLP<br>222 Lakeview Avenue, Suite 1000 |
| 24 | West Palm Beach, FL  33401<br>Attn:   Scott Newman, Esq. |
| 25 | Facsimile: (561) 650-8399 |
| 26 | <u>FTI Consulting, Inc.</u>: |
| 27 | FTI Consulting, Inc. |
| 28 | One Front Street, Suite 1600<br>San Francisco, CA 9411 |

-6-

W02-WEST:FJR\400689382.3   NTC. OF HEARING ON FIRST INTERIM FEE APPS. AND NTC. OF FILING OF FIRST INTERIM FEE APPS.

FTC Exh B

Case: 07-52890   Doc #: 430   Filed: 01/25/2008   Page 7 of 8

```
 1         Attn:    Paul Weber
                    Rocky Ho
 2         Facsimile: (415) 283-4266

 3         GlassRatner Advisory & Capital Group, LLC:

 4         GlassRatner Advisory & Capital Group, LLC
           5020 Campus Drive
 5         Newport Beach, CA 92660
           Attn:    Kerry Krisher
 6         Facsimile: (949) 296-7489
```

7  **PLEASE TAKE FURTHER NOTICE** that failure to file a timely opposition to the Applications may be deemed by the Court to constitute consent to the relief sought in the Applications.

**PLEASE TAKE FURTHER NOTICE** that if you only received this Notice, but did not receive copies of the Applications, and would like copies of the Applications, you may request that you be sent a copy of any of the Applications. Requests for copies of any of the Applications should be mailed, faxed or emailed to: Sheppard Mullin Richter & Hampton LLP, Attn: Peter Stone, Four Embarcadero Center, 17th Floor, San Francisco, CA 94111, fax number: 415-434-3947, email: [pstone@sheppardmullin.com].

Dated: January 25, 2008

                            Respectfully submitted,

                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By _____
                                    Jeffrey K. Rohfeld
                            Attorneys for Debtor The Billing Resource, dba
                                    Integretel

W02-WEST:FJR\400689382.3    -7-    NTC. OF HEARING ON FIRST INTERIM FEE APPS, AND NTC. OF FILING OF FIRST INTERIM FEE APPS.

FTC Exh. B

Case: 07-52890    Doc #: 430    Filed: 01/25/2008    Page 8 of 8