WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

THE BILLING RESOURCE d/b/a INTEGRETEL,

    Debtor-Plaintiff-Appellee,

    v.

FEDERAL TRADE COMMISSION et al.,

    Defendant-Appellant.

No. 5:07-CIV-5758-JW

Date:  February 4, 2008
Time:  9:00 a.m.
Place:  280 S. First Street
      San Jose, CA
Judge: Hon. James Ware
Courtroom: 8 - 4th Floor

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2008, I served a copy of the FTC's Notice of Further Developments re February 4, 2008 Hearing, and the Declaration of Michael Mora and Exhibits in support thereof, by the means indicated below:

Through the Court's ECF System and by email:

>Michael H. Ahrens, Esquire
>Jeffrey K. Rehfeld , Esquire
>Steven B. Sacks, Esquire
>Sheppard, Mullin, Richter and Hampton
>4 Embarcadero Center, 17th Floor
>San Francisco, California  94111
>COUNSEL FOR INTEGRETEL

>Howard Kollitz, Esquire
>Walter K. Oetzell, Esquire
>Steven J. Schwartz, Esquire
>Danning, Gill, Diamond & Kollitz, LLP
>2029 Century Park East, Third Floor
>Los Angeles, California  90067-2904
>COUNSEL FOR RECEIVER

>John D. Fiero, Esquire
>Pachulski, Stang, Ziehl, Young and Jones
>150 California St. 15th Fl.
>San Francisco, California  94111-4500
>COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

>Kathryn S. Diemer, Esq.
>Diemer, Whitman and Cardosi
>75 E. Santa Clara Street
>San Jose, CA 95113
>COUNSEL FOR POL, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Via Federal Express:

    Sara L. Kisler, Acting U.S. Trustee for Region 17
    Office of the U.S. Trustee
    U.S. Federal Bldg.
    280 South 1st Street, #268
    San Jose, California 95113-3004
    UNITED STATES TRUSTEE

    /S/
    John Andrew Singer