IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Federal Trade Commission, | NO. C 07-05758 JW |
|     Appellant - Defendant, | **ORDER CONTINUING HEARING** |
| v. | |
| The Billing Resource, et al., | |
|     Appellee - Plaintiff - Debtor | |

    Having reviewed Plaintiff and Defendants' motion papers and notifications of recent events, the Court finds it appropriate to specially set the hearing to allow sufficient time for the presentation of arguments. Accordingly, the hearing currently set for February 4, 2008, is continued to **February 5, 2008 at 10:00 AM**.

Dated: January 30, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeffrey Keith Rehfeld jrehfeld@sheppardmullin.com
John Andrew Singer jsinger@ftc.gov
Julie A. Mack jmack@ftc.gov
Michael H. Ahrens mahrens@sheppardmullin.com
Michael P Mora mmora@ftc.gov
Ori Katz okatz@sheppardmullin.com
Steven Benjamin Sacks ssacks@sheppardmullin.com
Steven Joel Schwartz sschwartz@dgdk.com

**Dated: January 30, 2008**            **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers**
                                                             **Elizabeth Garcia**
                                                             **Courtroom Deputy**