UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 2/5/2008
**Case No.:** CR-07-5758 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Jana Ridenour
**Interpreter:** N/A

## TITLE

Federal Trade Commission v. The Billing Resource et al

**Attorney(s) for Plaintiff(s):** John Singer, Michael Mora
**Attorney(s) for Defendant(s):** Steven Sacks, Kathyrn Diener, Walter Oetzell

## PROCEEDINGS

Appellant's Combined Motion to Stay Pending Appeal and Change of Venue

## ORDER AFTER HEARING

Hearing Held. The Court submitted the matter after oral argument. The Court to issue further order following hearing. The Court held a case management Conference off the record. The Court instructed the parties to meet and confer re briefing and to file a stipulation re briefing to be reviewed by the Court.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: