WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>        Debtor-Plaintiff-Appellee,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>        Defendant-Appellant. | No. 5:07-CIV-5758-JW<br><br>Date:   No Hearing Scheduled<br><br>Judge: Hon. James Ware |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**SUPPLEMENTAL STATEMENT CONCERNING AN ISSUE
RAISED *SUA SPONTE* BY THE COURT AT ITS FEBRUARY 5, 2008 HEARING**

Defendant-appellant the Federal Trade Commission ("Commission") hereby provides a supplemental statement concerning an issue raised *sua sponte* by the Court at its February 5, 2008 hearing. The Court expressed an interest whether it would be possible to have the Commission's enforcement action against Integretel, *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.), pending before the United States District Court for the Southern District of Florida, be litigated before this Court. This issue is addressed by 28 U.S.C. § 1452(a). This statute specifically prohibits the removal of "a civil action by a governmental unit to enforce such governmental unit's police or regulatory power" from a federal district court where the civil enforcement action is pending to another federal district court based solely upon the second district court's jurisdiction over a bankruptcy matter involving a debtor-defendant the civil enforcement action. *See also City & County of San Francisco v. PG&E Corp.*, 433 F.3d 1115 (9th Cir. 2006); *Collier Bankruptcy* ¶ 3.07, ¶ 3.07[1] n.8 and accompanying text (15th ed. rev.) ("As strange as it may sound, § 1452 applies whether the litigation to be removed is pending in state or federal court," unlike 28 U.S.C. § 1441, which applies only to the removal of actions from state courts.).

Respectfully submitted,

/s/
JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov