WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, <br><br> Debtor-Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL TRADE COMMISSION et al., <br><br> Defendant-Appellant. | No. 5:07-CIV-5758-JW <br><br> Date:   No Hearing Scheduled <br><br> Judge: Hon. James Ware |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of February, 2008, I served a copy of the Federal Trade Commission's Supplemental Statement Concerning an Issue Raised *Sua Sponte* by the Court at its February 5, 2008 Hearing by the means indicated below:

Through the Court's ECF System and by email:

> Michael H. Ahrens, Esquire
> Jeffrey K. Rehfeld , Esquire
> Steven B. Sacks, Esquire
> Sheppard, Mullin, Richter and Hampton
> 4 Embarcadero Center, 17th Floor
> San Francisco, California  94111
> COUNSEL FOR INTEGRETEL
>
> Howard Kollitz, Esquire
> Walter K. Oetzell, Esquire
> Steven J. Schwartz, Esquire
> Danning, Gill, Diamond & Kollitz, LLP
> 2029 Century Park East, Third Floor
> Los Angeles, California  90067-2904
> COUNSEL FOR RECEIVER
>
> John D. Fiero, Esquire
> Pachulski, Stang, Ziehl, Young and Jones
> 150 California St. 15th Fl.
> San Francisco, California  94111-4500
> COUNSEL FOR UNSECURED CREDITORS' COMMITTEE
>
> Kathryn S. Diemer, Esq.
> Diemer, Whitman and Cardosi
> 75 E. Santa Clara Street
> San Jose, CA 95113
> COUNSEL FOR POL, INC.

Via Federal Express:

    Sara L. Kisler, Acting U.S. Trustee for Region 17  
    Office of the U.S. Trustee  
    U.S. Federal Bldg.  
    280 South 1st Street, #268  
    San Jose, California  95113-3004  
    UNITED STATES TRUSTEE

                                                       /S/  
                                         John Andrew Singer