1 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
JEFFREY K. REHFELD, Cal. Bar No. 188128
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email:           mahrens@sheppardmullin.com
                    ssacks@sheppardmullin.com

Attorneys for The Billing Resource, dba Integretel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>　　　　Debtor-Plaintiff-Appellee<br><br>　　v.<br><br>FEDERAL TRADE COMMISSION, et al.<br><br>　　　　Defendant-Appellant | Case No. 07-CIV-5758-JW<br><br>Date:        February 4, 2008<br>Time:       9:00 a.m.<br>Place:      280 S. First Street<br>　　　　　San Jose, CA<br>Judge:     Hon. James Ware<br>　　　　　Courtroom 8- 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890-ASW, Adversary Proceeding No. 07-5156

**CERTIFICATE OF SERVICE:**

**PLAINTIFF-APPELLEE THE BILLING RESOURCE, dba INTEGRETEL'S SECOND NOTICE OF RECENT DEVELOPMENTS PERTINENT TO FTC'S MOTION FOR STAY PENDING APPEAL:  (1) PENDING SETTLEMENT AS TO REMAINING DEFENDANTS OTHER THAN INTEGRETEL IN FTC ENFORCEMENT ACTION (2) ORDER OF FLORIDA DISTRICT COURT REMOVING TRIAL OF FTC ENFORCEMENT ACTION FROM TRIAL CALENDAR**

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **February 15, 2008**, I served the following document(s) described as

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Michael P. Mora | mmora@ftc.gov |
| John Andrew Singer | jsinger@ftc.gov |
| Julie A. Mack | jmack@ftc.gov |
| John Fiero | jfiero@pszjlaw.com |
| Walter Oetzell | woetzell@dgdk.com |
| Steven Schwartz | sschwartz@dgdk.com |
| Jeffrey Schneider | jcs@tewlaw.com |
| John Wesolowski | John.Wesolowski@usdoj.gov |

☒ **BY ELECTRONIC MAIL**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **February 15, 2008**, at San Francisco, California.

*/s/ Judy Nakaso*
Judy Nakaso