WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>    Debtor-Plaintiff-Appellee,<br><br>  v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>    Defendant-Appellant. | No. 5:07-CIV-5758-JW<br><br>Date:   No Hearing Scheduled<br><br>Judge: Hon. James Ware |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**STIPULATION FOR BRIEFING SCHEDULES CONCERNING APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby stipulate to the following briefing schedule for the two appeals by the Commission and the appeal by the Receiver pending before this Court. The Parties further stipulate to a briefing schedule for the Commission's motion to withdraw the reference to the bankruptcy court of the Amended Complaint in the adversary proceeding styled *The Billing Resource dba Integretel v. David Chase and the Federal Trade Commission*, No. 07-AP-5156 (Bankr. N.D. Cal.). The Parties stipulate to the following briefing schedules:

1. As to the appeals:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before May 8, 2008;

    c. The Commission and the Receiver reply briefs shall be filed and served electronically on or before May 23, 2008; and

    d. Oral argument shall take place on June 16, 2008, or at such other time as may be convenient for the Court.

2. As to the motion for withdrawal of reference:

    a. The Commission's opening memorandum already has been filed;

    b. Integretel's opposition shall be filed and served electronically on or before March 7, 2008;

      c.    The Commission's reply memorandum shall be filed and served electronically on or before March 17, 2008; and

      d.    Oral argument shall take place on April 7, 2008, at 9:00 a.m., the hearing date previously noticed and calendared with the Court, or as soon thereafter as possible.

3.    A proposed Order incorporating these dates is being filed along with this Stipulation.

Respectfully submitted,

_____/s/_____
JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

_____/s/_____[1]
STEVEN B. SACKS
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center - 17th Floor
San Francisco, CA 94111-4106
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947
Email: ssacks@sheppardmullin.com
Counsel for The Billing Resource dba Integretel

---

[1] Pursuant to General Order No. 45, § X(B), John Andrew Singer hereby attests that signatories' concurrences in the filing of this document have been obtained.

1
2
3
4
5
6

                     /s/
          —————————————
WALTER K. OETZELL
Danning, Gill, Diamond & Kolliz, LLP
2029 Century Park East - Third Floor
Los Angeles, CA 90067
Telephone:    (310) 277-0077
Facsimile:    (310) 277-5735
Email: wpetzell@dgdk.com
Counsel for Receiver David Chase

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28