WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | ) |
| Debtor-Plaintiff-Appellee, | ) No. 5:07-CIV-5758-JW |
| v. | ) Date:   No Hearing Scheduled |
| FEDERAL TRADE COMMISSION et al., | ) Judge: Hon. James Ware |
| Defendant-Appellant. | ) |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**[PROPOSED] ORDER FOR BRIEFING SCHEDULES CONCERNING APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Pursuant to the Stipulation among Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties"), it is hereby ORDERED that:

1. As to the pending appeals by the Commission and the Receiver:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before May 8, 2008;

    c. The Commission and the Receiver reply briefs shall be filed and served electronically on or before May 23, 2008; and

    d. Oral argument shall take place on June 16, 2008, at _____ a.m./p.m. or at some other such time as is convenient for the Court.

2. As to the Commission's motion to withdraw the reference of the Amended Complaint in the adversary proceeding styled *The Billing Resource dba Integretel v. David Chase and the Federal Trade Commission*, No. 07-AP-5156 (Bankr. N.D. Cal.):

    a. The Commission's opening memorandum already has been filed;

    b. Integretel's opposition shall be filed and served electronically on or before March 7, 2008;

    c. The Commission's reply memorandum shall be filed and served electronically on or before March 17, 2008; and

d.  Oral argument shall take place on April 7, 2008, at 9:00. a.m.

_____
HON. JAMES WARE
United States District Judge