SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100

Attorneys for The Billing Resource, dba Integretel

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

[SAN JOSE DIVISION]

| | |
|---|---|
| In re<br><br>THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>Debtor.<br><br>Tax ID: 33-0289863 | Case No. 07-52890 ASW<br><br>Chapter 11 |
| THE BILLING RESOURCE, dba INTEGRETEL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, and DAVID R. CHASE, not individually, but solely in his capacity as receiver for Nationwide Connections, Inc., Access One Communications, Inc., Network One Services, Inc., 411TXT, Inc., CELL-INFO-USA, INC., Enhanced Billing Services, Inc., Toll Free Connect, Inc., Cripple Creek Holdings, LLC, Built to Last, LLC, Not Fade Away, LLC, He's Gone, LLC, The Other One, LLC, Turn on Your Love Light, LLC, China Cat Sunflower, LLC, Lazy River Road Holdings, LLC,<br><br>Defendants. | Adv. Proc. No. 07-05156 ASW<br><br>**CERTIFICATE OF SERVICE**<br><br>**THE BILLING RESOURCE, dba INTEGRETEL's MEMORANDUM IN OPPOSITION TO FTC'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)**<br><br>Date:    April 7, 2008<br>Time:    9:00 a.m.<br>Place:   280 South First Street<br>              San Jose, California,<br>Judge:        Hon. James Ware<br>        Courtroom: 8 (4th Floor) |

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On **March 7, 2008** I served the following document(s) described as

**THE BILLING RESOURCE, dba INTEGRETEL's MEMORANDUM IN OPPOSITION TO FTC'S MOTION FOR WITHDRAWAL OF THE REFERENCE UNDER 28 U.S.C. § 157(d)**

on the interested party(ies) in this action as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☐ **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 415-434-3947. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

☒ **BY ELECTRONIC MAIL:** See attached Service List.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1
2      Executed on **March 5, 2008**, at San Francisco, California.
3
4                                              /s/ Loretta S. Wilcher
                                               LORETTA S. WILCHER
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

| | |
|---|---|
| Collot Guerard | cguerard@ftc.gov |
| Jeffrey Schneider | jcs@tewlaw.com |
| John Fiero | Jfiero@pszjlaw.com |
| Laura M. Kim | lkim@ftc.gov |
| Maxim B. Litvak | mlitvak@pszjlaw.com |
| Michael Mora | mmora@ftc.gov |
| Walter Oetzell | woetzell@dgdk.com |
| John Singer | jsinger@ftc.gov |
| Steven Schwartz | sschwartz@dgdk.com |
| John Wesolowski | john.wesolowski@usdoj.gov |