1  WILLIAM BLUMENTHAL
2  General Counsel

3  MICHAEL P. MORA
   Attorney - Division of Enforcement
4  Federal Trade Commission
5  600 Pennsylvania Ave., NW - NJ 2122
   Washington, DC  20580
6  Telephone:  (202) 326-3373
   Facsimile:   (202) 326-2558
7  Email: mmora@ftc.gov

8  ATTORNEYS FOR FEDERAL
9  TRADE COMMISSION

10              IN THE UNITED STATES DISTRICT COURT
11           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
12

13  _____
                                                    )
14  THE BILLING RESOURCE d/b/a INTEGRETEL,          )
                                                    )   No. 5:07-cv-5758-JW
15              Debtor-Plaintiff-Appellee,          )   (Bankruptcy Appeal)
                                                    )   Date:   June 16, 2008
16              v.                                  )   Time:  9:00 a.m.
                                                    )   Courtroom 8
17  FEDERAL TRADE COMMISSION et al.,                )
                                                    )
18                                                  )
19              Defendant-Appellant.                )
    _____)
20                                                  )
21  FEDERAL TRADE COMMISSION,                       )
                                                    )
22              Movant,                             )
                                                    )
23              v.                                  )   No. C:08-00341-JW
                                                    )   (Bankruptcy Motion to Withdraw
24  THE BILLING RESOURCE, dba Integretel,           )   Reference)
25  a California corporation,                       )   Date:   April 21, 2008
                                                    )   Time:  9:00 a.m.
26              Respondent.                         )   Courtroom 8
27  _____)

28

**STIPULATION CONCERNING <u>REVISED</u> BRIEFING SCHEDULE FOR
APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER
AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant

David Chase, the Receiver appointed by the United States District Court for the Southern District of

Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the

"Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel")

(collectively referred to herein as the "Parties") hereby stipulate to the following briefing schedule for

the two appeals by the Commission and the appeal by the Receiver pending before this Court in related

Case Nos. 07-cv-5758-JW and 07-cv-6210-JW).  The Parties further stipulate to a <u>revised</u> briefing

schedule for the Commission's motion to withdraw the reference to the bankruptcy court of the

Amended Complaint in the adversary proceeding styled *The Billing Resource dba Integretel v. David

Chase and the Federal Trade Commission*, No. 07-AP-5156 (Bankr. N.D. Cal.), pending before this

Court in related Case No. 08-cv-341-JW.  The Parties previously filed a Stipulation concerning briefing

schedule in Case No. 07-cv-5758-JW on February 20, 2008 [DE 70].  On March 7, 2008, the Court

entered an Order and Stipulation concerning the briefing schedule, as modified by the Court, in Case

No. 07-cv-5758-JW [DE 71].  The Parties hereby revise their stipulation, and incorporate the Court's

prior modifications as to the scheduled hearing dates, as follows:

1.    As to the appeals:

     a.    The Commission's and the Receiver's opening briefs shall be filed and served

        electronically on or before April 7, 2008;

     b.    Integretel's appellee brief Defendant-Appellant shall be filed and served

        electronically on or before May 8, 2008;

2

c.      The Commission and the Receiver reply briefs shall be filed and served electronically on or before May 23, 2008; and

d.      Oral argument shall take place on **June 16, 2008, at 9:00 a.m.**

2.    As to the motion for withdrawal of reference:

a.      The Commission's opening memorandum already has been filed;

b.      Integretel's opposition to the Commission's memorandum has already been filed;

c.      The Receiver's joinder was filed on March 7, 2008;

d.      Integretel's response to the Receiver's joinder shall be filed and served electronically on or  before **March 17, 2008**;

e.      The Commission's reply memorandum shall be filed and served electronically on or before **March 21, 2008**; and

f.      Oral argument shall take place on **April 21, 2008, at 9:00 a.m.**

/

/

/

/

/

/

/

/

/

/

/

/

/

3

3.    A proposed Order incorporating these dates is being filed along with this Stipulation.

Respectfully submitted,

_____/s/_____
MICHAEL P. MORA
Attorney - Division of Enforcement
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3373
Facsimile:   (202) 326-2558
Email: mmora@ftc.gov

_____/s/_____[1]
STEVEN B. SACKS
Sheppard, Mullin, Richter & Hampton, LLP
Four Embarcadero Center - 17th Floor
San Francisco, CA 94111-4106
Telephone:  (415) 434-9100
Facsimile:   (415) 434-3947
Email: ssacks@sheppardmullin.com
Counsel for The Billing Resource dba Integretel

_____/s/_____
WALTER K. OETZELL
Danning, Gill, Diamond & Kolliz, LLP
2029 Century Park East - Third Floor
Los Angeles, CA 90067
Telephone: (310) 277-0077
Facsimile: (310) 277-5735
Email: wpetzell@dgdk.com
Counsel for Receiver David Chase

---

[1]Pursuant to General Order No. 45, § X(B), John Andrew Singer hereby attests that signatories' concurrences in the filing of this document have been obtained.

4