1  WILLIAM BLUMENTHAL
   General Counsel
2
3  MICHAEL P. MORA
   Attorney - Division of Enforcement
4  Federal Trade Commission
   600 Pennsylvania Ave., NW - NJ 2122
5  Washington, DC  20580
6  Telephone:  (202) 326-3373
   Facsimile:  (202) 326-2558
7  Email: mmora@ftc.gov
8
9  ATTORNEYS FOR FEDERAL
   TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, | No. 5:07-cv-5758-JW |
| Debtor-Plaintiff-Appellee, | (Bankruptcy Appeal) |
| v. | Date:   June 16, 2008 |
| FEDERAL TRADE COMMISSION et al., | Time:   9:00 a.m. |
| Defendant-Appellant. | Courtroom 8 |
| FEDERAL TRADE COMMISSION, | |
| Movant, | |
| v. | No. C:08-00341-JW |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | (Bankruptcy Motion to Withdraw Reference) |
| Respondent. | Date:   April 21, 2008 |
| | Time:   9:00 a.m. |
| | Courtroom 8 |

**PROPOSED ORDER FOR <u>REVISED</u> BRIEFING SCHEDULE CONCERNING APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Pursuant to the Stipulation concerning <u>revised</u> briefing schedule among Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties"), and the Court's Order and Stipulation as Modified by the Court dated March 7, 2008 [DE 71 in Case No. 07-cv-5758-JW], it is hereby ORDERED that:

1. As to the pending appeals by the Commission and the Receiver in related Case Nos. 07-cv-5758-JW and 07-cv-6210-JW:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before May 8, 2008;

    c. The Commission's and the Receiver's reply briefs shall be filed and served electronically on or before May 23, 2008; and

    d. Oral argument shall take place on **June 16, 2008, at 9:00 a.m.**

2. As to the Commission's motion for withdrawal of reference in related Case No. 08-cv-341-JW:

    a. The Commission's opening memorandum already has been filed;

    b. Integretel's opposition to the Commission's memorandum has already been filed;

    c. The Receiver's joinder was filed on March 7, 2008;

      d.    Integretel's response to the Receiver's joinder shall be filed and served electronically on or before **March 17, 2008**;

      e.    The Commission's reply memorandum shall be filed and served electronically on or before **March 21, 2008**; and

      f.    Oral argument shall take place on **April 21, 2008, at 9:00 a.m.**

Dated: _____              _____

                                                   JAMES WARE
                                                   United States District Judge