WILLIAM BLUMENTHAL
General Counsel

MICHAEL P. MORA
Attorney - Division of Enforcement
Federal Trade Commission
600 Pennsylvania Ave., NW - NJ 2122
Washington, DC  20580
Telephone:  (202) 326-3373
Facsimile:   (202) 326-2558
Email: mmora@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>                Debtor-Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>                Defendant-Appellant. | No. 5:07-cv-5758-JW<br>(Bankruptcy Appeal)<br>Date:  June 16, 2008<br>Time:  9:00 a.m.<br>Courtroom 8 |
| FEDERAL TRADE COMMISSION,<br><br>                Movant,<br><br>v.<br><br>THE BILLING RESOURCE, dba Integretel,<br>a California corporation,<br><br>                Respondent. | No. C:08-00341-JW<br>(Bankruptcy Motion to Withdraw Reference)<br>Date:  April 21, 2008<br>Time:  9:00 a.m.<br>Courtroom 8 |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of March 2008, I served a copy of the Stipulation for Revised Briefing Schedules Concerning Appeals by the Federal Trade Commission and the Receiver and the Commission's Motion to Withdraw Reference, and a Proposed Order, by the means indicated below:

Through the Court's ECF System and by email:

    Michael H. Ahrens, Esquire
    Jeffrey K. Rehfeld , Esquire
    Steven B. Sacks, Esquire
    Sheppard, Mullin, Richter and Hampton
    4 Embarcadero Center, 17th Floor
    San Francisco, California  94111
    COUNSEL FOR INTEGRETEL

    Howard Kollitz, Esquire
    Walter K. Oetzell, Esquire
    Steven J. Schwartz, Esquire
    Danning, Gill, Diamond & Kollitz, LLP
    2029 Century Park East, Third Floor
    Los Angeles, California  90067-2904
    COUNSEL FOR RECEIVER

    John D. Fiero, Esquire
    Pachulski, Stang, Ziehl, Young and Jones
    150 California St. 15th Fl.
    San Francisco, California  94111-4500
    COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

    Kathryn S. Diemer, Esq.
    Diemer, Whitman and Cardosi
    75 E. Santa Clara Street
    San Jose, CA 95113
    COUNSEL FOR POL, INC.

Via Federal Express:

    Sara L. Kisler, Acting U.S. Trustee for Region 17
    Office of the U.S. Trustee
    U.S. Federal Bldg.
    280 South 1st Street, #268
    San Jose, California 95113-3004
    UNITED STATES TRUSTEE

                                                  /S/
                                          Michael P. Mora