1  WILLIAM BLUMENTHAL
2  General Counsel

3  MICHAEL P. MORA
   Attorney - Division of Enforcement
4  Federal Trade Commission
   600 Pennsylvania Ave., NW - NJ 2122
5  Washington, DC  20580
6  Telephone:  (202) 326-3373
   Facsimile:  (202) 326-2558
7  Email: mmora@ftc.gov
8
   ATTORNEYS FOR FEDERAL
9  TRADE COMMISSION

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____
                                   )
THE BILLING RESOURCE d/b/a INTEGRETEL, )
                                   )   No. 5:07-cv-5758-JW
            Debtor-Plaintiff-Appellee, )   (Bankruptcy Appeal)
                                   )   Date:  June 16, 2008
        v.                         )   Time:  9:00 a.m.
                                   )   Courtroom 8
FEDERAL TRADE COMMISSION et al.,   )
                                   )
            Defendant-Appellant.   )
_____)
                                   )
FEDERAL TRADE COMMISSION,          )
                                   )
            Movant,                )
                                   )
        v.                         )   No. C:08-00341-JW
                                   )   (Bankruptcy Motion to Withdraw
THE BILLING RESOURCE, dba Integretel, )   Reference)
a California corporation,          )   Date:  April 21, 2008
                                   )   Time:  9:00 a.m.
            Respondent.            )   Courtroom 8
_____)

### PROPOSED ORDER FOR <u>REVISED</u> BRIEFING SCHEDULE CONCERNING APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND THE COMMISSION'S MOTION TO WITHDRAW REFERENCE

Pursuant to the Stipulation concerning <u>revised</u> briefing schedule among Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties"), and the Court's Order and Stipulation as Modified by the Court dated March 7, 2008 [DE 71 in Case No. 07-cv-5758-JW], it is hereby ORDERED that:

1. As to the pending appeals by the Commission and the Receiver in related Case Nos. 07-cv-5758-JW and 07-cv-6210-JW:

    a. The Commission's and the Receiver's opening briefs shall be filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before May 8, 2008;

    c. The Commission's and the Receiver's reply briefs shall be filed and served electronically on or before May 23, 2008; and

    d. Oral argument shall take place on **June 16, 2008, at 9:00 a.m.**

2. As to the Commission's motion for withdrawal of reference in related Case No. 08-cv-341-JW:

    a. The Commission's opening memorandum already has been filed;

    b. Integretel's opposition to the Commission's memorandum has already been filed;

    c. The Receiver's joinder was filed on March 7, 2008;

     d.     Integretel's response to the Receiver's joinder shall be filed and served electronically on or before **March 17, 2008**;

     e.     The Commission's reply memorandum shall be filed and served electronically on or before **March 21, 2008**; and

     f.     Oral argument shall take place on ~~April 21, 2008 at 9:00 a.m.~~ **April 28, 2008 at 9 A.M.**

Dated: March 19, 2008

/s/ James Ware
JAMES WARE
United States District Judge

3