WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

MICHAEL MORA
JULIE MACK
Attorneys - Division of Enforcement
Bureau of Consumer Protection

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL,<br><br>　　　　Debtor-Plaintiff-Appellee,<br><br>　v.<br><br>FEDERAL TRADE COMMISSION et al.,<br><br>　　　　Defendant-Appellant. | Nos.  5:07-CIV-5758-JW,<br>　　　5:07-CIV-6210-JW,<br>　　　08-CIV-341-JW, and<br>　　　08-CIV-1637-JF<br><br>Date: June 16, 2008<br>Time: 9:00 a.m.<br>Place: 280 S. First Street<br>　　　　San Jose, CA<br>Judge: Hon. James Ware<br>Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**(PROPOSED) ORDER GRANTING
JOINT ADMINISTRATIVE MOTION BY DEFENDANTS-APPELLEES FEDERAL TRADE
COMMISSION AND DAVID R. CHASE, P.A. TO CONSOLIDATE AS RELATED
APPEAL OF BANKRUPTCY COURT'S MARCH 18, 2008, ORDER EXTENDING
PRELIMINARY INJUNCTION ENJOINING PROSECUTION OF LAW ENFORCEMENT
ACTION AGAINST DEBTOR WITH THE OTHER APPEALS FROM
BANKRUPTCY COURT PENDING BEFORE THIS COURT**

1  The Joint Administrative Motion and Stipulation for Consolidation of Appeals filed by
2  defendant-appellant the Federal Trade Commission, defendant-appellant David R. Chase P.A., and
3  debtor-plaintiff-appellee The Billing Resource dba Integretel is hereby GRANTED.  Finding that the
4  appeal of the Commission of a bankruptcy court order entered on March 18, 2008, and docketed in this
5  Court at No. 08-CIV-1637-JF, is related to prior appeals from the bankruptcy court pending before this
6  Court at No. 5:07-CIV-5758-JW, the Commission's appeal of the March 18, 2008, bankruptcy court
7  order is hereby ORDERED that it be consolidated with these prior appeals.  It is further ORDERED
8  that the appeal of the March 18, 2008, bankruptcy court order shall be briefed along with these prior
9  appeals pursuant to the schedule set out in Dkt Item No. 75 in No. 5:07-CIV-5758-JW.

    So ORDERED on March ___, 2008.

_____
United States District Judge