WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THE BILLING RESOURCE d/b/a INTEGRETEL, <br><br> Debtor-Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL TRADE COMMISSION et al., <br><br> Defendant-Appellant. | Nos.  5:07-CIV-5758-JW, <br> 5:07-CIV-6210-JW, <br> 08-CIV-341-JW, and <br> 08-CIV-1637-JF__ <br><br> Date: June 16, 2008 <br> Time: 9:00 a.m. <br> Place: 280 S. First Street <br> San Jose, CA <br> Judge: Hon. James Ware <br> Courtroom: 8 - 4th Floor |

On Appeal from the United States Bankruptcy Court for the Northern District of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March, 2008, I served a copy of the Joint Administrative Motion and Stipulation to Consolidate as Related Appeal of Bankruptcy Court's March 18, 2008, Order Extending Preliminary Injunction Enjoining Prosecution of Law Enforcement Action Against Debtor with the Other Appeals from Bankruptcy Court Pending Before this Court concerning these appeals and the related Proposed Order by the means indicated below:

Through the Court's ECF System (Nos. 5:07-CIV-5758-JW, 5:07-CIV-6210-JW, and 08-CIV-341-JW) and by email (all four matters):

Michael H. Ahrens, Esquire
Jeffrey K. Rehfeld , Esquire
Steven B. Sacks, Esquire
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center, 17th Floor
San Francisco, California  94111
COUNSEL FOR INTEGRETEL

Howard Kollitz, Esquire
Walter K. Oetzell, Esquire
Steven J. Schwartz, Esquire
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, Third Floor
Los Angeles, California  90067-2904
COUNSEL FOR RECEIVER

John D. Fiero, Esquire
Pachulski, Stang, Ziehl, Young and Jones
150 California St. 15th Fl.
San Francisco, California  94111-4500
COUNSEL FOR UNSECURED CREDITORS' COMMITTEE

| | |
|---|---|
| 1 | Kathryn S. Diemer, Esq. |
| 2 | Diemer, Whitman and Cardosi |
|   | 75 E. Santa Clara Street |
| 3 | San Jose, CA 95113 |
|   | COUNSEL FOR POL, INC. |
| 4 | |
| 5 | Via Federal Express: |
| 6 | Sara L. Kisler, Acting U.S. Trustee for Region 17 |
|   | Office of the U.S. Trustee |
| 7 | U.S. Federal Bldg. |
| 8 | 280 South 1st Street, #268 |
|   | San Jose, California  95113-3004 |
| 9 | UNITED STATES TRUSTEE |

                                                             /S/
                                            John Andrew Singer