1 | WILLIAM BLUMENTHAL
General Counsel

JOHN F. DALY
Deputy General Counsel - Litigation

LAWRENCE DeMILLE-WAGMAN
JOHN ANDREW SINGER
Attorney - Office of the General Counsel
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
Telephone:  (202) 326-3234
Facsimile:   (202) 326-2447
Email: jsinger@ftc.gov

ATTORNEYS FOR FEDERAL
TRADE COMMISSION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

_____
                                            )
THE BILLING RESOURCE d/b/a INTEGRETEL,      )    Nos.   5:07-CIV-5758-JW
                                            )           and
            Debtor-Plaintiff-Appellee,      )           5:08-CIV-1637-JF
                                            )
      v.                                    )    Date:  June 16, 2008
                                            )    Time:  9:00 a.m.
FEDERAL TRADE COMMISSION et al.,            )    Place: 280 S. First Street
                                            )           San Jose, CA
            Defendant-Appellant.            )    Judge: Hon. James Ware
_____ )    Courtroom: 8 - 4th Floor

On Appeal from the United States Bankruptcy Court for the Northern District
of California, No. 07-52890, Adversary Proceeding No. 07-5156 (Weissbrodt)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April, 2008, I served a copy of the Defendant-appellant Federal Trade Commission's Opening Brief for its Appeals of the Bankruptcy Court's November 7, 2007 (As Extended on March 18, 2008) and November 27, 2007 Preliminary Injunctions through the Court's ECF System and by email:

> Michael H. Ahrens, Esquire
> Jeffrey K. Rehfeld , Esquire
> Steven B. Sacks, Esquire
> Sheppard, Mullin, Richter and Hampton
> 4 Embarcadero Center, 17th Floor
> San Francisco, California  94111
> COUNSEL FOR INTEGRETEL
>
> Howard Kollitz, Esquire
> Walter K. Oetzell, Esquire
> Steven J. Schwartz, Esquire
> Danning, Gill, Diamond & Kollitz, LLP
> 2029 Century Park East, Third Floor
> Los Angeles, California  90067-2904
> COUNSEL FOR RECEIVER, DAVID R. CHASE, P.A.
>
> John D. Fiero, Esquire
> Pachulski, Stang, Ziehl, Young and Jones
> 150 California St. 15th Fl.
> San Francisco, California  94111-4500
> COUNSEL FOR UNSECURED CREDITORS' COMMITTEE
>
> Kathryn S. Diemer, Esq.
> Diemer, Whitman and Cardosi
> 75 E. Santa Clara Street
> San Jose, CA 95113
> COUNSEL FOR POL, INC.

1  Via Federal Express:

2
   Sara L. Kisler, Acting U.S. Trustee for Region 17
3  Office of the U.S. Trustee
   U.S. Federal Bldg.
4  280 South 1st Street, #268
   San Jose, California  95113-3004
5  UNITED STATES TRUSTEE

6

7                                              /S/
                                        John Andrew Singer
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28