SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:        mahrens@sheppardmullin.com
              ssacks@sheppardmullin.com
              tperry@sheppardmullin.com

Attorneys for The Billing Resource, dba Integretel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Civ. Case No. C-07-5758-JW |
| THE BILLING RESOURCE, dba Integretel, a California Corporation, | Bk Case No. 07-52890 |
| Debtor. | |
| FEDERAL TRADE COMMISSION, | Adv. Pro. No. 07-05156 |
| Movant, | |
| v. | |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | |
| Respondent. | |

**NOTICE OF SETTLEMENT IN PRINCIPLE
AND
STIPULATION CONCERNING REVISED BRIEFING SCHEDULE FOR APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND NEW HEARING DATE FOR APPEALS AND FOR THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

1    Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby stipulate as follows:

2.  1.    Integretel and counsel for the Commission have negotiated a settlement in principle of this adversary proceeding and all other matters related to Integretel conditioned on final documentation, on closing of a sale of the operating assets of TBR, on settlement with the Receiver, and on approval by the Commissioners of the FTC, the Bankruptcy Court and the Southern District of Florida District Court (the "Proposed Settlement"). The hearing on the sale of TBR's operating assets is set for May 29, 2008.

    2.    In light of the settlement in principle, the parties agree to the following briefing schedule and hearing date for the three appeals by the Commission and the appeal by the Receiver pending before this Court that have been consolidated in Case No. 07-cv-5758-JW. The Parties further stipulate to a revised hearing date for the Commission's motion to withdraw the reference to the bankruptcy court of the Amended Complaint in the adversary proceeding styled *The Billing Resource dba Integretel v. David Chase and the Federal Trade Commission*, No. 07-AP-5156 (Bankr. N.D. Cal.). In the event that the settlement is not accomplished then the parties will proceed on the following briefing and hearing schedule:

    3.    As to the appeals:

        a. The Commission's and the Receiver's opening briefs have been filed and served electronically on or before April 7, 2008;

        b. Integretel's appellee brief shall be filed and served electronically on or before July 21, 2008;

        c. The Commission's and the Receiver's reply briefs shall be filed and served electronically on or before August 18, 2008; and

-1-

      d. Oral argument shall take place on September 8, 2008, at 9:00 a.m.

4. As to the motion for withdrawal of reference, all briefs have been filed and served. Oral argument shall take place on September 8, 2008, at 9:00 a.m.

5. A proposed order incorporating these dates is being filed along with this Stipulation.

Dated:  May 15, 2008

          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ STEVEN B. SACKS
        STEVEN B. SACKS
    Attorneys for Debtor THE BILLING RESOURCE, dba INTEGRETEL

Dated:  May 15, 2008

          DANNING, GILL, DIAMOND & KOLLITZ

By     /s/ Walter Oetzell[1]
        WALTER OETZELL

    Attorneys for David Chase, as Receiver

Dated:  May 15, 2008

By     /s/ Michael P. Mora
        MICHAEL P. MORA

    Attorney for The Federal Trade Commission

---

[1] Pursuant to General Order 45, § X(B), Steven B. Sacks attests that the signatories' concurrence in the filing of this document have been obtained.