SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:     415-434-3947
Email:           mahrens@sheppardmullin.com
                     ssacks@sheppardmullin.com
                     tperry@sheppardmullin.com

Attorneys for The Billing Resource, dba Integretel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Civ. Case No.  C-07-5758-JW |
| THE BILLING RESOURCE, dba Integretel, a California Corporation, | Bk Case No. 07-52890 |
| Debtor. | |
| FEDERAL TRADE COMMISSION, | |
| Movant, | Adv. Pro. No. 07-05156 |
| v. | Proposed New Hearing Date: **September 8, 2008** |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | |
| Respondent. | |

**ORDER SETTING REVISED BRIEFING SCHEDULE FOR APPEALS BY THE FEDERAL TRADE COMMISSION AND THE RECEIVER AND NEW HEARING DATE FOR APPEALS AND FOR THE COMMISSION'S MOTION TO WITHDRAW REFERENCE**

Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") having advised the Court that they have negotiated a settlement in principle and pending accomplishment of their settlement having stipulated to revise their brief schedule and re-set hearing dates, and good cause appearing, it is hereby ordered as follows:

1. As to the appeals pending herein:

    a. The Commission's and the Receiver's opening briefs have been filed and served electronically on or before April 7, 2008;

    b. Integretel's appellee brief shall be filed and served electronically on or before July 21, 2008;

    c. The Commission's and the Receiver's reply briefs shall be filed and served electronically on or before August 18, 2008; and

    d. Oral argument shall take place on September 8, 2008, at 9:00 a.m.

2. As to the motion for withdrawal of reference, all briefs have been filed and served. Oral argument shall take place on September 8, 2008, at 9:00 a.m.

So ordered on May ___, 2008

_____
U.S. District Court Judge