1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  STEVEN B. SACKS, Cal. Bar No. 98875
   TIMOTHY C. PERRY, Cal. Bar No. 248543
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:     415-434-9100
   Facsimile:     415-434-3947
6  Email:         mahrens@sheppardmullin.com
                  ssacks@sheppardmullin.com
7                 tperry@sheppardmullin.com

8  Attorneys for The Billing Resource, dba Integretel

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: | Civ. Case No.  C-07-5758-JW |
| THE BILLING RESOURCE, dba Integretel, a California Corporation, | Bk Case No. 07-52890 |
| Debtor. | |
| FEDERAL TRADE COMMISSION, | |
| Movant, | Adv. Pro. No. 07-05156 |
| v. | Proposed New Hearing Date: **September 8, 2008** |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | |
| Respondent. | |

**ORDER GRANTING STIPULATION IN PART; DEEMING ALL CURRENT PENDING MOTIONS AS WITHDRAWN IN LIGHT OF GOOD FAITH SETTLEMENT.**

Civ. Case No.  C-07-5758-JW

Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") having advised the Court that they have negotiated a settlement in principle the Court finds good cause to GRANT the parties' Stipulation in part.  To accommodate the parties' settlement efforts, the Court VACATES the hearing on motions currently set for June 16, 2008.  However, in an effort to clear its docket, the Court deems all motions as being withdrawn in light of the parties' good faith settlement.  The parties may renotice their motions for a hearing for any available calendar date post September 15, 2008.

The Court sets a Status Conference for **September 8, 2008 at 10 a.m.**  On or before **August 29, 2008**, the parties shall file a Joint Status Report informing the Court of their settlement progress.  If a Stipulated Dismissal is on file on or before **August 29, 2008**, the Status Conference will be vacated.

Dated:  May 20, 2008           _____
                               JAMES WARE
                               United States District Judge