SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone:  415-434-9100
Facsimile:  415-434-3947
Email:       mahrens@sheppardmullin.com
             ssacks@sheppardmullin.com
             tperry@sheppardmullin.com

Attorneys for The Billing Resource, dba Integretel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Civ. Case No. C-07-5758-JW |
| THE BILLING RESOURCE, dba Integretel, a California Corporation, | Bk Case No. 07-52890 |
| Debtor. | |
| FEDERAL TRADE COMMISSION, | Adv. Pro. No. 07-05156 |
| Movant, | |
| v. | |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | Date:  September 8, 2008<br>Time:  10:00 a.m.<br>Court: Hon. James Ware |
| Respondent. | |

**JOINT STATUS CONFERENCE STATEMENT**

1 Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby jointly submit the following status conference statement:

1. Counsel for Integretel, the Commission, and the Receiver have negotiated a settlement of this dispute, including the appeals and motions pending before this Court (the "Proposed Settlement") and are proceeding to fulfill the conditions to effectuating this settlement. The Proposed Settlement has been approved by the Bankruptcy Court but has not yet been approved by the Commissioners of the FTC or the Southern District of Florida District Court. The Proposed Settlement is also conditioned on closing of a sale of the operating assets of TBR, which has not yet occurred. Accordingly the parties are not yet able to determine whether they will be able to file a stipulated dismissal of the proceedings pending before this Court.

2. The Parties respectfully request that the Court continue the status conference for approximately 45 days to allow the Parties to determine if they can finalize the settlement and file a stipulated dismissal.

Dated: August 29, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By     /s/ STEVEN B. SACKS
STEVEN B. SACKS
Attorneys for Debtor THE BILLING RESOURCE, dba INTEGRETEL

Dated: August 29, 2008

                          DANNING, GILL, DIAMOND & KOLLITZ

                          By      /s/ Walter Oetzell[1]
                                    WALTER OETZELL

                              Attorneys for David Chase, as Receiver

Dated: August 29, 2008

                          By      /s/ Michael P. Mora
                                    MICHAEL P. MORA

                              Attorney for The Federal Trade Commission

---

[1] Pursuant to General Order 45, § X(B), Steven B. Sacks attests that the signatories' concurrence in the filing of this document have been obtained.

-2-

W02-WEST:5SS1\401008254.1                              JOINT STATUS CONFERENCE STATEMENT

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

On August 29, 2008, I served the following document described as

**JOINT STATUS CONFERENCE STATEMENT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Receiver David R. Chase<br>c/o Danning, Gill, Diamond & Kollitz LLP<br>Attn: Walter Oetzell<br>2029 Century Park East, Third Floor<br>Los Angeles, CA 90067-2904 | Federal Trade Commission<br>Attn: Michael P. Mora<br>600 Pennsylvania Avenue, NW, Room 286<br>Washington, DC 20580 |

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☐ **BY ELECTRONIC MAIL:** I caused said documents to be transmitted via Electronic Mail to the parties on the attached Service List.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2008, at San Francisco, California.

/s/ Christina Berzaman
Christina Berzaman

Civ. Case No. C-07-5758-JW
W02-WEST:5SS1\401008254.1                              CERTIFICATE OF SERVICE