1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  STEVEN B. SACKS, Cal. Bar No. 98875
   TIMOTHY C. PERRY, Cal. Bar No. 248543
4  Four Embarcadero Center, 17th Floor
   San Francisco, California  94111-4106
5  Telephone:    415-434-9100
   Facsimile:    415-434-3947
6  Email:        mahrens@sheppardmullin.com
                 ssacks@sheppardmullin.com
7                tperry@sheppardmullin.com

8  Attorneys for The Billing Resource, dba Integretel

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | Civ. Case No.  C-07-5758-JW |
| THE BILLING RESOURCE, dba Integretel, a California Corporation, | Bk Case No. 07-52890 |
| Debtor. | |
| FEDERAL TRADE COMMISSION, | Adv. Pro. No. 07-05156 |
| Movant, | |
| v. | |
| THE BILLING RESOURCE, dba Integretel, a California corporation, | Date:    September 8, 2008<br>Time:    10:00 a.m.<br>Court:   Hon. James Ware |
| Respondent. | |

**JOINT STATUS CONFERENCE STATEMENT**

**ORDER CONTINUING STATUS CONFERENCE**

Civ. Case No.  C-07-5758-JW
W02-WEST:5SS1\401008254.1                                        JOINT STATUS CONFERENCE STATEMENT

1    Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby jointly submit the following status conference statement:

1.    Counsel for Integretel, the Commission, and the Receiver have negotiated a settlement of this dispute, including the appeals and motions pending before this Court (the "Proposed Settlement") and are proceeding to fulfill the conditions to effectuating this settlement. The Proposed Settlement has been approved by the Bankruptcy Court but has not yet been approved by the Commissioners of the FTC or the Southern District of Florida District Court. The Proposed Settlement is also conditioned on closing of a sale of the operating assets of TBR, which has not yet occurred. Accordingly the parties are not yet able to determine whether they will be able to file a stipulated dismissal of the proceedings pending before this Court.

2.    The Parties respectfully request that the Court continue the status conference for approximately 45 days to allow the Parties to determine if they can finalize the settlement and file a stipulated dismissal.

Dated: August 29, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ STEVEN B. SACKS
STEVEN B. SACKS
Attorneys for Debtor THE BILLING RESOURCE, dba INTEGRETEL

-1-

Dated:  August 29, 2008

                             DANNING, GILL, DIAMOND & KOLLITZ

                             By       /s/ Walter Oetzell[1]
                                             WALTER OETZELL

                             Attorneys for David Chase, as Receiver

Dated:  August 29, 2008

                             By       /s/ Michael P. Mora
                                             MICHAEL P. MORA

                             Attorney for The Federal Trade Commission

**\*\*\* ORDER \*\*\*\***

In light of the parties' representations, the Court continues the Status Conference presently scheduled for September 8, 2008 to **November 17, 2008 at 10 a.m.**  On or before **November 7, 2008**, the parties shall file the appropriate Stipulated Dismissals.  If no dismissals are on file by that date, the parties shall file an updated Status Report to inform the Court on the progress of their settlement efforts.

Dated:  September 3, 2008           _____
                                           JAMES WARE
                                           United States District Judge

---

[1] Pursuant to General Order 45, § X(B), Steven B. Sacks attests that the signatories' concurrence in the filing of this document have been obtained.