SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
STEVEN B. SACKS, Cal. Bar No. 98875
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:    415-434-9100
Facsimile:    415-434-3947
Email:           mahrens@sheppardmullin.com
                    ssacks@sheppardmullin.com

Attorneys for The Billing Resource, dba Integretel

*IT IS SO ORDERED AS MODIFIED*
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>THE BILLING RESOURCE, dba Integretel, a California Corporation,<br><br>　　　　Debtor. | Civ. Case No.  C-07-5758-JW<br><br>Bk Case No. 07-52890 |
| FEDERAL TRADE COMMISSION,<br><br>　　　　Movant,<br><br>　　v.<br><br>THE BILLING RESOURCE, dba Integretel, a California corporation,<br><br>　　　　Respondent. | Adv. Pro. No. 07-05156<br><br><br><br><br>Date:    November 17, 2008<br>Time:    10:00 a.m.<br>Court:   Hon. James Ware |

**JOINT STATUS CONFERENCE STATEMENT**
**ORDER CONTINUING STATUS CONFERENCE**

1      Defendant-appellant the Federal Trade Commission ("Commission"), defendant-appellant David Chase, the Receiver appointed by the United States District Court for the Southern District of Florida in *FTC v. Nationwide Connections, Inc.*, No. 06-CV-80180-Ryskamp/Vitunac (S.D. Fla.) (the "Receiver"), and debtor-plaintiff-appellee The Billing Resource dba Integretel ("Integretel") (collectively referred to herein as the "Parties") hereby jointly submit the following status conference statement:

     1.    Counsel for Integretel, the Commission, and the Receiver have negotiated a settlement of this dispute, including the appeals and motions pending before this Court (the "Proposed Settlement") and are proceeding to fulfill the conditions to effectuating this settlement. The Proposed Settlement has been approved by the Bankruptcy Court, the Commissioners of the FTC, and the Southern District of Florida District Court. The Proposed Settlement was also conditioned on closing of a sale of the operating assets of TBR, which occurred on October 31, 2008. The only thing remaining is for the parties to close the Proposed Settlement, which they expect to do shortly.

     2.    The Parties respectfully request that the Court continue the status conference for approximately 30 days for the Parties to close the Proposed Settlement and file a stipulated dismissal.

Dated: November 6, 2008

                         SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

               By      /s/ STEVEN B. SACKS
                         STEVEN B. SACKS
               Attorneys for Debtor THE BILLING RESOURCE, dba INTEGRETEL

Dated: November 6, 2008

                              DANNING, GILL, DIAMOND & KOLLITZ

By       /s/ Walter Oetzell[1]
         WALTER OETZELL

Attorneys for David Chase, as Receiver

Dated: November 6, 2008

By       /s/ Michael P. Mora
         MICHAEL P. MORA

Attorney for The Federal Trade Commission

**\*\*\* ORDER \*\*\***

For good cause shown, the Court continues the Status Conference presently scheduled for November 17, 2008 to **December 22, 2008 at 10 a.m.** On or before **December 12, 2008**, the parties shall file the appropriate Stipulated Dismissals. If no dismissals are on file by that date, the parties shall file an updated Status Report to inform the Court on the progress of their settlement efforts.

Dated: November 12, 2008           _____
                                        JAMES WARE
                                        United States District Judge

---

[1] Pursuant to General Order 45, § X(B), Steven B. Sacks attests that the signatories' concurrence in the filing of this document have been obtained.